# Challenge to Constitutionality of a State Statute

Print

This form must be completed by a party filing a petition, motion or other pleading **challenging the constitutionality of a state statute**. The completed form must be filed with the court in which the cause is pending as required by Section 402.010 (a-1), Texas Government Code.

**Cause Number** (For Clerk Use Only):

**Court** (For Clerk Use Only):

Styled: The Woodlands Pride, Inc., et al. v. Angela Colmenero, et al.

(e.g., John Smith v. All American Insurance Co.; in re Mary Ann Jones; In the Matter of the Estate of George Jackson)

**Contact information for party* challenging the constitutionality of a state statute.** (*If party is not a person, provide contact information for party, party's representative or attorney.)

| | | | |
|---|---|---|---|
| Name: | Brian Klosterboer | Telephone: | (346) 299-6811 |
| Address: | P.O. Box 8306 | Fax: | (713) 942-8966 |
| City/State/Zip: | Houston, Texas 77288 | State Bar No. (if applicable): | 24107833 |
| Email: | bklosterboer@aclutx.org | | |

Person completing this form is:  ☑ Attorney for Party   ☐ Unrepresented Party   ☐ Other:

**Identify the type of pleading you have filed challenging the constitutionality of a state statute.**

☑ Petition    ☐ Answer    ☐ Motion (Specify type):
☐ Other:

**Is the Attorney General of the State of Texas a party to or counsel in this cause?**

☑ Yes    ☐ No

**List the state statute(s) being challenged in your pleading and provide a summary of the basis for your challenge.** (Additional pages may be attached if necessary.)

Plaintiffs The Woodlands Pride; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; and Brigitte Bandit bring this action to enjoin the enforcement of Texas Senate Bill 12, 88th Leg. (2023), codified as proposed Tex. Health & Safety Code § 769.002; Tex. Local Gov. Code § 243.0031; Tex. Penal Code § 43.28.

Defendants are sued because they are statutorily tasked with enforcing this unconstitutional law and include Angela Colmenero, in an official capacity as Interim Attorney General of Texas; The Woodlands Township; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; and Joe D. Gonzalez, in an official capacity as District Attorney of Bexar County.

Plaintiffs allege that SB 12 violates the First and Fourteenth Amendments, pursuant to 42 U.S.C. § 1983, because the law impermissibly discriminates based on the content and viewpoint of inherently expressive conduct, is overbroad, is vague, and operates as a prior restraint on speech.

9/5/13