# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,<br><br>    Plaintiffs,<br><br>v.<br><br>Angela Colmenero, in an official capacity as Interim Attorney General of Texas; The Woodlands Township; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzalez, in an official capacity as District Attorney of Bexar County,<br><br>    Defendants. | Civil Action No. 4:23-cv-02847 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES**

Plaintiffs The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; and Brigitte Bandit (collectively, "Plaintiffs") bring this Motion for Leave to File Excess Pages for their Motion for a Temporary Restraining Order and Preliminary Injunction ("Motion").

Pursuant to Local Rule 7 and Judge Hittner's court procedures, Plaintiffs seek leave to file the Motion that is 54 pages long. Plaintiffs require excess pages for this Motion because this lawsuit challenges a newly enacted state statute with numerous applications. Plaintiffs include two nonprofit organizations, two businesses, and one individual affected by this law—each of whom is affected by Senate Bill 12 in multiple ways. Plaintiffs also allege four causes of action that require a full analysis of the new law's potential applications. *See Espinoza v. San Benito Consol. Indep. Sch. Dist.*, No. 1:14-CV-115, 2016 WL 10744704, at *3 (S.D. Tex. Sept. 13, 2016) (Tagle, J.) (noting complexity and number of issues may establish "good cause" to exceed the page limit).

This request for leave to file excess pages is not brought for purposes of delay but to enable the Plaintiffs to present the relevant facts and legal arguments to the Court, as justice requires, and to meet Plaintiffs' burden of establishing every factor necessary for seeking a temporary restraining order and preliminary injunction.

Plaintiffs ask the Court to grant this motion for leave to file excess pages.

Respectfully submitted,

*/s/Brian Klosterboer*

| | |
|---|---|
| Brian Klosterboer, *attorney-in-charge*<br>　TX Bar No. 24107833<br>　SDTX No. 3314357<br>Chloe Kempf<br>　TX Bar No. 24127325<br>　SDTX No. 3852674<br>Thomas Buser-Clancy<br>　TX Bar No. 24078344<br>　SDTX No. 1671940<br>Edgar Saldivar<br>　TX Bar No. 24038188<br>　SDTX No. 618958<br>Adriana Pinon<br>　TX Bar No. 24089768<br>　SDTX No. 1829959<br>ACLU Foundation of Texas, Inc.<br>P.O. Box 8306<br>Houston, TX 77288<br>Tel. (713) 942-8146<br>Fax (713) 942-8966<br>bklosterboer@aclutx.org<br>ckempf@aclutx.org<br>tbuser-clancy@aclutx.org<br>esaldivar@aclutx.org<br>apinon@aclutx.org | Derek McDonald<br>　TX Bar No. 00786101<br>　SDTX No. 18546<br>Maddy Dwertman*<br>　TX Bar No. 24092371<br>Baker Botts L.L.P.<br>401 S. 1st Street, Suite 1300<br>Austin, TX 78704<br>Tel. (512) 322-2500<br>Fax (512) 322-2501<br>Derek.McDonald@BakerBotts.com<br>Maddy.Dwertman@BakerBotts.com<br><br>Brandt Thomas Roessler*<br>　TX Bar No. 24127923<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Tel. (212) 408-2500<br>Fax (212) 408-2501<br>Brandt.Roessler@BakerBotts.com<br><br>Ali Andrews*<br>　TX Bar No. 24059381<br>Baker Botts L.L.P.<br>910 Louisiana Street<br>Houston, TX 77002<br>Tel. (713) 229-1533<br>Fax (713) 229-2833<br>Ali.Andrews@BakerBotts.com |
| 　*Attorneys for Plaintiffs* | *\*SDTX Admission Application Pending* |

## CERTIFICATE OF CONFERENCE

Plaintiffs notified Defendants of their intent to file this motion for excess pages on August 8, 2023. Defendants Angela Colmenero, Delia Garza, and the City of Abilene are unopposed to this motion. The other Defendants either have not responded or were unable to determine their position on this motion before this filing.

*/s/Brian Klosterboer*
Brian Klosterboer

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 9th day of August, 2023, a true and correct copy of the above document was served via the CM/ECF system to all counsel of record and via e-mail to all Defendants and counsel who have not yet appeared on CM/ECF.

*/s/Brian Klosterboer*
Brian Klosterboer