UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,<br><br>    Plaintiffs,<br><br>v.<br><br>Angela Colmenero, in an official capacity as Interim Attorney General of Texas; The Woodlands Township; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzalez, in an official capacity as District Attorney of Bexar County,<br><br>    Defendants. | Civil Action No. 4:23-cv-02847 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER**

Pending before the Court is Plaintiffs The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; and Brigitte Bandit (collectively, "Plaintiffs")' Motion for a Temporary Restraining Order and Preliminary Injunction ("Motion"). Plaintiffs assert claims against Defendants Angela Colmenero, in an official capacity as Interim Attorney General of Texas; The Woodlands Township; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzalez, in an official capacity as District Attorney of Bexar County (collectively, "Defendants").

The Court, having considered Plaintiffs' Motion and accompanying declarations, as well as the challenged statute, is of the opinion that the Motion should be and hereby is **GRANTED**.

As the Court set forth on the record during the hearing for a temporary restraining order on August _____, 2023, the Court finds that it has jurisdiction in this case and that Plaintiffs have established a substantial likelihood of success on the merits of their claims under the First and Fourteenth Amendments, pursuant to 42 U.S.C. § 1983. The Court finds that Senate Bill 12 is likely facially unconstitutional and void. The Court further finds that Plaintiffs will face

irreparable harm in the absence of immediate injunctive relief, the balance of equities tips in Plaintiffs' favor, and the public interest is served by issuing this temporary restraining order.

It is hereby **ORDERED** that Defendants are **ENJOINED** from enforcing Senate Bill 12. This Order applies to all of Defendants' officers, agents, employees, attorneys, and other persons in active concert with them who receive notice of the injunction pursuant to Federal Rule of Civil Procedure 65(d).

This Order will remain in effect until _____, when a hearing will be held to consider Plaintiffs' motion for a preliminary injunction. No bond is required.

Signed this _____ day of August, 2023.

_____
Judge David Hittner