AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| The Woodlands Pride, Inc. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:23-cv-2847 |
| Colmenero, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date: 08/10/2023

*s/Edgar Saldivar*
*Attorney's signature*

Edgar Saldivar, TX Bar No. 24038188
*Printed name and bar number*
ACLU of Texas
P.O. Box 8306
Houston, TX 77288

*Address*

esaldivar@aclutx.org
*E-mail address*

(713) 942-8146
*Telephone number*

(713) 942-8966
*FAX number*