United States District Court
Southern District of Texas
**ENTERED**
August 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,<br><br>        Plaintiffs,<br><br>v.<br><br>Angela Colmenero, in an official capacity as Interim Attorney General of Texas; The Woodlands Township; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzalez, in an official capacity as District Attorney of Bexar County,<br><br>        Defendants. | Civil Action No. 4:23-cv-02847 |

## Order Granting Motion for Leave to File Excess Pages

Pending before the Court is Plaintiffs' Motion for Leave to File Excess Pages for their Motion for a Temporary Restraining Order and Preliminary Injunction. Plaintiffs' Motion for Leave to File Excess Pages is **GRANTED**.

Signed on this the ___10___ day of August, 2023.

_____
Judge David Hittner