United States District Court
Southern District of Texas
**ENTERED**
August 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE WOODLANDS PRIDE, INC., *et al*, | § § § § | |
| Plaintiffs, | § § | Civil Action No. H-23-2847 |
| v. | § § | |
| COLMENERO, *et al*, | § § § | |
| Defendants. | § | |

## ORDER

On August 8, 2023, Plaintiff the Woodlands Pride Inc., Plaintiff Abilene Pride Alliance, Plaintiff Extragrams, LLC, Plaintiff 360 Queen Entertainment, LLC, and Plaintiff Brigitte Bandit (collectively the "Plaintiffs") filed a motion for a temporary restraining order ("TRO") and a preliminary injunction, enjoining the enforcement of Texas Senate Bill 12 ("S.B. 12").[1]

Before or after the commencement of the hearing of an application for a preliminary injunction, the court may order the trial of the action on the merits to be advanced and consolidated with the hearing of the application. Parties must have adequate notice that a preliminary injunction hearing will be consolidated with a trial

---

[1] S.B. 12 is a law banning drag shows and other similarly situated performances that is scheduled to go into effect September 1, 2023.

on the merits. *Warehouse Groceries Mgmt. v. Sav-U-Warehouse Groceries*, 624 F.2d 655, 657 (citing *Puerto Rican Farm Workers v. Eatmon*, 427 F.2d 210 (5th Cir. 1970)). Therefore, the Court is giving the parties notice that the preliminary injunction hearing will be consolidated with the trial on the merits. Accordingly, the Court hereby

**ORDERS** that the parties appear In front of this Court on August 28, 2023 at 1:30 p.m. for a consolidated preliminary injunction hearing and trial on the merits.

SIGNED at Houston, Texas, on this __14__ day of August, 2023.

_____
DAVID HITTNER
United States District Judge