UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,<br><br>    Plaintiffs,<br><br>v.<br><br>Angela Colmenero, in an official capacity as Interim Attorney General of Texas; The Woodlands Township; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzalez, in an official capacity as District Attorney of Bexar County,<br><br>    Defendants. | Civil Action No. 4:23-cv-02847 |

**[Proposed] Order Granting Motion for Leave to Proceed Under a Pseudonym**

Pending before the Court is Plaintiffs' Unopposed Motion for Leave to Proceed Under a Pseudonym for Plaintiff Brigitte Bandit. Upon reviewing Plaintiff Brigitte Bandit's declaration and supporting arguments, the Court finds that the Plaintiffs' Motion is hereby **GRANTED**. Plaintiff Brigitte Bandit may proceed pseudonymously in this case, including in public filings and court proceedings.

Signed on this the ____ day of August, 2023.

_____
Judge David Hittner