UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,<br><br>    Plaintiffs,<br><br>v.<br><br>Angela Colmenero, in an official capacity as Interim Attorney General of Texas; The Woodlands Township; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzalez, in an official capacity as District Attorney of Bexar County,<br><br>    Defendants. | Civil Action No. 4:23-cv-02847 |

## NOTICE OF APPEARANCE

Emily Rohles of the law firm of Baker Botts L.L.P. hereby enters her appearance as counsel in the above-referenced action on behalf of Plaintiffs The Woodlands Pride, Inc., Abilene Pride Alliance, Extragrams, LLC, 360 Queen Entertainment LLC, and Brigitte Bandit and requests that she receive electronic notice of all filings in the above-referenced action through the Court's electronic filing system.

105596503

Respectfully submitted,

| | |
|---|---|
| Brian Klosterboer, *attorney-in-charge*<br>  TX Bar No. 24107833<br>  SDTX No. 3314357<br>Chloe Kempf<br>  TX Bar No. 24127325<br>  SDTX No. 3852674<br>Thomas Buser-Clancy<br>  TX Bar No. 24078344<br>  SDTX No. 1671940<br>Edgar Saldivar<br>  TX Bar No. 24038188<br>  SDTX No. 618958<br>Adriana Pinon<br>  TX Bar No. 24089768<br>  SDTX No. 1829959<br>ACLU FOUNDATION OF TEXAS, INC.<br>P.O. Box 8306<br>Houston, TX 77288<br>Tel. (713) 942-8146<br>Fax (713) 942-8966<br>bklosterboer@aclutx.org<br>ckempf@aclutx.org<br>tbuser-clancy@aclutx.org<br>esaldivar@aclutx.org<br>apinon@aclutx.org | By: */s/ Emily Rohles*<br>Derek R. McDonald<br>  TX Bar No. 00786101<br>  SDTX No. 18546<br>Maddy Dwertman<br>  TX Bar No. 24092371<br>  SDTX No. 3853795<br>BAKER BOTTS L.L.P.<br>401 S. 1st Street, Suite 1300<br>Austin, TX 78704<br>Tel. (512) 322-2500<br>Fax (512) 322-2501<br>Derek.McDonald@BakerBotts.com<br>Maddy.Dwertman@BakerBotts.com<br><br>Brandt Thomas Roessler<br>  TX Bar No. 24127923<br>  SDTX No. 3853796<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Tel. (212) 408-2500<br>Fax (212) 408-2501<br>Brandt.Roessler@BakerBotts.com<br><br>Ali Andrews<br>  TX Bar No. 24059381<br>  SDTX No. 2247339<br>Emily Rohles<br>  TX Bar No. 24125940<br>  SDTX No. 3715273<br>BAKER BOTTS L.L.P.<br>910 Louisiana Street<br>Houston, TX 77002<br>Tel. (713) 229-1234<br>Fax (713) 229-1522<br>Ali.Andrews@BakerBotts.com<br>Emily.Rohles@BakerBotts.com |

  *Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

       I hereby certify that on the 16th day of August, 2023, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

                      */s/ Emily Rohles*
                      Emily Rohles