## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,<br><br>      Plaintiffs,<br><br>v.<br><br>Angela Colmenero, in an official capacity as Interim Attorney General of Texas; The Woodlands Township; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzalez, in an official capacity as District Attorney of Bexar County,<br><br>      Defendants. | Civil Action No. 4:23-cv-02847 |

## PLAINTIFF EXTRAGRAMS, LLC'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Extragrams, LLC ("Extragrams") makes the following disclosures:

Extragrams is an independent, privately held company. Extragrams does not have a parent corporation and no publicly held corporation owns ten percent or more of Extragrams's stock.

DATED: August 16, 2023

1

Respectfully submitted,

/s/ Brian Klosterboer

Brian Klosterboer, *attorney-in-charge*
   TX Bar No. 24107833
   SDTX No. 3314357
Chloe Kempf
   TX Bar No. 24127325
   SDTX No. 3852674
Thomas Buser-Clancy
   TX Bar No. 24078344
   SDTX No. 1671940
Edgar Saldivar
   TX Bar No. 24038188
   SDTX No. 618958
Adriana Pinon
   TX Bar No. 24089768
   SDTX No. 1829959
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
Fax (713) 942-8966
bklosterboer@aclutx.org
ckempf@aclutx.org
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

Derek McDonald
   TX Bar No. 00786101
   SDTX No. 18546
Maddy Dwertman
   TX Bar No. 24092371
   SDTX No. 3853795
BAKER BOTTS L.L.P.
401 S. 1st Street, Suite 1300
Austin, TX 78704
Tel. (512) 322-2500
Fax (512) 322-2501
Derek.McDonald@BakerBotts.com
Maddy.Dwertman@BakerBotts.com

Brandt Thomas Roessler
   TX Bar No. 24127923
   SDTX No. 3853796
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tel. (212) 408-2500
Fax (212) 408-2501
Brandt.Roessler@BakerBotts.com

Ali Andrews
   TX Bar No. 24059381
   SDTX No. 2247339
Emily Rohles
   TX Bar No. 24125940
   SDTX No. 3715273
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
Tel. (713) 229-1234
Fax (713) 229-1522
Ali.Andrews@BakerBotts.com
Emily.Rohles@BakerBotts.com

*Attorneys for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 16, 2023, a true and correct copy of the foregoing was served via the CM/ECF system to all counsel of record.

*/s/ Emily Rohles*
Emily Rohles