IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit, *Plaintiffs*, <br><br> vs. <br><br> Angela Colmenero, in an official capacity as Interim Attorney General of Texas; The Woodlands Township; *et al*, *Defendants*. | §§§§§§§§§§§§ | C.A. No. 4:23-cv-2847 |

## NOTICE OF APPEARANCE OF COUNSEL

To:   Clerk of the Court and All Parties and Counsel of Record:

NOW COMES, the undersigned counsel, Ramón G. Viada III, admitted to practice before this Court, and enters an appearance in this case on behalf of Defendants **The Woodlands Township** and **City of Abilene**.

Respectfully submitted,

VIADA & STRAYER

By:   /s/ *Ramón G. Viada III*
Ramón G. Viada III
State Bar No. 20559350
Fed I.D. No. 10689
rayviada@viadastrayer.com
17 Swallow Tail Court
The Woodlands, Texas 77381
281-419-6338

COUNSEL FOR DEFENDANTS
THE WOODLANDS TOWNSHIP
AND CITY OF ABILENE

**CERTIFICATE OF SERVICE**

    I certify that all counsel of record have been served a true and correct copy of this document by electronic submission for filing and service through the Electronic Case Files System of the Southern District of Texas on August 17, 20234:.

                                     /s/ *Ramón G. Viada III*
                                     Ramón G. Viada III