# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| VORTEX Repertory Co., *et al.*, | |
| Plaintiffs, | 4:23-cv-02993 |
| v. | |
| Angela Colmenero, *et al.*, | |
| Defendants. | |
| The Woodlands Pride, Inc., *et al.*, | |
| Plaintifs, | 4:23-cv-02847 |
| v. | |
| Angela Colmenero, *et al.*, | |
| Defendants. | |

## [PROPOSED] ORDER

Before the Court is Plaintiffs in *VORTEX Repertory Co. v. Colmenero*'s Motion to Consolidate case No. 4:23-cv-02993 with 4:23-cv-02847.

Having considered the Motion and applicable law, the Court **GRANTS** the motion to consolidate the above-captioned cases. It is hereby **ORDERED** that case 4:23-cv-02993 shall be consolidated with 4:23-cv-02847 for future proceedings. The United States District Clerk shall effect the consolidation of these cases as soon as practicable.

It is **SO ORDERED**.

SIGNED on _____, 2023.

_____
UNITED STATES DISTRICT JUDGE