AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| THE WOODLANDS PRIDE, INC. et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:23-cv-02847 |
| ANGELA COLMENERO et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ANGELA COLMENERO.

Date: 08/18/2023

/s/ Taylor Gifford
*Attorney's signature*

Taylor Gifford 24027262,  SD ID No. 3624053
*Printed name and bar number*

Office of the Attorney General
P.O. Box 12548, Capitol Station (019)
Austin, Texas 78711-2548
*Address*

Taylor.Gifford@oag.texas.gov
*E-mail address*

(512) 936-2650
*Telephone number*

(512) 320-0667
*FAX number*