United States District Court
Southern District of Texas
**ENTERED**
August 18, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

The Woodlands Pride, Inc.; Abilene
Pride Alliance; Extragrams, LLC; 360
Queen Entertainment LLC; Brigitte
Bandit,

     Plaintiffs,

v.

Angela Colmenero, in an official
capacity as Interim Attorney General of
Texas; The Woodlands Township;
Montgomery County, Texas; Brett
Ligon, in an official capacity as District
Attorney of Montgomery County; City
of Abilene, Texas; Taylor County,
Texas; James Hicks, in an official
capacity as District Attorney of Taylor
County; Delia Garza, in an official
capacity as County Attorney of Travis
County; Joe D. Gonzalez, in an official
capacity as District Attorney of Bexar
County,

     Defendants.

Civil Action No. 4:23-cv-02847

**Order Granting Motion for Leave to Proceed Under a Pseudonym**

Pending before the Court is Plaintiffs' Unopposed Motion for Leave to

Proceed Under a Pseudonym for Plaintiff Brigitte Bandit. Upon reviewing Plaintiff

Brigitte Bandit's declaration and supporting arguments, the Court finds that the

Plaintiffs' Motion is hereby **GRANTED**. Plaintiff Brigitte Bandit may proceed

pseudonymously in this case, including in public filings and court proceedings.

Signed on this the __18__ day of August, 2023.

Judge David Hittner