Case 4:23-cv-02847 Document 37 Filed on 08/18/23 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 18, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| The Woodlands Pride, Inc. et al, | § § § | |
| Plaintiffs | § § | |
| v. | § § | Civil Action No. H-23-2847 |
| Angela Colmenero et al, | § § | |
| Defendants. | § § | |

### ORDER

The Court hereby

**ORDERS** that Defendants' responses to Plaintiff's Motion for Temporary Restraining Order and preliminary injunction (Document No. 10), along with any briefings the parties deem necessary for the consolidated preliminary injunction hearing and trial on the merits, shall be filed by the end of business on August 23, 2023.

SIGNED at Houston, Texas, on this **18** day of August, 2023.

DAVID HITTNER
United States District Judge