IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE WOODLANDS PRIDE, INC., et al. § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> ANGELA COLMENERO, in an official § <br> Capacity as Interim Attorney General of § <br> Texas, et al., § <br> § <br> *Defendants*. | Case No. 4:23-cv-02847 |

## NOTICE OF APPEARANCE OF LEAD COUNSEL

TO THE HONORABLE DAVID HITTNER:

PLEASE TAKE NOTICE that Lisa V. Cubriel, Assistant District Attorney for Bexar County, hereby enters an appearance as lead counsel for Defendant Joe D. Gonzales, the Bexar County District Attorney, in the above styled matter, and requests that she be provided notice of all matters and proceedings in this case. Attorney contact information is as follows:

> Lisa V. Cubriel
> Bexar County District Attorney's Office
> Texas Bar No. 24045731
> Southern District of Texas Federal ID No. 3146931
> Civil Division
> 101 W. Nueva, 7th Floor
> San Antonio, TX 78205
> United States
> 210-335-2142
> Fax: 210-335-2773
> Lisa.Cubriel@bexar.org

Dated: August 18, 2023.                    Respectfully Submitted,

                                           JOE D. GONZALES
                                           Bexar County Criminal District Attorney

By:  /s/ *Lisa V. Cubriel*
**LISA V. CUBRIEL**
Assistant District Attorney
Texas Bar No. 24045731
SDTX Federal ID No. 3146931
Civil Division
101 W. Nueva, 7th Floor
San Antonio, Texas 78205
Telephone: (210) 335-2142
Fax: (210) 335-2773
Lisa.Cubriel@bexar.org

## CERTIFICATE OF SERVICE

I do hereby certify on the 21st day of August, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which provided electronic service upon all parties who have made an appearance in this case.

/s/ *Lisa V. Cubriel*
**LISA V. CUBRIEL**