IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| The Woodlands Pride, Inc,; *et al.*, § <br>      *Plaintiffs,* § <br> § <br> v. § <br> § <br> Angela Colmenero, in an official capacity as Interim § <br> Attorney General of Texas; *et al.,* § <br>      *Defendants.* § | Case Number: 4:23-cv-02847 |

<u>NOTICE OF APPEARANCE OF COUNSEL B.D. GRIFFIN</u>

TO THE HONORABLE DAVID HITTNER:

  PLEASE TAKE NOTICE that B.D. Griffin County Attorney for Montgomery County, hereby enters an appearance as counsel for Defendants Montgomery County and Brett Ligon in the above styled matter, and requests that he be provided notice of all matters and proceedings in this case. Attorney contact information in as follows:

  B.D. Griffin
  Montgomery County Attorney
  Texas Bar No. 08468500
  Federal ID No. 1862
  Bd.Griffin@mctx.org
  501 N. Thompson St. Suite 100
  Conroe, TX 77301
  Phone:  (936) 538-8202
  Facsimile: (936) 760-6920

            Respectfully submitted,

            B. D. Griffin
            County Attorney, Montgomery County

            BY:  s/ B.D. Griffin
            B.D. Griffin
            Montgomery County Attorney
            Texas Bar No. 08468500
            Federal ID No. 1862

Bd.Griffin@mctx.org<br>
501 N. Thompson St. Suite 100<br>
Conroe, TX 77301<br>
Phone:    (936) 538-8202<br>
Facsimile:    (936) 760-6920<br>
ATTORNEY FOR MONTGOMERY COUNTY and BRETT LIGON, DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on the 21st day of August, 2023, a true and correct copy of the foregoing document was delivered by electronic notice to all counsel of record who have appeared via the Court's CM/ECF system or via USPS Mail to all parties at the addresses below.

| | |
|---|---|
| Alison Dawn Andrews<br>Baker Botts LLP<br>910 Louisiana Street<br>Houston, TX 77002<br>713-229-1533<br>aliandrews@me.com | Attorney for 360 Queen Entertainment LLC<br>Abilene Pride Alliance<br>BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Thomas Paul Buser-Clancy<br>ACLU of Texas<br>PO Box 8306<br>Houston, TX 77288<br>713-942-8146<br>tbuser-clancy@aclutx.org | Attorney for 360 Queen Entertainment LLC<br>Abilene Pride Alliance<br>BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Madeleine Rose Dwertman<br>Baker Botts LLP<br>401 S. 1st St., Suite 1300<br>Austin, TX 78704<br>512-322-2521<br>512-322-8321 (fax)<br>maddy.dwertman@bakerbotts.com | Attorney for 360 Queen Entertainment LLC<br>Abilene Pride Alliance<br>BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Chloe Nicole Kempf<br>ACLU of Texas<br>1018 Preston Street<br>Houston, TX 77002<br>713-942-8146<br>ckempf@aclutx.org | Attorney for 360 Queen Entertainment LLC<br>Abilene Pride Alliance<br>BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Brian Klosterboer<br>ACLU Foundation of Texas | Attorney for 360 Queen Entertainment LLC<br>Abilene Pride Alliance |

