IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| The Woodlands Pride, Inc.; et al.,<br>   *Plaintiffs*,<br><br>vs.<br><br>Angela Colmenero, in an official<br>capacity as Interim Attorney General<br>of Texas, et al.,<br>   *Defendants*. | § § § § § § § § § § | C.A. No. 4:23-cv-2847<br><br>**JURY TRIAL DEMANDED** |

### ORDER

On this date, the Court considered Defendant The Woodlands Township's Motion to Dismiss for Lack of Subject-Matter Jurisdiction Or, Alternatively, for Failure to State a Claim, and any timely filed responses and/or replies. The Motion is hereby **GRANTED**.

All of Plaintiffs' claims against The Woodlands Township are dismissed for lack of subject-matter jurisdiction [or dismissed with prejudice for failure to state a claim].

**IT IS SO ORDERED.**

Signed at Houston, Texas on this _____ day of August, 2023.

_____
Hon. David Hittner
United States District Judge