UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,<br><br>    Plaintiffs,<br><br>v.<br><br>Angela Colmenero, in an official capacity as Interim Attorney General of Texas; The Woodlands Township; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzalez, in an official capacity as District Attorney of Bexar County,<br><br>    Defendants. | Civil Action No. 4:23-cv-02847 |

**CERTIFICATE OF INTERESTED PARTIES**

Plaintiffs The Woodlands Pride, Inc. ("Woodlands Pride"), Abilene Pride Alliance ("Abilene Pride"), Extragrams, LLC ("Extragrams"), 360 Queen

1

Entertainment LLC ("360 Queen"), and Brigitte Bandit file this Certificate of Interested Parties. The following persons and/or entities may have a financial interest in the outcome of this case:

1. Plaintiff: Woodlands Pride

2. Plaintiff: Abilene Pride

3. Plaintiff: Extragrams

4. Plaintiff: 360 Queen

5. Plaintiff: Brigitte Bandit

6. Defendant: Angela Colmenero

7. Defendant: The Woodlands Township

8. Defendant: Montgomery County, Texas

9. Defendant: Brett Ligon

10. Defendant: City of Abilene, Texas

11. Defendant: Taylor County, Texas

12. Defendant: James Hicks

13. Defendant: Delia Garza

14. Defendant: Joe D. Gonzalez

15. All counsel of record.

Respectfully submitted,

| | |
|---|---|
| */s/ Brian Klosterboer* | */s/ Emily Rohles* |
| Brian Klosterboer, *attorney-in-charge* | Ali Andrews |
|   TX Bar No. 24107833 |   TX Bar No. 24059381 |
|   SDTX No. 3314357 |   SDTX No. 2247339 |
| Chloe Kempf | Emily Rohles |
|   TX Bar No. 24127325 |   TX Bar No. 24125940 |
|   SDTX No. 3852674 |   SDTX No. 3715273 |
| Thomas Buser-Clancy | BAKER BOTTS L.L.P. |
|   TX Bar No. 24078344 | 910 Louisiana Street |
|   SDTX No. 1671940 | Houston, TX 77002 |
| Edgar Saldivar | Tel. (713) 229-1234 |
|   TX Bar No. 24038188 | Fax (713) 229-1522 |
|   SDTX No. 618958 | Ali.Andrews@BakerBotts.com |
| Adriana Pinon | Emily.Rohles@BakerBotts.com |
|   TX Bar No. 24089768 | |
|   SDTX No. 1829959 | |
| ACLU FOUNDATION OF TEXAS, INC. | Derek McDonald |
| P.O. Box 8306 |   TX Bar No. 00786101 |
| Houston, TX 77288 |   SDTX No. 18546 |
| Tel. (713) 942-8146 | Maddy Dwertman |
| Fax (713) 942-8966 |   TX Bar No. 24092371 |
| bklosterboer@aclutx.org |   SDTX No. 3853795 |
| ckempf@aclutx.org | BAKER BOTTS L.L.P. |
| tbuser-clancy@aclutx.org | 401 S. 1st Street, Suite 1300 |
| esaldivar@aclutx.org | Austin, TX 78704 |
| apinon@aclutx.org | Tel. (512) 322-2500 |
| | Fax (512) 322-2501 |
| | Derek.McDonald@BakerBotts.com |
| | Maddy.Dwertman@BakerBotts.com |
| | |
| | Brandt Thomas Roessler |
| |   TX Bar No. 24127923 |
| |   SDTX No. 3853796 |
| | BAKER BOTTS L.L.P. |
| | 30 Rockefeller Plaza |
| | New York, NY 10112 |
| | Tel. (212) 408-2500 |
| *Attorneys for Plaintiffs* | Fax (212) 408-2501 |

3

Brandt.Roessler@BakerBotts.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on August 21, 2023, a true and correct copy of the foregoing was served via the CM/ECF system to all counsel of record.

                                      */s/ Emily Rohles*
                                      Emily Rohles