IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| The Woodlands Pride, Inc.; et al., § *Plaintiffs*, § § vs. § § Angela Colmenero, in an official § capacity as Interim Attorney General § of Texas, et al., § *Defendants*. § § § | C.A. No. 4:23-cv-2847 **JURY TRIAL DEMANDED** |

**ORDER**

On this date, the Court considered Defendant City of Abilene's Motion to Dismiss for Lack of Subject-Matter Jurisdiction Or, Alternatively, for Failure to State a Claim, and any timely filed responses and/or replies. The Motion is hereby **GRANTED**.

All of Plaintiffs' claims against City of Abilene are dismissed for lack of subject-matter jurisdiction [or dismissed with prejudice for failure to state a claim].

**IT IS SO ORDERED.**

Signed at Houston, Texas on this _____ day of August, 2023.

_____
Hon. David Hittner
United States District Judge