IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE WOODLANDS PRIDE, INC et al., *Plaintiffs*, | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-02847 |
| ANGELA COLMENERO et al., *Defendants*. | § § § | |

### DEFENDANT'S NOTICE OF APPEARANCE

Defendant Angela Colmenero, in her official capacity as Interim Attorney General of Texas, hereby gives notice to the Court of the appearance of Charles K. Eldred as co-counsel in this matter. Taylor Gifford will remain as attorney-in-charge for Defendant. Mr. Eldred is a member in good standing of the State Bar of Texas. Defendant respectfully requests that Mr. Eldred be served with all future correspondence and pleadings in this matter.

Respectfully submitted,

**ANGELA COLMENERO**
Provisional Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Acting Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Deputy Chief, General Litigation Division

**RYAN KERCHER**
Deputy Chief, General Litigation Division

*/s/ Taylor Gifford*
**TAYLOR GIFFORD**
Assistant Attorney General
Texas Bar No. 24027262

1

Southern District ID No. 3624053

**CHARLES K. ELDRED**
Chief, Legal Strategy Division
Texas Bar No. 00793681
Southern District ID No. 20772

General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
Taylor.Gifford@oag.texas.gov
Charles.Eldred@oag.texas.gov

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that that on August 22, 2023, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Taylor Gifford*
**TAYLOR GIFFORD**
Assistant Attorney General

2