UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE WOODLANDS PRIDE, INC., et al., | § § § | |
| *Plaintiffs*, | § § | Civil No. 4:23-cv-02847 |
| v. | § § | |
| ANGELA COLMENERO, IN AN OFFICIAL CAPACITY AS INTERIM ATTORNEY GENERAL OF TEXAS, et al., | § § § § § | |
| *Defendants*. | § § | |

### DEFENDANTS TAYLOR COUNTY, TEXAS AND JAMES HICKS' NOTICE OF APPEARANCE OF ATTORNEY

TO THE HONORABLE COURT:

Defendants, Taylor County, Texas and James Hicks, in his official capacity as District Attorney of Taylor County, file this Notice of Appearance of Attorney for McMahon Surovik Suttle, P.C. and shows as follows:

Robert B. Wagstaff of the firm of McMahon Surovik Suttle, P.C. hereby makes an appearance in this case on behalf of Defendants Taylor County, Texas and James Hicks, in his official capacity as District Attorney of Taylor County, and requests that all pleadings, notices, and other communications in this case be sent to his attention hereafter.

Respectfully submitted,

BY: /s/ Robert B. Wagstaff
**Robert B. Wagstaff**
**Attorney-in-Charge**
**State Bar No. 20665000**
**SDTX Bar No. 13115**
**rwagstaff@mcmahonlawtx.com**

MCMAHON SUROVIK SUTTLE, P.C.
P. O. Box 3679
Abilene, TX 79604
(325) 676-9183 Telephone
(325) 676-8836 Fax

ATTORNEYS FOR TAYLOR COUNTY, TEXAS and JAMES HICKS

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument was filed electronically with the Court's electronic filing system on this 22nd day of August, 2023, in accordance with the Federal Rules of Civil Procedure and LR5.3 of the Southern District of Texas.

/s/ Robert B. Wagstaff
**Robert B. Wagstaff**