United States District Court
Southern District of Texas
**ENTERED**
August 22, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| The Woodlands Pride, Inc. et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. H-23-2847 |
| v. | § | |
| | § | |
| Angela Colmenero et al, | § | |
| | § | |
| Defendants. | § | |

## AMENDED TRIAL SCHEDULE ORDER

The Court hereby

**ORDERS** that the consolidated preliminary injunction hearing and trial on the merits, currently scheduled to begin August 28, 2023 at 1:30 p.m. is reset as to the time only to begin August 28, 2023 at 10:30 a.m.

SIGNED at Houston, Texas, on this 22 day of August, 2023.

DAVID HITTNER
United States District Judge