# EXHIBIT 2

**Texas Legislature Online**
# History

| | |
|---|---|
| **Bill:** | SB 12 |
| **Legislative Session:** | 88(R) |
| **Last Action:** | *06/18/2023 E Effective on 9/1/23* |
| **Caption Version:** | Enrolled |
| **Caption Text:** | Relating to the authority to regulate sexually oriented performances and to restricting those performances on the premises of a commercial enterprise, on public property, or in the presence of an individual younger than 18 years of age; authorizing a civil penalty; creating a criminal offense. |
| **Author:** | Hughes |
| **Coauthor:** | Bettencourt \| Birdwell \| Creighton \| Kolkhorst \| Paxton \| Springer |
| **Sponsor:** | Shaheen \| Metcalf \| Burrows \| Harris, Caroline \| Isaac |
| **Cosponsor:** | Ashby \| Bell, Cecil \| Bell, Keith \| Buckley \| Bumgarner \| Burns \| Cain \| Cook \| Dean \| Frank \| Gerdes \| Geren \| Harris, Cody \| Hefner \| Holland \| Hull \| Kitzman \| Klick \| Landgraf \| Lopez, Janie \| Lozano \| Noble \| Oliverson \| Patterson \| Rogers \| Schofield \| Smithee \| Spiller \| Swanson \| Tepper \| Toth \| VanDeaver \| Vasut \| Wilson |
| **Subjects:** | City Government--General (I0060)<br>County Government--General (I0096)<br>Crimes--Miscellaneous (I0200)<br>Minors--Health & Safety (I0533)<br>Public Lands, Buildings & Resources (I0630)<br>SEXUALLY ORIENTED BUSINESSES (S2194)<br>ATTORNEY GENERAL (V2811) |
| **Senate Committee:** | State Affairs |
| **Status:** | Out of committee |
| **Vote:** | Ayes=8   Nays=2   Present Not Voting=0   Absent=1 |
| **House Committee:** | State Affairs |
| **Status:** | Out of committee |
| **Vote:** | Ayes=9   Nays=4   Present Not Voting=0   Absent=0 |
| **Senate Conferees:** | Appointed (05/25/2023) Hughes (Chair) \| Creighton \| Paxton \| Springer \| West |
| **House Conferees:** | Appointed (05/26/2023) Shaheen (Chair) \| Geren \| Harris, Caroline \| Moody \| Patterson |

**Actions**: (descending date order)
Viewing Votes: Most Recent House Vote | Most Recent Senate Vote

| | Description | Comment | Date | Time | Journal Page |
|---|---|---|---|---|---|
| E | Effective on 9/1/23 | | 06/18/2023 | | |
| E | Signed by the Governor | | 06/18/2023 | | 3307 |
| E | Sent to the Governor | | 05/29/2023 | | 3305 |
| H | Signed in the House | | 05/29/2023 | | 6496 |
| S | Signed in the Senate | | 05/29/2023 | | 3300 |
| S | Reported enrolled | | 05/29/2023 | | 3305 |
| S | House adopts conf. comm. report-reported | | 05/28/2023 | | 3232 |
| H | Statement(s) of vote recorded in Journal | | 05/28/2023 | | 6206 |

