# EXHIBIT 3

**Texas Legislature Online**
# Authors

**Bill:** SB 12     **Legislative Session:** 88(R)

| **Primary Author** | **Date Filed** |
|---|---|
| Hughes | 03/10/2023 |

| **Coauthors (6)** | **Date Signed On** |
|---|---|
| Bettencourt | 04/03/2023 |
| Birdwell | 04/03/2023 |
| Creighton | 04/03/2023 |
| Kolkhorst | 03/21/2023 |
| Paxton | 04/04/2023 |
| Springer | 04/05/2023 |