# EXHIBIT 4

**Texas Legislature Online**
# Sponsors

**Bill:** SB 12   **Legislative Session:** 88(R)   **Author:** Hughes

**Sponsor**
Shaheen

**Joint Sponsors**
Metcalf
Burrows
Harris, Caroline
Isaac

**Cosponsors (34)**
Ashby
Bell, Cecil
Bell, Keith
Buckley
Bumgarner
Burns
Cain
Cook
Dean
Frank
Gerdes
Geren
Harris, Cody
Hefner
Holland
Hull
Kitzman
Klick
Landgraf
Lopez, Janie
Lozano
Noble
Oliverson
Patterson
Rogers
Schofield
Smithee
Spiller
Swanson
Tepper
Toth
VanDeaver
Vasut
Wilson