# EXHIBIT 5

By:  Hughes                                                      S.B. No. 12

A BILL TO BE ENTITLED

1                                AN ACT
2    relating to restricting certain sexually oriented performances on
3    public property, on the premises of a commercial enterprise, or in
4    the presence of a child; authorizing a civil penalty; creating a
5    criminal offense.
6          BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:
7          SECTION 1.  Subtitle A, Title 9, Health and Safety Code, is
8    amended by adding Chapter 769 to read as follows:
9               CHAPTER 769. SEXUALLY ORIENTED PERFORMANCES
10         Sec. 769.001.  DEFINITIONS.  In this chapter:
11              (1)  "Premises" has the meaning assigned by Section
12   46.03, Penal Code.
13              (2)  "Sexually oriented performance" has the meaning
14   assigned by Section 43.28, Penal Code.
15         Sec. 769.002.  CERTAIN SEXUALLY ORIENTED PERFORMANCES
16   PROHIBITED ON PREMISES OF COMMERCIAL ENTERPRISE; CIVIL PENALTY;
17   INJUNCTION.  (a) A person who controls the premises of a commercial
18   enterprise may not allow a sexually oriented performance to be
19   presented on the premises in the presence of an individual younger
20   than 18 years of age.
21         (b)  A person who violates this section is liable to this
22   state for a civil penalty of not more than $10,000 for each
23   violation.
24         (c)  The attorney general may bring an action to:

1

S.B. No. 12

1  (1)  recover the civil penalty imposed under this
2  section; or
3  (2)  obtain a temporary or permanent injunction to
4  restrain the violation.
5  (d)  An action under this section may be brought in a
6  district court in:
7  (1)  Travis County; or
8  (2)  a county in which any part of the violation occurs.
9  (e)  The attorney general shall deposit a civil penalty
10 collected under this section in the state treasury to the credit of
11 the general revenue fund.
12 (f)  The attorney general may recover reasonable expenses
13 incurred in bringing an action under this section, including court
14 costs, attorney's fees, investigative costs, witness fees, and
15 deposition expenses.
16 SECTION 2.  Chapter 243, Local Government Code, is amended
17 by adding Section 243.0031 to read as follows:
18 Sec. 243.0031.  AUTHORITY TO REGULATE CERTAIN SEXUALLY
19 ORIENTED PERFORMANCES.  (a)  In this section, "sexually oriented
20 performance" has the meaning assigned by Section 43.28, Penal Code.
21 (b)  Subject to Subsection (c), a municipality or county may
22 regulate sexually oriented performances as the municipality or
23 county considers necessary to promote the public health, safety, or
24 welfare.
25 (c)  A municipality or county may not authorize a sexually
26 oriented performance:
27 (1)  on public property; or

S.B. No. 12

```
 1              (2)  in the presence of an individual younger than 18
 2  years of age.
 3         (d)  Except as provided by Subsection (c), this section does
 4  not  limit  the  authority  of  a  municipality  to  license,  tax,
 5  suppress,  prevent,  or  otherwise  regulate  theatrical  or  other
 6  exhibitions, shows, or amusements under Section 215.032.
 7         SECTION 3.  Subchapter B, Chapter 43, Penal Code, is amended
 8  by adding Section 43.28 to read as follows:
 9         Sec. 43.28.  CERTAIN     SEXUALLY     ORIENTED     PERFORMANCES
10  PROHIBITED.  (a)  In this section, "sexually oriented performance"
11  means a visual performance that:
12              (1)  features:
13                   (A)  a  performer  who  is  nude,  as  defined  by
14  Section 102.051, Business & Commerce Code; or
15                   (B)  a male performer exhibiting as a female, or a
16  female performer exhibiting as a male, who uses clothing, makeup,
17  or other similar physical markers and who sings, lip syncs, dances,
18  or otherwise performs before an audience; and
19              (2)  appeals to the prurient interest in sex.
20         (b)  A person commits an offense if, regardless of whether
21  compensation  for  the  performance  is  expected  or  received,  the
22  person engages in a sexually oriented performance:
23              (1)  on public property; or
24              (2)  in the presence of an individual younger than 18
25  years of age.
26         (c)  An offense under this section is a Class A misdemeanor.
27         SECTION 4.  This Act takes effect September 1, 2023.
```