# EXHIBIT 7

**LEGISLATIVE BUDGET BOARD**
Austin, Texas

**FISCAL NOTE, 88TH LEGISLATIVE REGULAR SESSION**

**March 22, 2023**

**TO:** Honorable Bryan Hughes, Chair, Senate Committee on State Affairs

**FROM:** Jerry McGinty, Director, Legislative Budget Board

**IN RE: SB12** by Hughes (Relating to restricting certain sexually oriented performances on public property, on the premises of a commercial enterprise, or in the presence of a child; authorizing a civil penalty; creating a criminal offense.), **As Introduced**

> **No significant fiscal implication to the State is anticipated.**

The bill would restrict certain sexually oriented performances on public property, on the premises of a commercial enterprise, or in the presence of a child.

According to the Office of Court Administration and the Office of the Attorney General, no significant fiscal implications are anticipated from the provisions of the bill.

According to the Comptroller's Office, any revenue impacts from the creation of a new misdemeanor offense and associated penalties and court costs cannot be determined.

**Local Government Impact**

No significant fiscal implication to units of local government is anticipated.

**Source Agencies:** 212 Office of Court Administration, Texas Judicial Council, 302 Office of the Attorney General, 304 Comptroller of Public Accounts
**LBB Staff:** JMc, SMAT, LCO, HGR, NV