# EXHIBIT 8

By:  Hughes, et al.                                          S.B. No. 12
     (Shaheen)

Substitute the following for S.B. No. 12:

By:  Dean                                                    C.S.S.B. No. 12

A BILL TO BE ENTITLED

1                              AN ACT

2  relating to restricting certain sexually oriented performances on

3  public property, on the premises of a commercial enterprise, or in

4  the presence of a child; authorizing a civil penalty; creating a

5  criminal offense.

6          BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

7          SECTION 1.  Subtitle A, Title 9, Health and Safety Code, is

8  amended by adding Chapter 769 to read as follows:

9                  CHAPTER 769.  SEXUALLY ORIENTED PERFORMANCES

10         Sec. 769.001.  DEFINITIONS.  In this chapter:

11             (1)  "Premises" has the meaning assigned by Section

12  46.03, Penal Code.

13             (2)  "Sexually oriented performance" has the meaning

14  assigned by Section 43.28, Penal Code.

15         Sec. 769.002.  CERTAIN   SEXUALLY   ORIENTED   PERFORMANCES

16  PROHIBITED ON PREMISES OF COMMERCIAL ENTERPRISE; CIVIL PENALTY;

17  INJUNCTION.  (a)  A person who controls the premises of a commercial

18  enterprise may not allow a sexually oriented performance to be

19  presented on the premises in the presence of an individual younger

20  than 18 years of age.

21             (b)  A person who violates this section is liable to this

22  state for a civil penalty of not more than $10,000 for each

23  violation.

24             (c)  The attorney general may bring an action to:

88R28856 AJZ-F                      1

C.S.S.B. No. 12

1          (1)  recover  the  civil  penalty  imposed  under  this
2  section; or
3          (2)  obtain  a  temporary  or  permanent  injunction  to
4  restrain the violation.
5       (d)  An  action  under  this  section  may  be  brought  in  a
6  district court in:
7          (1)  Travis County; or
8          (2)  a county in which any part of the violation occurs.
9       (e)  The  attorney  general  shall  deposit  a  civil  penalty
10  collected under this section in the state treasury to the credit of
11  the general revenue fund.
12       (f)  The attorney general may recover reasonable expenses
13  incurred in bringing an action under this section, including court
14  costs,  attorney's  fees,  investigative  costs,  witness  fees,  and
15  deposition expenses.
16       SECTION 2.   Chapter 243, Local Government Code, is amended
17  by adding Section 243.0031 to read as follows:
18       Sec. 243.0031.  AUTHORITY  TO  REGULATE  CERTAIN  SEXUALLY
19  ORIENTED PERFORMANCES.   (a)  In this section, "sexually oriented
20  performance" has the meaning assigned by Section 43.28, Penal Code.
21       (b)  Subject to Subsection (c), a municipality or county may
22  regulate  sexually  oriented  performances  as  the  municipality  or
23  county considers necessary to promote the public health, safety, or
24  welfare.
25       (c)  A municipality or county may not authorize a sexually
26  oriented performance:
27          (1)  on public property; or

2

C.S.S.B. No. 12

1    (2)  in the presence of an individual younger than 18

2  years of age.

3    (d)  Except as provided by Subsection (c), this section does

4  not  limit  the  authority  of  a  municipality  to  license,  tax,

5  suppress,  prevent,  or  otherwise  regulate  theatrical  or  other

6  exhibitions, shows, or amusements under Section 215.032.

7    SECTION 3.  Subchapter B, Chapter 43, Penal Code, is amended

8  by adding Section 43.28 to read as follows:

9    Sec. 43.28.  CERTAIN    SEXUALLY    ORIENTED    PERFORMANCES

10  PROHIBITED.  (a)  In this section:

11    (1)  "Premises"   has   the   meaning   assigned   by

12  Section 46.03.

13    (2)  "Sexual conduct" means:

14    (A)  the exhibition or representation, actual or

15  simulated, of sexual acts, including vaginal sex, anal sex, and

16  masturbation;

17    (B)  the exhibition or representation, actual or

18  simulated, of male or female genitals in a lewd state, including a

19  state of sexual stimulation or arousal;

20    (C)  the  exhibition  of  a  device  designed  and

21  marketed as useful primarily for the sexual stimulation of male or

22  female genitals; or

23    (D)  actual   contact   or   simulated   contact

24  occurring between one person and the buttocks, breast, or any part

25  of the genitals of another person.

26    (3)  "Sexually  oriented  performance"  means  a  visual

27  performance that:

3

C.S.S.B. No. 12

1               (A)  features:

2                     (i)  a performer who is nude, as defined by

3  Section 102.051, Business & Commerce Code; or

4                   (ii)  any other performer who engages in

5  sexual conduct; and

6               (B)  appeals to the prurient interest in sex.

7      (b)  A person commits an offense if, regardless of whether

8  compensation for the performance is expected or received, the

9  person engages in a sexually oriented performance:

10         (1)  on public property at a time, in a place, and in a

11  manner that could reasonably be expected to be viewed by a child; or

12         (2)  on the premises of a commercial enterprise in the

13  presence of an individual younger than 18 years of age.

14      (c)  An offense under this section is a Class A misdemeanor.

15    SECTION 4.  If any provision of this Act or its application

16  to any person or circumstance is held invalid, the invalidity does

17  not affect other provisions or applications of this Act that can be

18  given effect without the invalid provision or application, and to

19  this end the provisions of this Act are declared severable.

20    SECTION 5.  This Act takes effect September 1, 2023.

4