# EXHIBIT 10

# CONFERENCE COMMITTEE REPORT FORM

Austin, Texas

_MAY 26, 2023_

Date

Honorable Dan Patrick
President of the Senate

Honorable Dade Phelan
Speaker of the House of Representatives

Sirs:

We, Your Conference Committee, appointed to adjust the differences between the Senate and the House of Representatives on _____SB 12_____ have had the same under consideration, and beg to report it back with the recommendation that it do pass in the form and text hereto attached.

| | |
|---|---|
| _Hughes_ | _Shaheen_ |
| _Creighton_ | _Geren_ |
| _Paxton_ | _Harris, Caroline_ |
| _Springer_ | _Moody_ |
| On the part of the Senate | On the part of the House |
| West | Patterson |

**Note to Conference Committee Clerk:**

Please type the names of the members of the Conference Committee under the lines provided for signature. Those members desiring to sign the report should sign each of the six copies. Attach a copy of the Conference Committee Report and a Section by Section side by side comparison to each of the six reporting forms. The original and two copies are filed in house of origin of the bill, and three copies in the other house.

# CONFERENCE
# COMMITTEE REPORT

### 3rd Printing

S.B. No. 12

A BILL TO BE ENTITLED

1         AN ACT

2  relating to the authority to regulate sexually oriented

3  performances and to restricting those performances on the premises

4  of a commercial enterprise, on public property, or in the presence

5  of an individual younger than 18 years of age; authorizing a civil

6  penalty; creating a criminal offense.

7         BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

8         SECTION 1.  Subtitle A, Title 9, Health and Safety Code, is

9  amended by adding Chapter 769 to read as follows:

10         CHAPTER 769.  SEXUALLY ORIENTED PERFORMANCES

11         Sec. 769.001.  DEFINITIONS.  In this chapter:

12         (1)  "Premises" has the meaning assigned by Section

13  46.03, Penal Code.

14         (2)  "Sexually oriented performance" has the meaning

15  assigned by Section 43.28, Penal Code.

16         Sec. 769.002.  CERTAIN  SEXUALLY  ORIENTED  PERFORMANCES

17  PROHIBITED ON PREMISES OF COMMERCIAL ENTERPRISE; CIVIL PENALTY;

18  INJUNCTION.  (a)  A person who controls the premises of a commercial

19  enterprise may not allow a sexually oriented performance to be

20  presented on the premises in the presence of an individual younger

21  than 18 years of age.

22         (b)  A person who violates this section is liable to this

23  state for a civil penalty of not more than $10,000 for each

24  violation.

88R33319 AJZ-D                      1

S.B. No. 12

1    (c)  The attorney general may bring an action to:

2         (1)  recover the civil penalty imposed under this

3   section; or

4         (2)  obtain a temporary or permanent injunction to

5   restrain the violation.

6    (d)  An action under this section may be brought in a

7   district court in:

8         (1)  Travis County; or

9         (2)  a county in which any part of the violation occurs.

10   (e)  The attorney general shall deposit a civil penalty

11  collected under this section in the state treasury to the credit of

12  the general revenue fund.

13   (f)  The attorney general may recover reasonable expenses

14  incurred in bringing an action under this section, including court

15  costs, attorney's fees, investigative costs, witness fees, and

16  deposition expenses.

17        SECTION 2.  Chapter 243, Local Government Code, is amended

18  by adding Section 243.0031 to read as follows:

19        Sec. 243.0031.  AUTHORITY TO REGULATE CERTAIN SEXUALLY

20  ORIENTED PERFORMANCES.  (a)  In this section, "sexually oriented

21  performance" has the meaning assigned by Section 43.28, Penal Code.

22   (b)  Subject to Subsection (c), a municipality or county may

23  regulate sexually oriented performances as the municipality or

24  county considers necessary to promote the public health, safety, or

25  welfare.

26   (c)  A municipality or county may not authorize a sexually

27  oriented performance:

88R33319 AJZ-D                    2

S.B. No. 12

1      (1)  on public property; or

2      (2)  in the presence of an individual younger than 18

3  years of age.

4      (d)  Except as provided by Subsection (c), this section does

5  not limit the authority of a municipality to license, tax,

6  suppress, prevent, or otherwise regulate theatrical or other

7  exhibitions, shows, or amusements under Section 215.032.

