# EXHIBIT 21



**NEW YORK POST**

NEWS

# Video of drag queen gyrating in front of child has Texas pols pushing for legislative action

By Mark Lungariello

October 18, 2022 | 8:06pm | Updated



Viral video shows young child at explicit drag queen show

**MORE ON:**
**DRAG QUEENS**

Longtime Texas Christian school teacher fired after attending drag show

Steve Harvey shocked as 'Celebrity Family Feud' contestant pulls banana from hair: 'I was just happy to see you'

Ohio bill aims to ban 'harmful' drag shows, proposes felonies for 'obscene' performances

City DOE probing Marilyn Monroe-themed drag show at NYC special needs school: 'How do we know another kid won't flash someone?'

An explicit viral video of a raunchy Texas drag queen show performed in font of a little girl sparked a social media backlash — and has state lawmakers pledging legislative action.

The video filmed by BlazeTV host Sara Gonzales shows a drag queen lifting her skirt and gyrating while lip-synching lyrics to the song "P—y" by Lady as a confused kid looks on from one of the nearby tables.

"My p—y good / p—y sweet /p—y good enough to eat," go the lyrics as the drag queen gyrates.

The young girl sits in a booth at the at the "Garden of Eden" brunch show in Plano restaurant Ebb & Flow, watching the proceedings as several adult women in her party look on with blank faces.

Gonzalez said on Twitter she attended the show, calling it an "an all ages drag brunch."

It was not immediately clear if the party with the child had bought tickets for the drag brunch. Social media listings for the event warned of "strong language and suggestive dialogue" that "may not be appropriate for all ages."





A drag queen lifted her skirt and gyrated in front of a Texas child.

@SaraGonzalesTX/Twitter

The post was retweeted more than 2,400 times as of Tuesday afternoon and had Republican lawmakers moving to pass legislation.

"Disgusting and entirely inappropriate for any child," state Rep. Bryan Slaton wrote on Twitter.

"A drag show is no place for a child. I am committed to protecting kids from these sick displays," he went on.

"We will get it done when the #txlege [Texas Legislature] returns in January."

Texas House Rep. Jeff Leach said it was "unreal this is happening in our state."

"And if I have anything to say about it, it will be unlawful in short order. #txlege," he wrote.

One commenter sniped back, "I see ONE KID. Call CPS" with a shrug emoji.



Texas Rep. Jeff Leach said that what went on at the drag brunch should be "unlawful."

AP

Another asked if that meant they planned to outlaw drag shows, arrest parents or raid homes of people having drag show parties.

Critics also flooded the restaurant's Yelp page with negative comments after the viral video.

One reviewer wrote. "The food is pretty good. The service quite average. They host sexually explicit drag shows in front of children. This is not OK and I will not return."

The Post has reached out to organizers of the show and the restaurant for comment.

Instagram video of two performances filmed at the restaurant on Saturday show performances that include lap dances and cash tossed to the performer.



The invite comes with a "viewer discretion" disclaimer due to the nature of the show.

@SaraGonzalesTX/Twitter

The invite also comes with a disclaimer and a "viewer discretion" warning.

"This is a ticketed event at a private establishment," the posting said.

"We believe it is the prerogative of parents/guardians to make decisions regarding the wellbeing of their children.

"If you would not allow your children to see a Rated R movie or watch TV-MA programming, this is not the event for them. Minors must be accompanied by a parent/guardian."

**FILED UNDER**
drag queens
republicans
texas
10/18/22

**READ NEXT** Enough is enough! Snake on plane sends passengers screamin...



Sections & Features
News
Metro
Sports
Sports Betting
Business
Opinion
Entertainment
Fashion & Beauty
Shopping
Lifestyle
Real Estate
Media
Tech
Health
Travel

Astrology
Video
Photos
Visual Stories
Alexa
Covers
Horoscopes
Sports Odds
Podcasts
Columnists
Classifieds
Post Sports+
Subscribe
Articles
Manage

Newsletters & Feeds
Email Newsletters
RSS Feeds
NY Post Official Store
Home Delivery
Subscribe
Manage Subscription

Delivery Help

Help/Support
About New York Post
Customer Service
Apps Help
Community Guidelines
Contact Us
Tips
Newsroom
Letters to the Editor
Licensing & Reprints
Careers
Vulnerability Disclosure Program

Apps
iPhone App
iPad App
Android Phone
Android Tablet
Advertise
Self Service
Media Kit
Contact

© 2023 NYP Holdings, Inc. All Rights Reserved Terms of Use Membership Terms Privacy Notice Sitemap

Your California Privacy Rights



Thank you for visiting. By continuing, you agree to our