# EXHIBIT 24

Case 4:23-cv-02847 Document 47-16 Filed on 08/23/23 in TXSD Page 2 of 3



(/)

## LT. GOV. DAN PATRICK ANNOUNCES TOP 30 PRIORITIES FOR THE 2023 LEGISLATIVE SESSION

February 13, 2023

AUSTIN – Lt. Gov. Dan Patrick issued the following statement today:

"Each session, the 31 members of the Texas Senate file thousands of bills. Some are duplicates because members often have similar priorities voiced to them by their constituents. The tradition has been for bill numbers 1 through 20 to indicate the Lt. Governor's and the Senate's priorities. In 2017, I increased the low bill numbers to 30. Senators like to get a low bill number because it shows their bill is also a priority of the Lt. Governor and has a great chance of passing. I believe Texans support our priorities because they largely reflect the policies supported by the conservative majority of Texans. Most will pass with bipartisan support.

"This session I could have used 50 low bill numbers because there are so many issues that need to be addressed. Just because a bill does not make the priority list does not mean it is not a priority for me or the Senate. We will pass over 600 bills this session. As I like to say, every bill is a priority to someone, otherwise we would not pass it.

"This year, several of our policy initiatives are already addressed in the budget as opposed to specific bills. One example is Texas border security funding. Since President Biden took office and implemented his open border policies, Texas has stepped into the breach. Texas should not have to use our tax dollars to do the Federal Government's job, but it is vitally important that we maintain our law enforcement and National Guard presence. If we do not, the border crisis will get much worse."

**Lt. Gov. Patrick's Priority Bills:**

Senate Bill 1 – State Budget

Senate Bill 2 – Restoring Voter Fraud to a Felony

Senate Bill 3 – Increasing the Homestead Exemption to $70,000

Senate Bill 4 – Adding Additional Property Tax Relief

Senate Bill 5 – Increasing the Business Personal Property Tax Exemption

Senate Bill 6 – Adding New Natural Gas Plants

Senate Bill 7 – Continuing to Improve the Texas Grid

Senate Bill 8 – Empowering Parental Rights – Including School Choice

Senate Bill 9 – Empowering Teacher Rights – Teacher Pay Raise

Senate Bill 10 – Adding 13th Checks for Retired Teachers

Senate Bill 11 – Keeping Our Schools Safe and Secure

Senate Bill 12 – Banning Children's Exposure to Drag Shows

Senate Bill 13 – Protecting Children from Obscene Books in Libraries

Senate Bill 14 – Ending Child Gender Modification

Senate Bill 15 – Protecting Women's College Sports

Senate Bill 16 – Banning Critical Race Theory (CRT) in Higher Education

Senate Bill 17 – Banning Discriminatory "Diversity, Equity and Inclusion" (DEI) Policies in Higher Education

Senate Bill 18 – Eliminating Tenure at General Academic Institutions

Senate Bill 19 – Creating A New Higher Education Endowment Fund

Senate Bill 20 – Removing District Attorneys Who Refuse to Follow Texas Law

Senate Bill 21 – Removing Judges Who Refuse to Follow Texas Law

Senate Bill 22 – Assisting Rural Law Enforcement Funding – Increasing Pay and Needed Equipment

Senate Bill 23 – Creating A Mandatory 10-Year Prison Sentence for Criminals Committing Gun Crime

Senate Bill 24 – Expanding Alternatives to Abortion

Senate Bill 25 – Creating New Scholarships for Registered Nurses

Senate Bill 26 – Expanding Mental Health Care Beds Across Texas – Focus on Rural Counties

Senate Bill 27 – Creating A New Business Specialty Court

Senate Bill 28 – Addressing Texas' Future Water Needs

Senate Bill 29 – Banning Local COVID-19 Mandates

Senate Bill 30 – Supplemental Budget

Categories: News (https://www.ltgov.texas.gov/category/news/)

Office of the Lieutenant Governor