# EXHIBIT 25

  

20+



**Bryan Hughes**
March 23

Children should not be exposed to sexually explicit performances like drag shows. I presented SB 12 and SB 1601 today to the State Affairs Committee to protect kids from these shows.



197   167 comments   31 shares

Like   Comment   Share

Most relevant

Write a comment...

**London Mcgee**
How about ACTUALLY protecting our children by proposing stricter background checks and red flag laws to keep firearms out of the wrong hands. But you won't do that….you're wasting all our time by appealing to bigots as your base. Shameful

16

Like   Reply   21w

1 Reply



**Donna Loyd**
Don't pay any attention to these people who advocate for drag queens in schools & libraries, your constituents agree with your stand - you're doing the right thing - our big family is behind you all the way!

Like   Reply   21w                                    20

2 Replies

**Zachary Sawyer**
This is nothing more than political theater and you know it. People in your own district suffer from all sorts of real problems but instead you choose to spend your precious time in the legislature focusing on nonexistent issues progrigated by the medi… See more

Like   Reply   20w                                    9

1 Reply

**Dean Salmon**
Might think about some gun laws to protect kids instead

Like   Reply   21w                                    5

3 Replies

**Tammy Kimmelman**
Drag performers are not sexually explicit, it's your brain that makes it sexual.

Like   Reply   20w   Edited                           5

**Josh Youngblood EA**
Your assertions are baseless and are rooted in bigotry. Perhaps if you really care about children you should look at what happens in some churches. Instead, this is nothing but an attempt to engage in culture wars and bigotry.

Like   Reply   21w                                    20

8 Replies

**Michael Vee**
Texans should be ashamed that you represent them.

Like   Reply   20w                                    4

**Asher Zaber**
Yeah, get those kids into churches where men in robes and dresses can totally not groom them.

Like   Reply   20w                                    5

**Ashleigh Blackwell**

8/23/23, 9:56 AM
(20) Bryan Hughes - Children should not be exposed to sexually explicit... | Facebook
Case 4:23-cv-02847 Document 47-17 Filed on 08/23/23 in TXSD Page 4 of 9

 

Like   Reply   20w

9 Replies


**Sean Mahan**
Most of these events are not sexual in nature at all. Just wearing a dress is a constitutional right. Using the moniker "drag queen" is a constitutional right. You'll see more skin at a cheerleader event or football game

Like   Reply   21w

9 Replies


**Paul Hale**
It was an honor to testify for your bills Senator Hughes. I pray that they pass both houses and become law.

Like   Reply   21w

1 Reply


**Patrick Fenton**
My goodness. Everyone is coming out of the woodwork to support sin in these comments.

Like   Reply   20w   Edited

12 Replies


**Susan Kelley**
Oh, for pity's sake. Yet another non issue for Hughes to advance his extreme social issues at the expense of actually doing meaningful things for the people of Texas. Hughes' bills remind me of the definition of Puritanism- that it is the sneaking s… **See more**

Like   Reply   18w   Edited


**Frances Cravey**
I agree with you Bryan. Please continue to put the welfare of our children first.

Like   Reply   21w

1 Reply


**Erik Almquist**
More children are sexually abused in church than at shows. 􏿽 Perhaps you could introduce some bills to work on that. 􏿽

Please stop fixing issues that are not problems.

