# EXHIBIT 26

8/23/23, 9:56 AM  Statement On the Adoption Of Conference Committee Report for Senate Bill 12, Banning Children's Exposure to Drag Shows - Lie…

Case 4:23-cv-02847 Document 47-18 Filed on 08/23/23 in TXSD Page 2 of 2



# STATEMENT ON THE ADOPTION OF CONFERENCE COMMITTEE REPORT FOR SENATE BILL 12, BANNING CHILDREN'S EXPOSURE TO DRAG SHOWS

May 28, 2023

AUSTIN – Lt. Gov. Dan Patrick issued this statement today following the Texas House and Texas Senate's passage of the conference committee report for Senate Bill 12, Banning Children's Exposure to Drag Shows, by Sen. Bryan Hughes, R-Tyler. SB 12 will now be sent to Gov. Abbott:

"I named SB 12 to be one of my top priorities this session because someone must push back against the radical left's disgusting drag performances which harm Texas children. It is shocking to me that any parent would allow their young child to be sexualized by drag shows. Children, who cannot make decisions on their own, must be protected from this scourge facing our state."

SB 12, by Sen. Bryan Hughes, prohibits sexualized performances and drag shows in the presence of a minor.

Categories: News (https://www.ltgov.texas.gov/category/news/)

Office of the Lieutenant Governor