# EXHIBIT 27



Settings

← Post

 Matt Shaheen
@MattShaheen

Working with @SenBryanHughes, I passed legislation in the TX House protecting children from explicit, hyper-sexualized drag performances in Texas. #SB12



8:48 AM · Jun 8, 2023 · **1,312** Views

3 Reposts    1 Quote    13 Likes    1 Bookmark

New to Twitter?
Sign up now to get your own per⋯



Relevant people

Matt Shaheen
@MattShaheen
Christ follower, Roby⋯
to 3 awesome kids. ⋯
immigrants. TX Stat⋯
Collin County. Pol A⋯
Shaheen Campaign⋯

Trends are unavailable.

Terms of Service   Privacy Policy
Accessibility   Ads info   More⋯



Don't miss what's happening
People on Twitter are the first to know.

Log in