# EXHIBIT 28

8/23/23, 11:24 AM Caroline Harris State Representative on X: "🚨SB 12 Passes Texas House Drag shows and sexually explicit performances have …

Case 4:23-cv-02847 Document 47-20 Filed on 08/23/23 in TXSD Page 2 of 2



Settings

← Post

Caroline Harris State Representative
@CarolineForTX

🚨SB 12 Passes Texas House

Drag shows and sexually explicit performances have no business being around children.
I am proud to joint author SB 12, which bans these performances and protects a child's innocence.
#txlege



5:09 PM · May 22, 2023 · **1,295** Views

**3** Reposts  **1** Quote  **20** Likes

New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Relevant people

Caroline Harris State...
@CarolineForTX

Blessed to be the State Representative for House... Career dedicated to... and being a strong voice... county. #HookEm

Trends are unavailable.

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···

Don't miss what's happening
People on Twitter are the first to know.

Log in

https://twitter.com/carolinefortx/status/1660754742639837184?s=12&t=PdsS2XI_vKHecU3T2VPeyw  1/1