# EXHIBIT 29



← Post



New to Twitter?

Sign up now to get your own pers...

Carrie Isaac ✓
@CarrieIsaac

Today we passed SB 12 to protect our children from being groomed by restricting sexually oriented performances also know as "drag shows" in the presence of children.

#txlege #DontMessWithTexas



0:22

12:11 AM · May 20, 2023 · **309.8K** Views

**98** Reposts   **58** Quotes   **352** Likes   **6** Bookmarks

G   Sign up with G

🍎   Sign up with A...

Create accoun...

By signing up, you agree to the T...
Privacy Policy, including Cookie U...

Relevant people



Carrie Isaac ✓
@CarrieIsaac
Proud Christian, wif...
Texan, State Repres...
#HD73 to serve Hay...
@TxFreedomCaucus...
Outstanding Freshm...

Trends are unavailable.

Terms of Service   Privacy Policy
Accessibility   Ads info   More ⋯

**Don't miss what's happening**
People on Twitter are the first to know.

Log in