UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit, §§§§§<br><br>*Plaintiffs,*<br>v. §§§<br><br>Angela Colmenero, in an official capacity as Interim Attorney General of Texas; The Woodlands Township; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzalez, in an official capacity as District Attorney of Bexar County §§§§§§§§§§§§§§§§§§§<br><br>*Defendants.* | CIVIL ACTION NO. 4:23-cv-02847 |

**DEFENDANTS MONTGOMERY COUNTY'S AND BRETT LIGON'S CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE DAVID HITTNER:

Defendants Montgomery County and Brett Ligon identify the following as interested parties:

1. The Woodlands Pride, Inc., Plaintiff

2. Abilene Pride Alliance, Plaintiff

3. Extragrams, LLC, Plaintiff

4. 360 Queen Entertainment LLC, Plaintiff

5. BB, Plaintiff

6. American Civil Liberties Union of Texas

7. Angela Colmenero, Defendant

8. The Woodlands Township, Defendant

9. Montgomery County, Texas, Defendant

10. Brett Ligon, Defendant

11. City of Abilene, Texas, Defendant

12. Taylor County, Texas, Defendant

13. James Hicks, Defendant

14. Delia Garza, Defendant

15. Joe D. Gonzalez, Defendant

16. Mark Keough, County Judge, Montgomery County, Texas

17. James Noack, County Commissioner, Montgomery County, Texas

18. Charlie Riley, County Commissioner, Montgomery County, Texas

19. Matthew Gray, County Commissioner, Montgomery County, Texas

20. Robert Walker, County Commissioner, Montgomery County, Texas

Respectfully submitted,

B. D. Griffin
County Attorney, Montgomery County

BY: ___s/ Daniel Plake___
Daniel Plake
Assistant Montgomery County Attorney
Texas Bar No. 24062942
Federal ID No. 918023
Daniel.plake@mctx.org
501 N. Thompson St. Suite 100
Conroe, TX 77301
Phone:         (936) 539-7828
Facsimile:    (936) 538-8079

ATTORNEY FOR MONTGOMERY COUNTY and BRETT LIGON, DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of August 2023, a true and correct copy of the foregoing document was delivered by electronic notice to all counsel of record who have appeared via the Court's CM/ECF system.

| | |
|---|---|
| Alison Dawn Andrews<br>Baker Botts LLP<br>910 Louisiana Street<br>Houston, TX 77002<br>713-229-1533<br>aliandrews@me.com | Attorney for 360 Queen Entertainment LLC<br>Abilene Pride Alliance<br>BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Thomas Paul Buser-Clancy<br>ACLU of Texas<br>PO Box 8306<br>Houston, TX 77288<br>713-942-8146<br>tbuser-clancy@aclutx.org | Attorney for 360 Queen Entertainment LLC<br>Abilene Pride Alliance<br>BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Madeleine Rose Dwertman<br>Baker Botts LLP<br>401 S. 1st St., Suite 1300<br>Austin, TX 78704<br>512-322-2521<br>512-322-8321 (fax)<br>maddy.dwertman@bakerbotts.com | Attorney for 360 Queen Entertainment LLC<br>Abilene Pride Alliance<br>BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Chloe Nicole Kempf<br>ACLU of Texas<br>1018 Preston Street<br>Houston, TX 77002<br>713-942-8146<br>ckempf@aclutx.org | Attorney for 360 Queen Entertainment LLC<br>Abilene Pride Alliance<br>BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Brian Klosterboer<br>ACLU Foundation of Texas<br>5225 Katy Freeway, Suite 350<br>Houston, TX 77007<br>713-942-8146<br>bklosterboer@aclutx.org | Attorney for 360 Queen Entertainment LLC<br>Abilene Pride Alliance<br>BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Derek Raymond McDonald<br>Baker Botts LLP<br>98 San Jacinto Blvd, Suite 1500<br>Austin, TX 78701-4039<br>512-322-2667<br>derek.mcdonald@bakerbotts.com | Attorney for 360 Queen Entertainment LLC<br>Abilene Pride Alliance<br>BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Adriana Cecilia Pinon | Attorney for 360 Queen Entertainment LLC |

