UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE WOODLANDS PRIDE, INC., *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 4:23-cv-02847 |
| ANGELA COLMENERO, *et al.*, *Defendants*. | § § § | |

## ORDER

Came on this day to be heard the County Defendants' Motion to Dismiss Plaintiffs' Original Complaint (ECF No. ___) ("County Defendants' Motion") filed by Defendants Montgomery County, Texas; Montgomery County District Attorney, Brett Ligon; Taylor County, Texas; Taylor County District Attorney James Hicks; Travis County Attorney Delia Garza; and Bexar County District Attorney Joe D. Gonzales. After considering the pleadings, evidence and arguments of counsel, the court finds that the County Defendants' Motion is meritorious and should be GRANTED.

Therefore, it is ORDERED, ADJUDGED AND DECREED that County Defendants' Motion to Dismiss Plaintiffs' Original Complaint is GRANTED.

It is FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Defendants Montgomery County, Texas; Montgomery County

District Attorney, Brett Ligon; Taylor County, Texas; Taylor County District Attorney James Hicks; Travis County Attorney Delia Garza; and Bexar County District Attorney Joe D. Gonzales are hereby DISMISSED.

SIGNED this ____ day of _____, 2023.

David Hittner
United States District Judge

1149813.1 / 385.384