# <u>Exhibit A</u>

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,

      Plaintiffs,

v.

Angela Colmenero, in an official capacity as Interim Attorney General of Texas; The Woodlands Township; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzales, in an official capacity as District Attorney of Bexar County,

      Defendants.

Civil Action No. 4:23-cv-02847

## PLAINTIFFS' TRIAL EXHIBIT LIST

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1 | Senate Bill 12, Enrolled Version | | | | |
| 2 | Senate Bill 12, History | | | | |
| 3 | Senate Bill 12, Authors | | | | |
| 4 | Senate Bill 12, Sponsors | | | | |
| 5 | Senate Bill 12, As Introduced/Filed Version | | | | |
| 6 | Senate Bill 12, As-Filed Bill Analysis, Senate Research Center (Mar. 21, 2023) | | | | |
| 7 | Senate Bill 12, Fiscal Note, Legislative Budget Board (Mar. 22, 2023) | | | | |
| 8 | Senate Bill 12, House Committee Report (May 12, 2023) | | | | |
| 9 | Senate Bill 12, House Committee Bill Analysis | | | | |
| 10 | Senate Bill 12, Conference Committee Report (May 26, 2023) | | | | |
| 11 | Senate Bill 12, As-Enrolled Bill Analysis, Senate Research Center (June 19, 2023) | | | | |
| 12 | Texas Senate, *Senate Committee on State Affairs (Part II)* (Mar. 23, 2023), https://tlcsenate.granicus.com/Me | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | diaPlayer.php?view_id=53&clip_id=17469 (last visited Aug. 22, 2023).[1] | | | | |
| 13 | Texas Senate, *Senate Session (Part II)* (Apr. 4, 2023), https://tlcsenate.granicus.com/MediaPlayer.php?view_id=53&clip_id=17589 (last visited Aug. 22, 2023). | | | | |
| 14 | Texas Senate, *Senate Session (Part III)* (Apr. 4, 2023), https://tlcsenate.granicus.com/MediaPlayer.php?view_id=53&clip_id=17593 (last visited Aug. 22, 2023). | | | | |
| 15 | Texas Senate, *Senate Session* (Apr. 5, 2023), https://tlcsenate.granicus.com/MediaPlayer.php?view_id=53&clip_id=17610 (last visited Aug. 22, 2023). | | | | |
| 16 | Texas House of Representatives, *House Committee on State Affairs* (May 10, 2023), https://tlchouse.granicus.com/MediaPlayer.php?view_id=78&clip_id=24841 (last visited Aug. 22, 2023). | | | | |
| 17 | Texas House of Representatives, *House Committee on State Affairs* | | | | |

---

[1]   These videos (Exhibits 12–20) are available on the Texas Legislature's website, and Plaintiffs are currently working to obtain downloadable copies to share directly with the Court before trial.

