# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,<br><br>    Plaintiffs,<br><br>v.<br><br>Angela Colmenero, in an official capacity as Interim Attorney General of Texas; The Woodlands Township; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzales, in an official capacity as District Attorney of Bexar County,<br><br>    Defendants. | Civil Action No. 4:23-cv-02847 |

**PLAINTIFFS' TRIAL WITNESS LIST**

| No. | Witness Name |
|---|---|
| 1. | **Kerry Lynn Sieff**[1] |
| | ☑ **Live**      ☐ Deposition<br>☑ **Fact**      ☐ Expert      ☐ Record Custodian<br>*Brief description of witness capacity and testimonial topics:*<br>Kerry Lynn Sieff is the Founder and Creative Services Director of Plaintiff Extragrams, LLC ("Extragrams"). Ms. Sieff will testify on behalf of Extragrams about the nature of drag performances, performing drag in public, the impact SB 12 will have on her businesses, the vagueness of SB 12, the irreparable harm Extragrams will suffer if SB 12 is not enjoined, and other topics in Ms. Sieff's declaration filed in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 10-4). |
| 2. | **Richard Montez Jr.** |
| | ☑ **Live**      ☐ Deposition<br>☑ **Fact**      ☐ Expert      ☐ Record Custodian<br>*Brief description of witness capacity and testimonial topics:*<br>Richard Montez Jr. is the co-owner of Plaintiff 360 Queen Entertainment LLC ("360 Queen Entertainment"). Mr. Montez will testify on behalf of 360 Queen Entertainment about drag being beloved in Texas, how SB 12 threatens drag performances anywhere that minors might be present, even if businesses attempt to limit performances for adults, the harm SB 12 will have on businesses, the |

---

[1] Ms. Sieff's home address, as with the other Plaintiffs, is not currently listed on this trial witness list due to reasons of personal safety and threats of violence associated with this lawsuit. *See* Dkt. 22 (Unopposed Motion For Leave to Proceed Under a Pseudonym by Brigitte Bandit); Dkt. 36 (Order Granting Motion for Leave to Proceed Under a Pseudonym). Plaintiffs may be contacted through the undersigned counsel and their addresses will be made available to the Court or Defendants upon request. *See also United States v. Alston*, 460 F.2d 48, 52 (5th Cir. 1972) (permitting witnesses not to reveal their addresses on the public record, particularly where "the physical safety of the witness or his family might be endangered by disclosure").

| | |
|---|---|
| | inherent expressiveness of drag, the vagueness of SB 12, the irreparable harm 360 Queen Entertainment will suffer if SB 12 is not enjoined, and other topics in Mr. Montez's declaration filed in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 10-5). |
| 3. | **Gavyn Hardegree**[2] |
| | ☑ **Live**      ☐ Deposition<br>☑ **Fact**      ☐ Expert      ☐ Record Custodian<br>*Brief description of witness capacity and testimonial topics:*<br>Gavyn Hardegree is the President of Plaintiff Abilene Pride Alliance ("Abilene Pride"). Mx. Hardegree will testify on behalf of Abilene Pride about the impact SB 12 will have in West Texas, how SB 12 will impact trans and non-binary people in Texas, the threat of enforcement squelching free expression like local Pride events, the vagueness of SB 12, the irreparable harm Abilene Pride will suffer if SB 12 is not enjoined, and other topics in Mx. Hardegree's declaration filed in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 10-3). |
| 4. | **Jason Rocha** |
| | ☑ **Live**      ☐ Deposition<br>☑ **Fact**      ☐ Expert      ☐ Record Custodian<br>*Brief description of witness capacity and testimonial topics:*<br>Jason Rocha is the Founder and President of Plaintiff The Woodlands Pride, Inc. ("Woodlands Pride"). Mr. Rocha will testify on behalf of Woodlands Pride about the effect SB 12 will have on local community events, the threat of enforcement squelching free expression like local Pride events, the vagueness of SB 12, the irreparable harm Woodlands Pride will suffer if SB 12 is not enjoined, and other topics in Mr. Rocha's declaration filed in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 10-2). |

---

[2]   Mx. Hardegree's legal name is Gabrielle Hardegree, but they go by Gavyn Hardegree in all aspects of their life.

| 5. | **Brigitte Bandit**[3] |
|---|---|
| | ☑ **Live**   ☐ Deposition<br><br>☑ **Fact**   ☐ Expert   ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Plaintiff Brigitte Bandit is a drag artist and performer. Ms. Bandit will testify about her experience as a drag artist, how drag artists tailor performances to their audiences, why it is meaningful to have drag performances for all ages, the inherently expressive nature of drag, the threats facing drag artists, the impact of SB 12 on drag artists, the threat of criminal and civil penalties on drag artists squelching free expression, the vagueness of SB 12, the irreparable harm Ms. Bandit will suffer if SB 12 is not enjoined, and other topics in Ms. Bandit's declaration filed in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 10-6). |

DATED:  August 23, 2023

---

[3] Pursuant to this Court's order, Dkt. 36 (Order Granting Motion for Leave to Proceed Under a Pseudonym), Plaintiff Brigitte Bandit is proceeding in this action under a pseudonym.

Respectfully submitted,

*/s/Brian Klosterboer*
Brian Klosterboer, *attorney-in-charge*
   TX Bar No. 24107833
   SDTX No. 3314357
Chloe Kempf
   TX Bar No. 24127325
   SDTX No. 3852674
Thomas Buser-Clancy
   TX Bar No. 24078344
   SDTX No. 1671940
Edgar Saldivar
   TX Bar No. 24038188
   SDTX No. 618958
Adriana Pinon
   TX Bar No. 24089768
   SDTX No. 1829959
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
Fax (713) 942-8966
bklosterboer@aclutx.org
ckempf@aclutx.org
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

Derek McDonald
   TX Bar No. 00786101
   SDTX No. 18546
Maddy Dwertman
   TX Bar No. 24092371
   SDTX No. 3853795
BAKER BOTTS L.L.P.
401 S. 1st Street, Suite 1300
Austin, TX 78704
Tel. (512) 322-2500
Fax (512) 322-2501
Derek.McDonald@BakerBotts.com
Maddy.Dwertman@BakerBotts.com

Brandt Thomas Roessler
   TX Bar No. 24127923
   SDTX No. 3853796
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tel. (212) 408-2500
Fax (212) 408-2501
Brandt.Roessler@BakerBotts.com

Ali Andrews
   TX Bar No. 24059381
   SDTX No. 2247339
Emily Rohles
   TX Bar No. 24125940
   SDTX No. 3715273
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
Tel. (713) 229-1234
Fax (713) 229-1522
Ali.Andrews@BakerBotts.com
Emily.Rohles@BakerBotts.com

*Attorneys for Plaintiffs*

5