# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **THE WOODLSLANDS PRIDE, INC.**, *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> **ANGELA COLMENERO, in her official capacity as Provisional Attorney General of Texas**, *et al.*, <br>     *Defendants.* | §§§§§§§§§§§ | CIVIL ACTION NO. 4:23-CV-2847 |

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE IN EXCESS OF PAGE LIMIT

Angela Colmenero, in her official capacity as Provisional Attorney General for the State of Texas, ("Colmenero") respectfully requests leave of Court to file her combined Motion to Dismiss under Rules 12(b)(1) and 12(b)(6) and Response to Plaintiffs' Motion for Preliminary Injunction in excess of the 20-page limit.

The excess pages are necessary to adequately present Defendant's arguments, which respond to claims and arguments contained in both Plaintiffs' 43-page complaint and 56-page Motion for Preliminary Injunction. Moreover, Defendant's pleading addresses the claims of five groups of Plaintiffs whose claims and rights vary and require individual responses.

Defendant used approximately 44 pages at 14-point font, exclusive of caption, signature, and certificate of service, to put forth her argument and incorporate its evidence. Local Rule CV-7(d)(3) caps a response to a motion at 20-pages.

Wherefore, Defendant respectfully requests the Court grant this motion and allow the filing of Defendant's Response to Plaintiffs' Motion for Expedited Preliminary Injunction in excess of the page limit for a response to a motion.

Dated: August 23, 2023.     Respectfully submitted,

ANGELA COLMENERO
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Acting Deputy Attorney General for Civil Litigation

*/s/Taylor Gifford*
**TAYLOR GIFFORD**
Assistant Attorney General
Attorney-in-Charge
Texas Bar No. 24027262
Southern District ID No. 3624053

CHARLES K. ELDRED
Chief, Legal Strategy Division

Texas State Bar No. 00793681
Southern District No. 20772

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 • fax (512) 320-0067
taylor.gifford@oag.texas.gov
charles.eldred@oag.texas.gov

*ATTORNEYS FOR DEFENDANT ANGELA COLMENERO, IN HER OFFICIAL CAPACITY AS PROVISIONAL ATTORNEY GENERAL OF TEXAS*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 23, 2023.

*/s/ Taylor Gifford*
Taylor Gifford