IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE WOODLANDS PRIDE, INC et al., | § § § | |
| *Plaintiffs*, | § | |
| | § | CIVIL ACTION NO.   4:23-cv-02847 |
| v. | § | |
| | § | |
| ANGELA COLMENERO et al., | § | |
| *Defendants*. | | |

**PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO EXCEED PAGE LIMIT**

On this day the Court considered Defendant's Motion to Exceed Page Limit. The Court GRANTS Defendant's Motion and authorizes Defendant to file her response to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction in excess of the page limits for dispositive motions set forth in the Local Rules.

SIGNED this _____ day of _____, 2023.

_____
**HON. DAVID HITTNER**
UNITED STATES DISTRICT JUDGE