UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE WOODLSLANDS PRIDE, INC., *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>ANGELA COLMENERO, in her official capacity as Provisional Attorney General of Texas, *et al.*,<br>    *Defendants*. | CIVIL ACTION NO. 4:23-CV-2847 |

# EXPERT REPORT OF MICHAEL ARAMBULA, M.D.

My name is Michael Arambula, M.D. I have been actively involved in patient care since my internship and residency training commenced over 30 years ago. I am a physician and a pharmacist / clinical pharmacologist. I am Board Certified in both General Psychiatry and Forensic Psychiatry and hold an Adjunct Associate Professor of Psychiatry appointment in the Department of Psychiatry at The University of Texas Health Science Center at San Antonio. I am the immediate Past President of the Texas Medical Board and Past President of the Texas Society of Psychiatric Physicians. During my career, I have evaluated and treated (probably) thousands of psychiatric patients in inpatient and outpatient settings, including patients who struggled with symptomatic mental illness and the adverse, psychosocial sequelae their illnesses carried. May I also note that my fellowship training in Forensic Psychiatry provided me additional training and expertise in the evaluation and treatment of individuals who have Paraphilic Disorders, and the adverse, psychosocial injuries their sexual deviance had upon victims. Related, I have been one of our State's Experts in Sexually Violent Predator Civil Commitment proceedings over these past 20

1

years; in addition to an array of criminal cases the Texas Attorney General and the United States Department of Justice retained me as their expert. May I also note that Governor Richards previously appointed me to the Texas Council on Offenders with Mental and Medical Impairments, where I participated in our Agency's Sub-Committees on 'Competency to Stand Trial' and our recommendations (re: expert qualifications, clinical examination factors, and expert reports) were ultimately adopted by the Texas Legislature and published in Article 46B of the Texas Code of Criminal Procedure. Later during my career, Governor Perry appointed me to the Texas Medical Board, where my almost 12-year tenure on the Texas Medical Board provided me with the opportunity to preside over 1000 Hearings involving physician impairment and professionalism – including sexual improprieties – and the care and treatment physicians rendered to their patients; and several thousand more cases in which I participated in their adjudication. Lastly, I was fortunate to serve as the 1st Hispanic President of the Texas Medical Board in the history of our Great State.

I attach my CV and testimony lists for your review.

For my work in this case, I am being compensated at the hourly rate of $350 per hour. My compensation does not change based on the conclusions and opinions that I provide here or later in this case or on the outcome of this lawsuit.

Clinical research has demonstrated that brain development / maturation is a life-long process and that development which occurs during childhood and adolescence serves as the bedrock for subsequent change in brain function / maturation in adulthood. Research has shown that 'experience' and 'heightened sensitivity' (to the environment) are crucial to brain plasticity (brain development) in childhood and adolescence and that maturation of frontal lobes along with 'executive function' occurs during late adolescence and early adulthood. Executive function,

drawing information from all lobes in the brain, is where decision-making and self-regulation emanate from. Lacking both experience and frontal lobe maturity, minors are apt to be impulsive and take risks. Since they are less able to foresee the consequences of their behavior and modulate their emotional reactivity, they are also more susceptible to peer influence. Further, research has shown that minors who experienced poor attachment to others during their development are more prone to exhibit 'acting out' behavior.

The exposure of minors to sexually oriented performances can adversely affect them in different ways. Amidst the backdrop of their immature frontal lobe development and immature executive function, minors, and more so adolescents in puberty, remain vulnerable to copying / acting out the sexual behavior which they have been exposed to. Keeping in mind that adolescents are more impulsive, risk taking, and sensation seeking, this (sexual) stimulus can easily set the stage for their subsequent behavior. Since clinical research has shown that sexual behavior is largely a learned behavior, it does not matter whether the exposure to sexual content was heterosexual, homosexual, or bisexual activity in nature. Complicating matters, sexual activity elicits sexual pleasure, and this personal experience can fuel a subsequent sexual preoccupation, a clinical phenomenon which I have repeatedly observed in my forensic work (involving sex offenders) and my clinical work (involving sexual promiscuity in my patients).

