**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,<br><br>    Plaintiffs,<br><br>v.<br><br>Angela Colmenero, in an official capacity as Interim Attorney General of Texas; The Woodlands Township; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzales, in an official capacity as District Attorney of Bexar County,<br><br>    Defendants. | Civil Action No. 4:23-cv-02847 |

**JOINT NOTICE OF STIPULATION OF DISMISSAL OF THE WOODLANDS TOWNSHIP**

Defendant The Woodlands Township has represented that it does not have any enforcement authority under Senate Bill 12 because it is not a "municipality" within the scope of the Texas Local Government Code that Senate Bill 12 seeks to amend. *See* Dkt. 40 (Defendant The Woodlands Township's Motion to Dismiss). Without taking a position on this legal representation, Plaintiffs The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; and Brigitte Bandit (collectively, "Plaintiffs") consent to dismiss The Woodlands Township without prejudice.

Plaintiffs and Defendant The Woodlands Township therefore notify the Court that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs' claims against The Woodlands Township are hereby dismissed without prejudice.

Respectfully submitted,

*/s/Brian Klosterboer*
Brian Klosterboer, *attorney-in-charge*
   TX Bar No. 24107833
   SDTX No. 3314357
Chloe Kempf
   TX Bar No. 24127325
   SDTX No. 3852674
Thomas Buser-Clancy
   TX Bar No. 24078344
   SDTX No. 1671940
Edgar Saldivar
   TX Bar No. 24038188
   SDTX No. 618958
Adriana Pinon
   TX Bar No. 24089768
   SDTX No. 1829959
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
Fax (713) 942-8966
bklosterboer@aclutx.org
ckempf@aclutx.org
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

Derek McDonald
   TX Bar No. 00786101
   SDTX No. 18546
Maddy Dwertman
   TX Bar No. 24092371
   SDTX No. 3853795
BAKER BOTTS L.L.P.
401 S. 1st Street, Suite 1300
Austin, TX 78704
Tel. (512) 322-2500
Fax (512) 322-2501
Derek.McDonald@BakerBotts.com
Maddy.Dwertman@BakerBotts.com

Brandt Thomas Roessler
   TX Bar No. 24127923
   SDTX No. 3853796
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tel. (212) 408-2500
Fax (212) 408-2501
Brandt.Roessler@BakerBotts.com

Ali Andrews
   TX Bar No. 24059381
   SDTX No. 2247339
Emily Rohles
   TX Bar No. 24125940
   SDTX No. 3715273
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
Tel. (713) 229-1533
Fax (713) 229-2833
Ali.Andrews@BakerBotts.com
Emily.Rohles@BakerBotts.com

*Attorneys for Plaintiffs*

/s/ Ramón G. Viada III
Ramón G. Viada III
State Bar No. 20559350
Fed I.D. No. 10689
rayviada@viadastrayer.com
17 Swallow Tail Court
The Woodlands, Texas 77381
281-419-6338

Counsel for Defendants The Woodlands Township and City of Abilene

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 24th day of August, 2023, a true and correct copy of the above document was served via the CM/ECF system to all counsel of record.

*/s/Brian Klosterboer*
Brian Klosterboer