UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE WOODLANDS PRIDE, INC., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:23-cv-02847 |
| ANGELA COLMENERO, *et al.*, | § § | |
| Defendants. | § | |

## CORRECTED NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE DAVID HITTNER:

PLEASE TAKE NOTICE that Leslie W. Dippel, Executive County Attorney for Travis County, hereby enters an appearance for Delia Garza, the Travis County Attorney, in the above styled matter, and requests that she be provided notice of all matters and proceedings in this case.  Attorney Contact information is as follows:

Leslie W. Dippel
Travis County Attorney's Office
Texas Bar No. 00796472
Southern District of Texas Federal ID No. 236158
P. O. Box 1748
Austin, Texas 78767
Telephone:  (512) 854-9513
Facsimile:   (512) 854-4808
Leslie.Dippel@traviscountytx.gov

Dates: August 24, 2023.

        Respectfully submitted,

        **DELIA GARZA**
        County Attorney, Travis County
        P. O. Box 1748
        Austin, Texas 78767
        Telephone:  (512) 854-9513
        Facsimile:   (512) 854-4808

By:  /s/ Leslie W. Dippel
        LESLIE W. DIPPEL
        State Bar No. 00796472
        SDTX Federal ID No. 236158
        Leslie.Dippel@traviscountytx.gov
        AMY S. YBARRA
        State Bar No. 24013573
        SDTX Federal ID No. 3854149
        Amy.Ybarra@traviscountytx.gov
        CYNTHIA W. VEIDT
        State Bar No. 24028092
        SDTX Federal ID No. 35785
        cynthia.veidt@traviscountytx.gov
        Assistant Travis County Attorneys
        **Attorneys for Travis County Attorney**
        **Delia Garza**

## **CERTIFICATE OF SERVICE**

I certify that on the 24th day of August, 2023, a true and correct copy of the foregoing document was delivered by electronic notice to all counsel of record who have appeared via the Court's CM/ECF system:

                      By:  /s/ Leslie W. Dippel
                              LESLIE W. DIPPEL
                              Assistant County Attorney