UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE WOODLANDS PRIDE, INC., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:23-cv-02847 |
| | § | |
| ANGELA COLMENERO, *et al.*, | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE DAVID HITTNER:

PLEASE TAKE NOTICE that Cynthia W. Veidt, Assistant County Attorney

for Travis County, hereby enters an appearance for Delia Garza, the Travis County

Attorney, in the above styled matter, and requests that she be provided notice of all

matters and proceedings in this case.  Attorney Contact information is as follows:

Cynthia W. Veidt
Travis County Attorney's Office
Texas Bar No. 24028092
Southern District of Texas Federal ID No. 35785
P. O. Box 1748
Austin, Texas 78767
Telephone:  (512) 854-9513
Facsimile:   (512) 854-4808
Cynthia.Veidt@traviscountytx.gov

Dates: August 24, 2023.

Respectfully submitted,

**DELIA GARZA**
County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone:  (512) 854-9513
Facsimile:   (512) 854-4808

By:  /s/ Cynthia W. Veidt
LESLIE W. DIPPEL
State Bar No. 00796472
SDTX Federal ID No. 236158
Leslie.Dippel@traviscountytx.gov
AMY S. YBARRA
State Bar No. 24013573
SDTX Federal ID No. 3854149
Amy.Ybarra@traviscountytx.gov
CYNTHIA W. VEIDT
State Bar No. 24028092
SDTX Federal ID No. 35785
cynthia.veidt@traviscountytx.gov
Assistant Travis County Attorneys
**Attorneys for Travis County Attorney
Delia Garza**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 24th day of August, 2023, a true and correct copy of the foregoing document was delivered by electronic notice to all counsel of record who have appeared via the Court's CM/ECF system:

By:   /s/ Cynthia W. Veidt
CYNTHIA W. VEIDT
Assistant County Attorney