| | |
|---|---|
| 5225 Katy Freeway, Suite 350<br>Houston, TX 77007<br>713-942-8146<br>bklosterboer@aclutx.org | BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Derek Raymond McDonald<br>Baker Botts LLP<br>98 San Jacinto Blvd, Suite 1500<br>Austin, TX 78701-4039<br>512-322-2667<br>derek.mcdonald@bakerbotts.com | Attorney for 360 Queen Entertainment LLC<br>Abilene Pride Alliance<br>BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Adriana Cecilia Pinon<br>ACLU of Texas<br>5225 Katy Freeway, Suite 350<br>Houston, TX 77007<br>713-942-8146<br>apinon@aclutx.org | Attorney for 360 Queen Entertainment LLC<br>Abilene Pride Alliance<br>BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Brandt Thomas Roessler<br>Baker Botts LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>212-408-2583<br>brandt.roessler@bakerbotts.com | Attorney for 360 Queen Entertainment LLC<br>Abilene Pride Alliance<br>BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Emily Arleen Rohles<br>Baker Botts, LLP<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX 77002<br>713-229-2065<br>713-229-7865 (fax)<br>emily.rohles@bakerbotts.com | Attorney for 360 Queen Entertainment LLC<br>Abilene Pride Alliance<br>BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Edgar Saldivar<br>American Civil Liberties Union of Texas<br>5225 Katy Freeway, Suite 350<br>Houston, TX 77007<br>7139428146<br>7139428966 (fax)<br>esaldivar@aclutx.org | Attorney for 360 Queen Entertainment LLC<br>Abilene Pride Alliance<br>BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Travis W. Fife<br>Texas Civil Rights Project<br>PO Box 1108<br>Houston, TX 77251<br>512-474-5073<br>travis@texascivilrightsproject.org | Attorney for The Greater Houston LGBT Chamber of Commerce<br>*(Consol Plaintiff)*<br><br>The North Texas Gay Lesbian Bisexual Transgender Chamber of Commerce<br>*(Consol Plaintiff)*<br><br>The San Antonio LGBT Chamber of |

| | |
|---|---|
| | Commerce<br>*(Consol Plaintiff)*<br><br>VORTEX Repertory Company<br>*(Consol Plaintiff)*<br><br>Brock England<br>*(Consol Plaintiff)*<br><br>Jamie Brokaw<br>*(Consol Plaintiff)*<br><br>Mark Ivy<br>*(Consol Plaintiff)*<br><br>Oktavea Williams<br>*(Consol Plaintiff)* |
| Stanley E. Smith<br>PO Box 60<br>Abilene, Texas 79601<br>325-676-6251<br>Stanley.smith@abilenetx.gov | Attorney for City of Abilene, Texas<br>*(Defendant)* |
| Ramon G. Viada, III<br>Viada & Strayer<br>17 Swallow Tail Ct<br>The Woodlands, TX 77381<br>281-419-6338<br>rayviada@viadastrayer.com | Attorney for City of Abilene, Texas<br>*(Defendant)*<br><br>Attorney for The Woodlands Township<br>*(Defendant)* |
| Kimberly Gdula<br>Deputy Chief<br>Office of the Attorney General of Texas<br>3300 W. 15th St.<br>Austin, Texas 78701<br>512-241-9629<br>Kimberly.gdula@oag.texas.gov | Attorney for Angela Colmenero<br>*In an official capacity as Interim Attorney General of Texas* |
| Taylor Gifford<br>Assistant Attorney General<br>Office of the Attorney General of Texas<br>3300 W. 15th St.<br>Austin, Texas 78701<br>512-936-2650<br>Taylor.gifford@oag.texas.gov | Attorney for Angela Colmenero<br>*In an official capacity as Interim Attorney General of Texas* |
| Frank Stamey<br>300 Oak St.<br>Abilene, Texas 79802<br>325-674-1377 | Attorney for James Hicks<br>*In an official capacity as District Attorney of Taylor County* |

| | |
|---|---|
| Frank.stamey@taylorcounty.texasgov | |
| Leslie W. Dippel<br>PO Box 1748<br>Austin, Texas 78767<br>512-854-9841 | Attorney for Delia Garza<br>*In an official capacity as County Attorney of Travis County* |
| Lisa V. Cubriel<br>101 W. Nuena, 7th Floor<br>San Antonio, Texas 78205<br>210-335-2142<br>Lisa.cubriel@bexar.org | Attorney for Joe D. Gonzalez<br>*In an official capacity as District Attorney of Bexar County* |

s/ B.D. Griffin