| | | | | | |
|---|---|---|---|---|---|
| H | Record vote | RV#2241 | 05/28/2023 | | 6205 |
| H | House adopts conference committee report | | 05/28/2023 | | 6205 |
| H | House adopts resolution to go outside bounds | HR 2462 | 05/28/2023 | | 6204 |
| H | Senate adopts conf. comm. report-reported | | 05/28/2023 | | 6433 |
| S | Record vote | | 05/28/2023 | | 3177 |
| S | Senate adopts conference committee report | | 05/28/2023 | | 3177 |
| S | Senate adopts resolution to go outside bounds | SR 704 | 05/28/2023 | | 3176 |
| H | Conf. Comm. Report distributed | | 05/27/2023 | 03:10 PM | |
| S | Conference committee report filed | | 05/27/2023 | | 3113 |
| S | House appoints conferees-reported | | 05/26/2023 | | 3011 |
| S | House grants request for conf comm-reported | | 05/26/2023 | | 3011 |
| H | House appoints conferees | | 05/26/2023 | | 5877 |
| H | House grants request for conference committee | | 05/26/2023 | | 5877 |
| H | Senate appoints conferees-reported | | 05/25/2023 | | 5626 |
| H | Senate requests conference committee-reported | | 05/25/2023 | | 5626 |
| H | Senate refuses to concur-reported | | 05/25/2023 | | 5626 |
| S | Senate appoints conferees | | 05/25/2023 | | 2889 |
| S | Senate requests conference committee | | 05/25/2023 | | 2889 |
| S | Senate refuses to concur | | 05/25/2023 | | 2889 |
| S | Read | | 05/25/2023 | | 2889 |
| S | House amendment(s) laid before the Senate | | 05/25/2023 | | 2887 |
| S | House passage as amended reported | | 05/22/2023 | | 2402 |
| H | Statement(s) of vote recorded in Journal | | 05/22/2023 | | 4852 |
| H | Record vote | RV#1917 | 05/22/2023 | | 4851 |
| H | Passed | | 05/22/2023 | | 4851 |
| H | Read 3rd time | | 05/22/2023 | | 4851 |
| H | Statement(s) of vote recorded in Journal | | 05/19/2023 | | 4669 |
| H | Record vote | RV#1859 | 05/19/2023 | | 4669 |
| H | Passed to 3rd reading | | 05/19/2023 | | 4669 |
| H | Read 2nd time | | 05/19/2023 | | 4668 |
| H | Placed on Major State Calendar | | 05/19/2023 | | |
| H | Considered in Calendars | | 05/17/2023 | | |
| H | Committee report sent to Calendars | | 05/17/2023 | | |
| H | Committee report distributed | | 05/17/2023 | 02:31 PM | |
| H | Comte report filed with Committee Coordinator | | 05/17/2023 | | 4619 |
| H | Reported favorably as substituted | | 05/12/2023 | | |
| H | Committee substitute considered in committee | | 05/12/2023 | | |
| H | Considered in formal meeting | | 05/12/2023 | | |
| H | Left pending in committee | | 05/10/2023 | | |
| H | Testimony taken/registration(s) recorded in committee | | 05/10/2023 | | |
| H | Committee substitute considered in committee | | 05/10/2023 | | |
| H | Considered in public hearing | | 05/10/2023 | | |
| H | Scheduled for public hearing on . . . | | 05/10/2023 | | |
| H | Referred to State Affairs | | 04/13/2023 | 01:37 PM | 1444 |
| H | Read first time | | 04/13/2023 | | 1444 |
| H | Received from the Senate | | 04/06/2023 | | 1280 |
| S | Reported engrossed | | 04/05/2023 | | 806 |
| S | Remarks ordered printed | | 04/05/2023 | | 784 |
| S | Record vote | | 04/05/2023 | | 784 |
| S | Passed | | 04/05/2023 | | 784 |
| S | Read 3rd time | | 04/05/2023 | | 784 |
| S | Record vote | | 04/05/2023 | | 784 |
| S | Rules suspended-Regular order of business | | 04/05/2023 | | 784 |
| S | Co-author authorized | | 04/05/2023 | | 803 |

| | | | | |
|---|---|---|---|---|
| S | Record vote | | 04/04/2023 | 760 |
| S | Passed to engrossment as amended | | 04/04/2023 | 760 |
| S | Vote recorded in Journal | | 04/04/2023 | 760 |
| S | Amended | | 04/04/2023 | 760 |
| S | Amendment(s) offered | FA1 Hughes | 04/04/2023 | 759 |
| S | Read 2nd time | | 04/04/2023 | 759 |
| S | Record vote | | 04/04/2023 | 759 |
| S | Rules suspended-Regular order of business | | 04/04/2023 | 759 |
| S | Co-author authorized | | 04/04/2023 | 764 |
| S | Placed on intent calendar | | 04/03/2023 | |
| S | Co-author authorized | | 04/03/2023 | 731 |
| S | Committee report printed and distributed | | 03/30/2023 03:03 PM | |
| S | Reported favorably as substituted | | 03/30/2023 | 705 |
| S | Vote taken in committee | | 03/27/2023 | |
| S | Considered in public hearing | | 03/27/2023 | |
| S | Left pending in committee | | 03/23/2023 | |
| S | Testimony taken in committee | | 03/23/2023 | |
| S | Considered in public hearing | | 03/23/2023 | |
| S | Scheduled for public hearing on . . . | | 03/23/2023 | |
| S | Co-author authorized | | 03/21/2023 | 539 |
| S | Referred to State Affairs | | 03/13/2023 | 374 |
| S | Read first time | | 03/13/2023 | 374 |
| S | Filed | | 03/10/2023 | |
| S | Received by the Secretary of the Senate | | 03/10/2023 | |