8      SECTION 3.  Subchapter B, Chapter 43, Penal Code, is amended

9  by adding Section 43.28 to read as follows:

10     Sec. 43.28.  CERTAIN  SEXUALLY  ORIENTED  PERFORMANCES

11 PROHIBITED.  (a)  In this section:

12     (1)  "Sexual conduct" means:

13          (A)  the exhibition or representation, actual or

14 simulated, of sexual acts, including vaginal sex, anal sex, and

15 masturbation;

16          (B)  the exhibition or representation, actual or

17 simulated, of male or female genitals in a lewd state, including a

18 state of sexual stimulation or arousal;

19          (C)  the exhibition of a device designed and

20 marketed as useful primarily for the sexual stimulation of male or

21 female genitals;

22          (D)  actual  contact  or  simulated  contact

23 occurring between one person and the buttocks, breast, or any part

24 of the genitals of another person; or

25          (E)  the exhibition of sexual gesticulations

26 using accessories or prosthetics that exaggerate male or female

27 sexual characteristics.

88R33319 AJZ-D                    3

S.B. No. 12

1          (2)  "Sexually oriented performance"  means  a  visual

2   performance that:

3               (A)  features:

4                    (i)  a performer who is nude, as defined by

5   Section 102.051, Business & Commerce Code; or

6                    (ii)  any  other  performer  who  engages  in

7   sexual conduct; and

8               (B)  appeals to the prurient interest in sex.

9        (b)  A person commits an offense if, regardless of whether

10  compensation  for  the  performance  is  expected  or  received,  the

11  person engages in a sexually oriented performance:

12               (1)  on public property at a time, in a place, and in a

13  manner that could reasonably be expected to be viewed by a child; or

14               (2)  in the presence of an individual younger than 18

15  years of age.

16       (c)  An offense under this section is a Class A misdemeanor.

17       SECTION 4.  If any provision of this Act or its application

18  to any person or circumstance is held invalid, the invalidity does

19  not affect other provisions or applications of this Act that can be

20  given effect without the invalid provision or application, and to

21  this end the provisions of this Act are declared severable.

22       SECTION 5.  This Act takes effect September 1, 2023.

88R33319 AJZ-D                          4

**Senate Bill 12**
Conference Committee Report
Section-by-Section Analysis

| SENATE VERSION | HOUSE VERSION (CS) | CONFERENCE |
|---|---|---|
| | | [The conference committee may have exceeded the limitations imposed on its jurisdiction, but only the presiding officer can make the final determination on this issue.] |
| SECTION 1. Subtitle A, Title 9, Health and Safety Code, is amended. | SECTION 1. Same as Senate version. | SECTION 1. Same as Senate version. |
| SECTION 2. Chapter 243, Local Government Code, is amended. | SECTION 2. Same as Senate version. | SECTION 2. Same as Senate version. |
| SECTION 3. Subchapter B, Chapter 43, Penal Code, is amended by adding Section 43.28 to read as follows: Sec. 43.28. CERTAIN SEXUALLY ORIENTED PERFORMANCES PROHIBITED. (a) In this section:

(1) "Sexual conduct" means:
(A) the exhibition or representation, actual or simulated, of sexual acts, including vaginal sex, anal sex, and masturbation;
(B) the exhibition or representation, actual or simulated, of male or female genitals in a lewd state, including a state of sexual stimulation or arousal;
(C) the exhibition of a device designed and marketed as useful primarily for the sexual stimulation of male or female genitals; or
(D) actual contact or simulated contact occurring between one person and the buttocks, breast, or any part of the genitals of another person.

(2) "Sexually oriented performance" means a visual performance that: | SECTION 3. Subchapter B, Chapter 43, Penal Code, is amended by adding Section 43.28 to read as follows: Sec. 43.28. CERTAIN SEXUALLY ORIENTED PERFORMANCES PROHIBITED. (a) In this section:
(1) "Premises" has the meaning assigned by Section 46.03.
(2) "Sexual conduct" means:
(A) the exhibition or representation, actual or simulated, of sexual acts, including vaginal sex, anal sex, and masturbation;
(B) the exhibition or representation, actual or simulated, of male or female genitals in a lewd state, including a state of sexual stimulation or arousal;
(C) the exhibition of a device designed and marketed as useful primarily for the sexual stimulation of male or female genitals; or
(D) actual contact or simulated contact occurring between one person and the buttocks, breast, or any part of the genitals of another person.