Like   Reply   21w

48 Replies






**Josh Jaros**
The groomers are going to be unhinged! Good work! Kids are counting on us.

Like  Reply  21w

2 Replies

**Terrie Bartlett**
**Donna Loyd** THE MAJORITY OF AMERICA 🇺🇸 STANDS WITH YOU **Bryan Hughes**

Like  Reply  20w

**Pamela Kelley**
I guess all the hateful comments are par for the course.

Like  Reply  20w

2 Replies

**Helen Perry**
We are so blessed to have a senator who is not afraid to speak the truth.

Like  Reply  21w

**Max Adner**
Sounds anti-semitic...

Like  Reply  21w

**Butch Hill**
Stay on this

Like  Reply  21w

**Jack Lanier**
I totally agree, Senator Bryan. Thanks for your continued tenacity!

Like  Reply  21w

**Eva Hill**
Thank you Bryan Hughes for helping to protect children. Keep up the good work.

Like  Reply  21w

1 Reply

**Catrin Rees**
I love that anyone but dim Qadjacent do terra mums would not be able to get behind this in U.K. because it would ban pantomimes, which would be an unacceptable state interventionist assault on Traditional British Life, which we did not Take Back Contro... **See more**



**Teresa Edwards**
Thank you for trying to bring civility back!
Like   Reply   21w

**Harrison County Republican Assembly** · Follow
Thank you, Senator Hughes!
Like   Reply   21w

**Linda Glenn**
Thank you for your service to save Texas children
Like   Reply   21w

2 Replies

**James Crittenden**
So proud you're my Senator ! Keep up the good work sir !
Like   Reply   21w

**Kenneth Donahue**
Keep up the good work!
Like   Reply   21w

**Randy Dunn**
Thank you Senator🇺🇸
Like   Reply   21w

**Mariela Serna**
Thank you Senator! **Bryan Hughes** 👍🙏
Like   Reply   21w

**Cheryl Hooks**
THANK YOU!
Like   Reply   21w

1 Reply

**Wendy Milawski Velin**
God Bless you
Like   Reply   21w

**LaVonne King Chaffin**
Agree. Thank you Senator.
Like   Reply   21w

**Jan Barrows**
Thank you **Bryan Hughes** !
Like   Reply   21w

1 Reply



**Jack Newman**

👍

Like  Reply  21w

**Jason J. Bouchard**
Amen. You have my support in Austin.

Like  Reply  21w

**Linda Reneau**
Amen!!!

Like  Reply  21w

**Joan Duncan**

👍

Like  Reply  21w

**Stephanie Luper**
Thank you **Bryan Hughes**!

Like  Reply  21w

**Melissa Warren Hall**
What about nude or tittie bars?? Those sexually explicit performances are ok to expose children to?? And can I keep wearing jeans, tshirt and running shoes or will I get arrested for cross dressing?

Like  Reply  21w

🎤 Author
**Bryan Hughes** ✔
**Melissa Warren Hall** thanks for your post. The performances you described are already illegal for children, as they should be.

Like  Reply  20w

**Melissa Warren Hall**
**Bryan Hughes** oh. Ok so then drag shows can continue. If they fall in the same class then….. what's the bill for?

Like  Reply  20w

**Terrie Bartlett**
**Bryan Hughes** YES AMEN 🙏 💯💯💖💖

Like  Reply  20w

**Kristen Marquez**



Most Relevant is selected, so some replies may have been filtered out.

**Erik Michael**
So no more short hair and pants for women or any shoe with a heel for men right? Also what about the dresses the clergy wear?

Like  Reply  18w

**Kevin Hampton**
...who in your church take kids to Drag shows?

Like  Reply  21w

**Sean Mahan**
https://i.imgflip.com/7fnn4v.jpg

I.IMGFLIP.COM
i.imgflip.com

Like  Reply  21w

**Joseph Waldman**
Deflection-prone fantasist says what?

Like  Reply  20w

**Dulce McNeary**
Where do kilts fall on the gender line?

Like  Reply  21w

1 Reply

**Scott Lewis**
We need to protect our children from you pedophile bible thumpers.

Like  Reply  20w

**Ricardo Villalobos**
IM WETH YOO BIG HOSS! ARE KIDZ DONT NEDE TWO SEA THES HEETHINS!

Like  Reply  19w

**Marsha Virgina**
JFC get out of here with that nonsense

Like  Reply  21w  Edited

**Robert Andreoli**
How is a drag show/queen
Sexually explicit ? What shows are you going too ?

Like  Reply  19w

20+