| | |
|---|---|
| ACLU of Texas<br>5225 Katy Freeway, Suite 350<br>Houston, TX 77007<br>713-942-8146<br>apinon@aclutx.org | Abilene Pride Alliance<br>BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Brandt Thomas Roessler<br>Baker Botts LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>212-408-2583<br>brandt.roessler@bakerbotts.com | Attorney for 360 Queen Entertainment LLC<br>Abilene Pride Alliance<br>BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Emily Arleen Rohles<br>Baker Botts, LLP<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX 77002<br>713-229-2065<br>713-229-7865 (fax)<br>emily.rohles@bakerbotts.com | Attorney for 360 Queen Entertainment LLC<br>Abilene Pride Alliance<br>BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Edgar Saldivar<br>American Civil Liberties Union of Texas<br>5225 Katy Freeway, Suite 350<br>Houston, TX 77007<br>7139428146<br>7139428966 (fax)<br>esaldivar@aclutx.org | Attorney for 360 Queen Entertainment LLC<br>Abilene Pride Alliance<br>BB<br>Extragrams, LLC<br>The Woodlands Pride, Inc. |
| Travis W. Fife<br>Texas Civil Rights Project<br>PO Box 1108<br>Houston, TX 77251<br>512-474-5073<br>travis@texascivilrightsproject.org | Attorney for The Greater Houston LGBT Chamber of Commerce<br>*(Consol Plaintiff)*<br><br>The North Texas Gay Lesbian Bisexual Transgender Chamber of Commerce<br>*(Consol Plaintiff)*<br><br>The San Antonio LGBT Chamber of Commerce<br>*(Consol Plaintiff)*<br><br>VORTEX Repertory Company<br>*(Consol Plaintiff)*<br><br>Brock England<br>*(Consol Plaintiff)*<br><br>Jamie Brokaw<br>*(Consol Plaintiff)* |

| | |
|---|---|
| | Mark Ivy<br>*(Consol Plaintiff)*<br><br>Oktavea Williams<br>*(Consol Plaintiff)* |
| Stanley E. Smith<br>PO Box 60<br>Abilene, Texas 79601<br>325-676-6251<br>Stanley.smith@abilenetx.gov | Attorney for City of Abilene, Texas<br>*(Defendant)* |
| Ramon G. Viada, III<br>Viada & Strayer<br>17 Swallow Tail Ct<br>The Woodlands, TX 77381<br>281-419-6338<br>rayviada@viadastrayer.com | Attorney for City of Abilene, Texas<br>*(Defendant)*<br><br>Attorney for The Woodlands Township<br>*(Defendant)* |
| Kimberly Gdula<br>Deputy Chief<br>Office of the Attorney General of Texas<br>3300 W. 15th St.<br>Austin, Texas 78701<br>512-241-9629<br>Kimberly.gdula@oag.texas.gov | Attorney for Angela Colmenero<br>*In an official capacity as Interim Attorney General of Texas* |
| Taylor Gifford<br>Assistant Attorney General<br>Office of the Attorney General of Texas<br>3300 W. 15th St.<br>Austin, Texas 78701<br>512-936-2650<br>Taylor.gifford@oag.texas.gov | Attorney for Angela Colmenero<br>*In an official capacity as Interim Attorney General of Texas* |
| Frank Stamey<br>300 Oak St.<br>Abilene, Texas 79802<br>325-674-1377<br>Frank.stamey@taylorcounty.texasgov | Attorney for James Hicks<br>*In an official capacity as District Attorney of Taylor County* |
| Leslie W. Dippel<br>PO Box 1748<br>Austin, Texas 78767<br>512-854-9841 | Attorney for Delia Garza<br>*In an official capacity as County Attorney of Travis County* |
| Lisa V. Cubriel<br>101 W. Nuena, 7th Floor<br>San Antonio, Texas 78205<br>210-335-2142<br>Lisa.cubriel@bexar.org | Attorney for Joe D. Gonzalez<br>*In an official capacity as District Attorney of Bexar County* |

s/ Daniel Plake