| | | | | |
|---|---|---|---|---|
| | *(Part II)* (May 10, 2023), https://tlchouse.granicus.com/MediaPlayer.php?view_id=78&clip_id=24856 (last visited Aug. 22, 2023). | | | | |
| 18 | Texas House of Representatives, *88th Legislative Session (Part 1)* (May 19, 2023), https://tlchouse.granicus.com/MediaPlayer.php?view_id=80&clip_id=24930 (last visited Aug. 22, 2023). | | | | |
| 19 | Texas House of Representatives, *88th Legislative Session (Part 1)* (May 22, 2023), https://tlchouse.granicus.com/MediaPlayer.php?view_id=80&clip_id=24934 (last visited Aug. 22, 2023). | | | | |
| 20 | Texas Senate, *Senate Session (Part II)* (May 25, 2023), https://tlcsenate.granicus.com/MediaPlayer.php?view_id=53&clip_id=18121 (last visited Aug. 22, 2023). | | | | |
| 21 | Mark Lungariello, "Video of drag queen gyrating in front of child has Texas pols pushing for legislative action", NY Post (Oct. 18, 2022, 8:06 PM), *available at* https://nypost.com/2022/10/18/video-of-drag-queen-gyrating-next-to-child-sparks-backlash/ (last visited Aug. 22, 2023). | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 22 | Robert Downen, "How Texas Activists Turned Drag Events Into Fodder for Outrage", Tex. Tribune (Feb. 24, 2023, 5:00 A.M.), *available at* https://www.texastribune.org/2023/02/24/texas-drag-protests-children/ (last visited Aug. 22, 2023). | | | | |
| 23 | Greg Abbott (@GregAbbott_TX), Twitter (June 24, 2023, 11:03 PM), https://twitter.com/gregabbott_tx/status/1672817859729162240?s=12&t=PdsS2XI_vKHecU3T2VPeyw (last visited Aug. 22, 2023). | | | | |
| 24 | Lieutenant Governor of Texas Dan Patrick, "Lt. Gov. Patrick Announces Top 30 Priorities for the 2023 Legislative Session" (Feb. 13, 2023), *available at* https://www.ltgov.texas.gov/2023/02/13/lt-gov-dan-patrick-announces-top-30-priorities-for-the-2023-legislative-session/ (last visited Aug. 22, 2023). | | | | |
| 25 | Bryan Hughes, Facebook, (Mar. 23, 2023, 5:48 PM), https://www.facebook.com/BryanHughesTX/posts/pfbid0LBAWQr7km6fSGGtZrr8nbL8J5xKSBxLhocbMh1mfcVfRVepjGMj5euq26Fy7ECHbl (last visited Aug. 22, 2023). | | | | |
| 26 | Lieutenant Governor of Texas | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Dan Patrick, "Statement On The Adoption Of Conference Committee Report For Senate Bill 12, Banning Children's Exposure To Drag Shows" (May 28, 2023), *available at* https://www.ltgov.texas.gov/2023/05/28/statement-on-the-adoption-of-conference-committee-report-for-senate-bill-12-banning-childrens-exposure-to-drag-shows/ (last visited Aug. 22, 2023). | | | | |
| 27 | Matt Shaheen (@MattShaheen), TWITTER, (June 8, 2023, 7:48 AM), https://twitter.com/MattShaheen/status/1666789387005222912 (last visited Aug. 22, 2023). | | | | |
| 28 | Caroline Harris (@CarolineForTX), TWITTER, (May 22, 2023, 4:09 PM), https://twitter.com/carolinefortx/status/1660754742639837184?s=12&t=PdsS2XI_vKHecU3T2VPeyw (last visited Aug. 22, 2023). | | | | |
| 29 | Carrie Isaac (@CarrieIsaac), TWITTER, (May 19, 2023, 11:11 PM) https://twitter.com/carrieisaac/status/1659773848676450304?s=12&t=PdsS2XI_vKHecU3T2VPeyw (last visited Aug. 22, 2023). | | | | |
| 30 | Photograph of Extragrams Performance 1 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 31 | Photograph of Extragrams Performance 2 | | | | |
| 32 | Photograph of Extragrams Performance 3 | | | | |
| 33 | Photograph of Extragrams Performance 4 | | | | |
| 34 | Photograph of Extragrams Performance 5 | | | | |
| 35 | Email from Student Engagement Coordinator at the University of Texas to Extragrams regarding future performances | | | | |
| 36 | Photograph of 360 Queen Entertainment Performance 1 | | | | |
| 37 | Photograph of 360 Queen Entertainment Performance 2 | | | | |
| 38 | Photograph of 360 Queen Entertainment Performance 3 | | | | |
| 39 | Abilene Pride Alliance's Bylaws | | | | |
| 40 | Email from Executive Director of Expo Center of Taylor County to Abilene Pride Alliance regarding SB 12 | | | | |
| 41 | Photograph of Abilene Pride 1 | | | | |
| 42 | Photograph of Abilene Pride 2 | | | | |
| 43 | Facebook Post Threatening Boycott/Protest of Abilene Pride Alliance Drag Brunch | | | | |
| 44 | The Woodlands Pride, Inc.'s Bylaws | | | | |
| 45 | The Woodlands Pride Permit 2022 | | | | |

| 46 | Photograph of The Woodlands Pride 1 |  |  |  |  |
| 47 | Photograph of The Woodlands Pride 2 |  |  |  |  |
| 48 | Photograph of The Woodlands Pride 3 |  |  |  |  |
| 49 | Photograph of The Woodlands Pride 4 |  |  |  |  |
| 50 | Photograph of The Woodlands Pride 5 |  |  |  |  |
| 51 | Photograph of The Woodlands Pride 6 |  |  |  |  |
| 52 | Photograph of The Woodlands Pride 7 |  |  |  |  |
| 53 | Photograph of Brigitte Bandit 1 |  |  |  |  |
| 54 | Photograph of Brigitte Bandit 2 |  |  |  |  |
| 55 | Photograph of Brigitte Bandit 3 |  |  |  |  |
| 56 | Photograph of Brigitte Bandit 4 |  |  |  |  |
|  |  |  |  |  |  |

DATED: August 23, 2013

Respectfully submitted,

*/s/Brian Klosterboer*
Brian Klosterboer, *attorney-in-charge*
   TX Bar No. 24107833
   SDTX No. 3314357
Chloe Kempf
   TX Bar No. 24127325
   SDTX No. 3852674
Thomas Buser-Clancy
   TX Bar No. 24078344
   SDTX No. 1671940
Edgar Saldivar
   TX Bar No. 24038188
   SDTX No. 618958
Adriana Pinon
   TX Bar No. 24089768
   SDTX No. 1829959
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
Fax (713) 942-8966
bklosterboer@aclutx.org
ckempf@aclutx.org
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

Derek McDonald
   TX Bar No. 00786101
   SDTX No. 18546
Maddy Dwertman
   TX Bar No. 24092371
   SDTX No. 3853795
BAKER BOTTS L.L.P.
401 S. 1st Street, Suite 1300
Austin, TX 78704
Tel. (512) 322-2500
Fax (512) 322-2501
Derek.McDonald@BakerBotts.com
Maddy.Dwertman@BakerBotts.com

Brandt Thomas Roessler
   TX Bar No. 24127923
   SDTX No. 3853796
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tel. (212) 408-2500
Fax (212) 408-2501
Brandt.Roessler@BakerBotts.com

Ali Andrews
   TX Bar No. 24059381
   SDTX No. 2247339
Emily Rohles
   TX Bar No. 24125940
   SDTX No. 3715273
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
Tel. (713) 229-1234
Fax (713) 229-1522
Ali.Andrews@BakerBotts.com
Emily.Rohles@BakerBotts.com

*Attorneys for Plaintiffs*