Unfortunately, it has been my professional experience to observe that individuals who lacked healthy interpersonal relationships and who were exposed to explicit sexual content and who experienced brief sexual / emotional pleasure engaging in these similar sexual activities (they were exposed to), were those individuals who struggled with personal worth, anxiety, depression, substance abuse and sexual deviance.

I declare under penalty of perjury that the foregoing is correct.

_____
Michael Arambula, M.D.

# CURRICULUM VITAE

**Michael R. Arambula, M.D., Pharm.D.**
The Registry Building
14800 U.S. 281 North, Suite 110
San Antonio, Texas 78232
Telephone: (210) 490-9850
Email: zavdm@msn.com

## PRESENT OCCUPATION
Private Practice, General and Forensic Psychiatry, Clinical Pharmacology
Adjunct Associate Professor of Psychiatry, Department of Psychiatry, University of Texas School of Medicine, The University of Texas Health Science Center at San Antonio

## TRAINING

**Fellowship**……..………………Section on Psychiatry and Law
July 1991 to June 1992          Rush-Presbyterian-St. Luke's Medical Center
                                Isaac Ray Center
                                    Mentally Disordered Offender Program
                                    Public Safety Evaluation Program
                                    Sexual Behaviors Clinic
                                Cavanaugh and Associates
                                Cook County Psychiatric Institute
                                DePaul University College of Law
                                Chicago, Illinois

**Residency**…………..………….Department of Psychiatry
July 1988 to June 1991          The University of Texas Health Science Center at San Antonio
                                Medical Center Hospital
                                Audie L. Murphy Veterans Administration Hospital
                                Brady Green Mental Health Clinic
                                Southwest Neuropsychiatric Institute
                                Community Guidance Center
                                San Antonio, Texas

**Internship**……………………...Departments of Medicine and Psychiatry
July 1987 to June 1988          The University of Texas Health Science Center at San Antonio
                                Medical Center Hospital
                                Audie L. Murphy Veterans Administration Hospital
                                Brady Green Neurology Clinic
                                San Antonio, Texas

## EDUCATION
Jan. 2000 to May 2004…………The University of Texas at Austin
                                Doctor of Pharmacy
Aug. 1983 to May 1987…………The University of Texas Health Science Center at San Antonio
                                Doctor of Medicine
Aug. 1973 to Aug. 1976…………The University of Texas at Austin
                                Bachelor of Science in Pharmacy
Aug. 1971 to Aug. 1973…………San Antonio College
                                no degree sought

## PROFESSIONAL LICENSES
Dec. 1988 to Present……………Medical License #H4134
                                Texas Medical Board
Mar. 1977 to Present……………Pharmacist License #22319
                                Texas State Board of Pharmacy

**CERTIFICATIONS**
Jan. 1993……………..………Diplomate, General Psychiatry
American Board of Psychiatry and Neurology
Dec. 1994………………..……Diplomate, Forensic Psychiatry
American Board of Psychiatry and Neurology

**AWARDS**
Nov. 2015………………………Psychiatric Excellence
Texas Society of Psychiatric Physicians

**HONORS**
Nov. 2019 to Present……..…..Member
Texas Prescription Monitoring Program Advisory Committee
Texas State Board of Pharmacy
July 2004 to Present….……..…...Expert Panelist
Texas Medical Board
Dec. 2018 to Present……..……...Distinguished Life Fellow
American Psychiatric Association
Jan. 2008 to Jun. 2022.....………..Fellow
Federation of State Medical Boards
Co-Chair, Subcommittee on Relapse Management &
Physical Impairment
Member, Workgroup on Impaired Physicians
Member, Workgroup on Telemedicine Consultations
Member, Workgroup on State Medical Boards' Appropriate
Regulation of Telemedicine
Member, Workgroup on Board Education, Service and Training
Mar 2021 to Apr. 2022………….President
Texas Society of Psychiatric Physicians
May 2011 to Jun. 2017...….....……Member
United States Medical Licensing Examination Step 3
Standard Setting Panel
National Board of Medical Examiners
Dec. 2006 to Jun. 2017....………..Gubernatorial Appointee
Texas Medical Board
President
Vice-President
Chair, Licensure Committee
Chair, Committee on Physicians Appointed by 3rd Party
Member, Executive Committee
Member, Telemedicine Committee
Member, Public Information / Profile Committee
Member, Committee on Advertising Board Certification
Member, Committee on Complimentary & Alternative Medicine
Aug. 2010 to Oct 2016.....………Advisory Board Member
Health Law & Policy Institute
The University of Houston Law Center
Oct. 2001 to Jun. 2014….………Member
Task Force to Revise the Ethics Annotations
American Psychiatric Association
Oct. 2005 to Nov. 2011………...Associate Editor
Journal of The American Academy of Psychiatry and Law
July 2005 to Nov. 2006…………Gubernatorial Appointee
Texas Department of Criminal Justice Correctional Office on
Offenders with Medical and Mental Impairments