(3) "Sexually oriented performance" means a visual performance that: | SECTION 3. Subchapter B, Chapter 43, Penal Code, is amended by adding Section 43.28 to read as follows: Sec. 43.28. CERTAIN SEXUALLY ORIENTED PERFORMANCES PROHIBITED. (a) In this section:

(1) "Sexual conduct" means:
(A) the exhibition or representation, actual or simulated, of sexual acts, including vaginal sex, anal sex, and masturbation;
(B) the exhibition or representation, actual or simulated, of male or female genitals in a lewd state, including a state of sexual stimulation or arousal;
(C) the exhibition of a device designed and marketed as useful primarily for the sexual stimulation of male or female genitals;
(D) actual contact or simulated contact occurring between one person and the buttocks, breast, or any part of the genitals of another person; or
(E) the exhibition of sexual gesticulations using accessories or prosthetics that exaggerate male or female sexual characteristics.
(2) "Sexually oriented performance" means a visual performance that: |

Associated CCR Draft: 88R 33319

1

23.146.1317

**Senate Bill 12**
Conference Committee Report
Section-by-Section Analysis

| SENATE VERSION | HOUSE VERSION (CS) | CONFERENCE |
|---|---|---|
| (A) features:<br>(i) a performer who is nude, as defined by Section 102.051, Business & Commerce Code;<br>(ii) *a male performer exhibiting as a female, or a female performer exhibiting as a male, who uses clothing, makeup, or other similar physical markers and who sings, lip syncs, dances, or otherwise performs before an audience;* or<br>(iii) any other performer who engages in sexual conduct; and<br>(B) appeals to the prurient interest in sex.<br>(b) A person commits an offense if, regardless of whether compensation for the performance is expected or received, the person engages in a sexually oriented performance:<br>(1) on public property at a time, in a place, and in a manner that could reasonably be expected to be viewed by a child; or<br>(2) in the presence of an individual younger than 18 years of age.<br>(c) An offense under this section is a Class A misdemeanor.<br><br>SECTION 4. Severability clause.<br><br>SECTION 5. Effective date. | (A) features:<br>(i) a performer who is nude, as defined by Section 102.051, Business & Commerce Code; or<br>(ii) any other performer who engages in sexual conduct; and<br>(B) appeals to the prurient interest in sex.<br>(b) A person commits an offense if, regardless of whether compensation for the performance is expected or received, the person engages in a sexually oriented performance:<br>(1) on public property at a time, in a place, and in a manner that could reasonably be expected to be viewed by a child;<br>or<br>(2) *on the premises of a commercial enterprise* in the presence of an individual younger than 18 years of age.<br>(c) An offense under this section is a Class A misdemeanor.<br><br>SECTION 4. Same as Senate version.<br><br>SECTION 5. Same as Senate version. | [The conference committee may have exceeded the limitations imposed on its jurisdiction, but only the presiding officer can make the final determination on this issue.]<br>(A) features:<br>(i) a performer who is nude, as defined by Section 102.051, Business & Commerce Code; or<br>(ii) any other performer who engages in sexual conduct; and<br>(B) appeals to the prurient interest in sex.<br>(b) A person commits an offense if, regardless of whether compensation for the performance is expected or received, the person engages in a sexually oriented performance:<br>(1) on public property at a time, in a place, and in a manner that could reasonably be expected to be viewed by a child;<br>or<br>(2) in the presence of an individual younger than 18 years of age.<br>(c) An offense under this section is a Class A misdemeanor.<br><br>SECTION 4. Same as Senate version.<br><br>SECTION 5. Same as Senate version. |

Associated CCR Draft: 88R 33319

23.146.131

**LEGISLATIVE BUDGET BOARD**
Austin, Texas

**FISCAL NOTE, 88TH LEGISLATIVE REGULAR SESSION**

**May 27, 2023**

**TO:** Honorable Dan Patrick, Lieutenant Governor, Senate
Honorable Dade Phelan, Speaker of the House, House of Representatives

**FROM:** Jerry McGinty, Director, Legislative Budget Board

**IN RE:** **SB12** by Hughes (Relating to the authority to regulate sexually oriented performances and to restricting those performances on the premises of a commercial enterprise, on public property, or in the presence of an individual younger than 18 years of age; authorizing a civil penalty; creating a criminal offense.), **Conference Committee Report**

---

**No significant fiscal implication to the State is anticipated.**

---

The bill would restrict certain sexually oriented performances on public property, on the premises of a commercial enterprise, or in the presence of an individual younger than 18 years old.

According to the Office of Court Administration and the Office of the Attorney General, no significant fiscal implications are anticipated from the provisions of the bill.

According to the Comptroller's Office, any revenue impacts from the creation of a new misdemeanor offense and associated penalties and court costs cannot be determined.

**Local Government Impact**

No significant fiscal implication to units of local government is anticipated.

**Source Agencies:** 212 Office of Court Administration, Texas Judicial Council, 302 Office of the Attorney General, 304 Comptroller of Public Accounts
**LBB Staff:** JMc, KDw, SMAT, HGR, LCO, NV