|||
|---|---|
| | Member, Committee on Planning and Research |
| | Member, Subcommittee on NGRI Requirements |
| | Member, Subcommittee on Pre-Trial / Jail Diversion |
| Dec. 1995 to Dec. 2003…………Member | |
| | Medical Advisory Committee |
| | Texas Department of Mental Health Mental Retardation |
| May 1998 to May 2001…………..Member | |
| | Ethics Appeal Board |
| | American Psychiatric Association |
| Nov. 1994 to May 2000…………Gubernatorial Appointee | |
| | Texas Council on Offenders with Mental Impairments |
| | Vice-Chairman, Committee on Planning and Research |
| | Member, Executive Committee |
| | Member, Subcommittee on Jail Screening Standards |
| | Member, Subcommittee on Competency to Stand Trial |
| | Member, Subcommittee on Continuity of Care (Medication) |
| Nov. 1993 to May 1997…………Member | |
| | Task Force on Advanced Directives for Mental Health Treatment |
| | Prescription Medication Advisory Task Force |
| | Texas Department of Mental Health Mental Retardation |
| Apr. 1991 to Nov. 1992…………Ginsburg Fellow | |
| | Committee on Government Policy |
| | Group for the Advancement of Psychiatry |
| July 1989 to June 1990………….Chief Resident | |
| | Department of Psychiatry |
| | The University of Texas Health Science Center at San Antonio |

**TEACHING EXPERIENCE**

June 2022 to Present……………**Forensic Psychiatry Seminar Program**
  General Psychiatry Residency Seminar Program
  Department of Psychiatry
  The University of The Incarnate Word School of Medicine
  San Antonio, Texas

July 1992 to Present…………….**Forensic Psychiatry Seminar Program**
  General Psychiatry Residency Seminar Program
  Department of Psychiatry
  The University of Texas Health Science Center at San Antonio
  San Antonio, Texas

July 2005 to May 2011..…………**Forensic Psychiatry Fellowship Program**
  **Past Interim Director**
  Department of Psychiatry
  The University of Texas Health Science at San Antonio
  San Antonio, Texas

May 1989 to May 1990………….**Clinical Psychiatry**
  Junior Clerkship Seminar Series
  Department of Psychiatry
  The University of Texas Health Science Center at San Antonio
  San Antonio, Texas

**Forensic Psychiatry Fellowship** teaching responsibilities covered a broad range of topics on Attachment, Child Abuse, Parental Fitness, Domestic Violence, Parricide, Filicide, Battered Woman Syndrome, Battered Child Syndrome, Delinquency, Juvenile Waiver, Criminal Responsibility, Criminal Competencies, Sentencing, Dangerousness, Sexual Deviance, Civil Commitment, Civil Competencies, Testamentary Capacity, Guardianship, Negligence, Medical Malpractice, Pharmacology, Mental Injury, Neuropsychiatry, Sexual Harassment, Discrimination, Workplace Injury, Fitness for Duty, and others.

**PREVIOUS EMPLOYMENT**

| | |
|---|---|
| Oct. 1994 to May 1996………….| Chief Forensic Psychiatrist |
| | Special Needs Offender Program |
| | The Center for Health Care Services |
| | San Antonio, Texas |
| Apr. 1995 to Dec. 1995…………| Consultant, Risk Management Program |
| | Texas Medical Association and Texas Medical Liability Trust, |
| | Austin, Texas |
| July 1994 to Aug. 1995…………| Consultant, Psychiatry Services |
| | Federal Correctional Institute |
| | Three Rivers, Texas |
| July 1989 to June 1991………….| Forensic Psychiatry Services |
| | Bexar County Detention Center |
| | San Antonio, Texas |
| Nov. 1988 to June 1991…………| Psychiatric Emergency Services |
| | Travis County Department of Mental Health Mental Retardation |
| | Austin, Texas |
| Sept. 1988 to Aug. 1989…………| Outpatient Clinic, Chronic Mentally Ill |
| | Bexar County Department of Mental Health Mental Retardation |
| | San Antonio, Texas |
| 1983 to 1988……………………| Relief Pharmacist |
| | H.E.B. Food Stores, Revco Drug Stores, Kroger Stores, |
| | San Antonio, Texas |
| 1977 to 1983……………………| Staff Pharmacist, Pharmacy Manager, Store Manager |
| | Safeway Stores, K-Mart Stores, Target Stores, Revco Drug Stores |

**PROFESSIONAL ORGANIZATIONS / CIVIC ACTIVITIES**

Advocacy Incorporated
    Past Member, Mental Illness Protection and Advocacy Advisory Council
American Medical Association
American Psychiatric Association
    Member, Mental Health Equity Ambassadors
    Faculty Expert, SAMHSA Summer Medical Student Program
    Assembly Representative (for) Texas Society of Psychiatric Physicians
    Past Member, Ethics Appeal Board,
    Past Member, Task Force to Revise the Ethics Annotations
    Past Consultant, Council on Psychiatric Services
American Academy of Psychiatry and the Law
    Past Associate Editor and current Guest Associate Editor, The Journal of The American Academy of Psychiatry and Law
    Past Member, Committee on Psychopharmacology
American Society of Law, Medicine, and Ethics
American Society of Clinical Pharmacology
Behavioral Science and the Law (Journal)
    Guest Associate Editor
Bexar County Medical Society
Bexar County Psychiatric Society
    Member & Past President
Federation of State Medical Boards
    Past Co-Chair, Subcommittee on Relapse Management and Physician Impairment
    Past Member, Impaired Physicians Workgroup
    Past Member, Board Education, Service and Training Workgroup
    Past Member, State Medical Boards' Appropriate Regulation of Telemedicine Workgroup
Federation of Texas Psychiatry
    Vice Chairman for Education

**PROFESSIONAL ORGANIZATIONS / CIVIC ACTIVITIES, continued**

Health Law & Policy Institute, University of Houston College of Law
    Past Member, Advisory Board
National Hispanic Medical Society
St. George Episcopal School
    Past President, Board of Directors
Texas Academy of Psychiatry
    Past President (2022-2023)
    Past Secretary-Treasurer
Texas Medical Association
    Past Member, Committee on Professional Liability
Texas Police Chiefs Association
    Member, Mental Health Pathways Committee
Texas Society of Psychiatric Physicians
    Past President (2021-2022)
    Member, Executive Committee
    Member & Past Chairman, Finance Committee
    Member and Past Chairman, Committee on Ethics
    Member and Past Chairman, Committee on Forensic Psychiatry
    Member, Committee on Government Affairs
    Member, Committee on Professional Standards
    Member, Committee on Distinguished Fellowship
United Way of San Antonio and Bexar County
    Past Member, Board of Trustees
    Past Member, Executive Committee

**PRESENTATIONS**

**Physician Health & Impairment,** Mind, Brain Behavior Course, 2nd Year Medical Student Curriculum, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, August 18, 2022, August 12, 2021, August 22, 2019, August 23, 2018, August 24, 2017, August 25, 2016, August 20, 2015, and August 21, 2014.

**Forensic Psychiatry,** SAMHSA Summer Medical Student Program, American Psychiatric Association, Washington D.C., July 7, 2022.

**The Devil Is In the Details,** Department of Psychology, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, November 9, 2021.

**Inside the TMB: Pearls for PIT's,** PGY2 Resident Seminar, Department of Psychiatry, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, September 15, 2021.

**Introduction to Forensic Psychiatry,** Psi Chi International Honor Society in Psychology, Auburn University, January 26, 2021.

**The Insanity Defense,** Psychology Residency Education Program, Department of Psychiatry, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, March 31, 2020.

**Decision Making Capacity in the Seriously Mentally Ill,** Texas Society of Psychiatric Physicians Spring Meeting, Austin, Texas, April 27, 2019.

**The Expansion of Psychiatric Care: Ethical & Clinical Considerations,** Austin Psychiatric Society, Austin, Texas, March 22, 2017.

**Physician Health & Wellness,** Forum Panelist, Texas Medical Association Committee on Physician Health & Wellness and Texas Physician Health Program, Texas Medical Association Fall Conference, Lost Pines, Texas, September 25, 2015.

**Psychiatry: Ethics and Forensics,** Biomedical Engineering Course, Cockrell School of Engineering, The University of Texas at Austin, Austin, Texas, April 3, 2014.

**The Texas Medical Board and Residency Education,** Post-Graduate Residency / Fellowship Orientation, The University of Texas Health Science at San Antonio, San Antonio, Texas, June 23, 2012, June 21, 2011, June 22, 2010, June 23, 2009 and July 24, 2008.

**PRESENTATIONS, continued**
**Analyzing Mental Health Aspects of Chronic Pain and Legal and Ethical Issues of Prescription Drug Abuse,** Association of Administrative Law Judges 20th Annual Educational Conference, Chronic Pain – Causes, Treatments and Vocational Implications, San Antonio, Texas October 6, 2011.
**Providing Guidance and Counsel to Emotionally Depressed Clients,** Annual Consumer Bankruptcy Practice Conference, The University of Texas School of Law, Galveston, Texas, August 12, 2011 and August 13, 2010.
**WYSIWYG and Then Some: Personalities Under Duress,** Bexar County Family Law Association, San Antonio, Texas, April 5, 2011.
**Medication Management: An Ethical Perspective,** Wednesdays at Sheppard Pratt Grand Rounds Lecture Series, The Conference Center at Sheppard Pratt, Sheppard Pratt Health System, Baltimore, Maryland, February 23, 2011.
**Ethics Topic: Informed Consent in Psychiatry, Focus on Medication Management,** 54th Annual Convention and Scientific Program, Texas Society of Psychiatric Physicians, San Antonio, Texas, November 14, 2010.
**Forensic Psychiatry,** Psychiatry and Law Course, William Winslade, J.D., Ph.D., Institute on Health Law & Policy, University of Houston College of Law, Houston, Texas, July 15, 2010, August 7, 2007 and July 19, 2006.
**The Texas Medical Board's View of Medical Resident Education,** 2008 San Antonio Uniformed Services Health Education Consortium, Wilford Hall Medical Center, San Antonio, Texas, September, 18, 2008.
**Professionalism,** Residency Education Program, Department of Psychiatry, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, July 29, 2008.
**The Ethical Parameters for the Practice of Psychiatry in Texas,** 51st Annual Convention & Scientific Program, Texas Society of Psychiatric Physicians, Houston, Texas, November 4, 2007.
**Return to Work Monitoring for Mental Health Disorders,** Physician Health Program and State Medical Board Relationships: Keeping Patients Safe, Texas Medical Association, Dallas, Texas, September 29, 2007.
**The Bioethics of Treating Schizophrenia,** 158th Annual Meeting & Convention, American Psychiatric Association, Atlanta, Georgia, May 23, 2005.
**Noms de Plume,** Texas Association of Family Practice, Annual Conference, Tyler, Texas, May 18, 2005; Corpus Christi, Texas, July 8, 2005; Austin, Texas, March 7, March 21, March 28, and June 16, 2005; San Antonio, Texas, April 5, 2005.
**The Physician Patient Relationship,** Texas Association of Family Practice, Cardiovascular Risk Conference, Austin, Texas, April 3, 2004; Pain Management Conference, Austin, Texas, March 27, 2004; Travis County Psychiatric Society Conference, Austin, Texas March 10, 2004.
**The Insanity Defense: A Mock Trial**, Competency to Stand Trial Conference, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, November 22, 2003.
**Revision of the APA Ethics Annotations: Fostering Dialogue**, 156th Annual Meeting & Convention, The American Psychiatric Association, San Francisco, California, May 10, 2003.
**Psychiatric Malpractice: A Mock Trial**, TexMed 2002, Texas Medical Association Annual Scientific Program, Dallas, Texas, April 19, 2002.
**Workplace Violence Assessment**, Third Annual Conference of Employee Assistance Professionals Association, San Antonio, October 19, 2001.
**Sex Lies and Autotapes: Forensic Lessons for the 50 Minute Hour,** Bexar County Psychiatric Society, San Antonio, Texas, January 17, 2001.
**Autonomy and Air Tight Compartments**, Alzheimer's Association Annual Conference, San Antonio, Texas, November 8, 2000.
**Stress and Morbidity in the Workplace**, State and Federal Personnel Laws in Texas Seminar, San Antonio, Texas, October 27, 2000.
**After All These Years: Risk Factors From The Texas Jail Suicide Project**, Special Lecture I, The Institute Psychiatric Services Annual Convention, American Psychiatric Association, Philadelphia, Pennsylvania, October 8, 2000.

**PRESENTATIONS, continued**
**Liability and Drug Interactions**, McAllen, Texas, August 17, 2000; Val Verde County Medical Society Meeting, Del Rio, Texas, December 16, 1999; San Antonio, Texas, August 10 and May 5, 1999; Austin, Texas July 13, 1999; South Padre Island, Texas, April 30, 1999; Texas Academy of Family Physicians, McAllen, Texas, February 2, 1999.
**Mental Health Law,** College of Medicine, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, June 30, 2000.
**Emerging Trends in General and Forensic Psychiatry**, Bexar County Psychiatric Society, San Antonio, Texas, January 18, 2000.
**Texas' Jail Suicides Project: New Risk Factors?** National Conference on Correctional Health Care, Fort Lauderdale, Florida, November 9, 1999.

Prior to November 1999, presentations on **Ethics, Confidentiality, Right to Refuse Treatment, Physician Assisted Suicide, Risk Management, Medication Errors, Malpractice Risk, Medication Liability, Sexual Harassment, Workplace Violence, Violence in the Clinical Setting, Juvenile Violence, Domestic Violence, Rape Trauma Syndrome, Psychic Trauma, Paraphilic Disorders, Sex Offender Recidivism, Involuntary Hospitalization, Competence to Stand Trial, Criminal Responsibility, Dangerousness, Correctional Psychiatry, Executive Dysfunction, Neuropsychiatry and Law, and Forensic Psychiatric Evaluations.**

**PUBLICATIONS**
**Understanding Medical Licensure,** Board Education, Service and Training (BEST) Workgroup, Federation of State Medical Boards, FSMB Website, January 2020.
**Introduction to Medical Regulation,** Board Education, Service and Training (BEST) Workgroup, Federation of State Medical Boards, FSMB Website, October 2019.
**A View From Inside The Texas Medical Board,** Arambula M, San Antonio Medicine, Bexar County Medical Society, Vol. 67, No. 8, pp 16-17, August 2014.
**Model Policy for the Appropriate Use of Telemedicine Technologies in the Practice of Medicine,** Federation of State Medical Boards' Appropriate Regulation of Telemedicine (SMART) Workgroup, Federation of State Medical Boards, April 2014.
**Policy on Physician Impairment from the Federation of State Medical Boards of the United States, Inc.,** Federation of State Medical Boards' Physicians with Impairing Illness Workgroup, Journal of Medical Regulation, Vol. 97, No. 2, pp. 10-28, 2011.
**The Principles of Medical Ethics with Annotations Especially Applicable to Psychiatry,** Roberts LW et al, American Psychiatric Press, in progress.
**The Doc in the Hat: A Day in the Life of an Academic Psychiatrist,** Arambula M, Academic Psychiatry, Vol. 27, No. 3, Fall 2003, pp. 190-191.
**Myths on the Insanity Defense: A Dialogue**, Sparks J and Arambula M, Vol.  , No.  , pp. , 1998.
**What and How Psychiatry Residents at Ten Training Programs Wish to Learn About Ethics**, Roberts LW, et al, Academic Psychiatry, Vol. 20, No. 3, pp. 131-43, 1996.
**The Making of a Criminal: Nature or Nurture**, Arambula M, San Antonio Medical Gazette, November 10, 1995.
**The Gray World of Subpoenas**, Arambula M, Texas Society of Psychiatric Physicians Newsletter, October - November 1994.
**Chemical Competency,** Arambula M, Texas Society of Psychiatric Physicians Newsletter, October - November 1993.
**Forced Into Treatment: The Role of Coercion in Clinical Practice**, Committee on Government Policy, Group for the Advancement of Psychiatry, American Psychiatric Press, Inc., 1993.
**Sexual Harassment: Identifying and Managing the Perpetrator**, Hardy DH and Arambula M, Chicago Medicine, Vol. 95, No.15, pp. 22-25, 1992.

# MICHAEL R. ARAMBULA, M.D., PHARM.D.

**Trials**
Camacho v. Stewart Builders (San Antonio)
Dotson v. UHS (San Antonio)
Falk v. State of Texas (Huntsville)
Gonzales v. State of Texas (San Antonio)
Hoak v. Sunrise Freight (Dallas)
Kristenson v. U.S. (Austin)
Landess v. Debiparshad (Las Vegas)
Re: Commitment of Eduardo De Leon (Edinburg)
Re: Commitment of Milton Eddington (Bryan
Re: Commitment of Gerald Farley (Denton)
Re: Commitment of Daniel Gagliardo (Tyler)
Re: Commitment of Rolando Garcia (Austin)
Re: Commitment of Daniel Guzman (Galveston)
Re: Commitment of Terry Hornbuckle (Ft. Worth)
Re: Commitment of Larry Johnson (Austin)
Re: Commitment of Monti King (Midland)
Re: Commitment of John Salazar (Dallas)
Re: Commitment of Michael von Short (Ft. Worth)
Re: Commitment of John Smith (Georgetown)
Re: Commitment of Michael Summers (Galveston)
Re: Commitment of Kevin Thedford (Houston)
Re: Commitment of Dean Tryon (Midland)
Re: Commitment of Terry Woodworth (Conroe)
State v. Brown (Georgetown)
State v. Davis (Tyler)
State v. Lopez (Edinburg)
State v. McKane (San Antonio)
State v. Mosley (Tyler)
State v. Parker (New Boston)
State v. Routh (Stephenville)
State v. Saad (Georgetown)
State v. Theorine (Tyler)
State v. Tiede (Henderson)
State v. Tome (Hempstead)
Tabler v. Davis (Austin)
Texas Medical Board v. Lane (Austin)
Trevino v. McCall Ford (Houston)
U.S. v. Pinon (El Paso)
U.S. v. Rainford (Muskogee)
Y.H. v. Spa Castle (Dallas)

## MICHAEL R. ARAMBULA, M.D., PHARM.D.

**Depositions**
Camacho v. Stewart Builders (San Antonio)
Erne v. Harmony Healthcare (Las Vegas)
Ojeda v. Canyon Ridge Hospital (San Bernardino)
Olsen v. Philip Morris (Miami)
Perez v. Garcia (Edinburg)
Re: Commitment of Andres Aguero (Portland)
Re: Commitment of Terry Bender (San Antonio)
Re: Commitment of Michael Byrum (Georgetown)
Re: Commitment of Eduardo De Leon (Edinburg)
Re: Commitment of Kenneth Elson (Austin)
Re: Commitment of Milton Eddington (Bryan)
Re: Commitment of Gerald Farley (Denton)
Re: Commitment of Larry Fulton (Houston)
Re: Commitment of Daniel Gagliardo (Tyler)
Re: Commitment of Daniel Guzman (Galveston)
Re: Commitment of Terry Hornbuckle (Ft. Worth)
Re: Commitment of James Jarvis (Galveston)
Re: Commitment of Larry Johnson (Austin)
Re: Commitment of Monti King (Midland)
Re: Commitment of Raul Rios (San Marcos)
Re: Commitment of John Salazar (Dallas)
Re: Commitment of Gerardo Saucedo (Uvalde)
Re: Commitment of John Smith (Georgetown)
Re: Commitment of Michael Summers (Galveston)
Re: Commitment of Kevin Thedford (Houston)
Re: Commitment of Dean Tryon (Midland)
Re: Commitment of Terry Woodworth (Conroe)
Re: Estate of Peter Curry (Dallas)
Schertzer v. RJR (Miami)
Texas v. AstraZenica (Austin)
Texas Medical Board v. Lane (Austin)
Texas Medical Board v. Chaveson (Dallas)
Texas Medical Board v. Doan (Austin)
Trevino v. McCall Ford (Houston)
Tuttle v. RJR (Miami)
Yang v. U.S. Aviation (Ft. Worth)