UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,<br><br>    Plaintiffs,<br><br>v.<br><br>Angela Colmenero, in an official capacity as Interim Attorney General of Texas; The Woodlands Township; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzalez, in an official capacity as District Attorney of Bexar County,<br><br>    Defendants. | Civil Action No. 4:23-cv-02847 |

**UNOPPOSED MOTION TO AMEND CASE STYLE AND CAPTION**

Plaintiffs The Woodlands Pride, Inc., Abilene Pride Alliance, Extragrams, LLC, 360 Queen Entertainment LLC, and Brigitte Bandit (collectively, "Plaintiffs"), file this Unopposed Motion to Amend Case Style and Caption ("Motion") in the above-captioned matter (the "Matter") to reflect the present alignment of parties and correct a minor typographical error. Plaintiffs request the Court modify the style and caption of the Matter from:

> The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,
>
> *Plaintiffs*,
>
> v.
>
> Angela Colmenero, in an official capacity as Interim Attorney General of Texas; The Woodlands Township; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzalez, in an official capacity as District Attorney of Bexar County,
>
> *Defendants*.

to:

> The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,
>
> *Plaintiffs*,
>
> v.

>Angela Colmenero, in an official capacity as Interim Attorney General of Texas; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzales, in an official capacity as District Attorney of Bexar County,
>
>*Defendants*.

In support thereof, Plaintiffs respectfully state as follows:

1. Plaintiffs filed their Complaint on August 2, 2023. (Dkt. 1.)

2. The case style and caption incorrectly named Defendant Joe D. Gonzales ("Defendant Gonzales") as Joe D. Gonzalez. Defendant Gonzales has waived service and his attorney has filed an appearance. (Dkt. 38.)

3. The case style and caption also named The Woodlands Township as a defendant. On August 24, 2023, Plaintiffs and Defendant The Woodlands Township filed a Joint Notice of Stipulation of Dismissal of The Woodlands Township ("Joint Notice"), pursuant to which Plaintiffs' claims against The Woodlands Township were dismissed without prejudice. (Dkt. 54.)

4. Federal Rule of Civil Procedure 10 states that "[e]very pleading must have a caption with the court's name, a title, a file number, and a Rule 7(a) designation. The title of the complaint *must name all the parties*." FED. R. CIV. P. 10(a) (emphasis added). Because of a change in the parties to this case and

3

because of the misspelling of Defendant Gonzales's name, the original caption of this case is no longer accurate.

5.	Amending the case style and caption at this time will alleviate the possibility of confusion and allow the Court to enter accurate orders regarding this case in the future.

6.	Accordingly, Plaintiffs hereby respectfully request that the Court grant the Motion and direct the clerk to amend the docket and the Court's style and caption in the Matter to reflect the dismissal of Defendant The Woodlands Township and the correct name of Defendant Gonzales.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Brian Klosterboer* | By: */s/ Emily Rohles* |
| Brian Klosterboer, *attorney-in-charge* | Alison Andrews |
|   TX Bar No. 24107833 |   TX Bar No. 24059381 |
|   SDTX No. 3314357 |   SDTX No. 2247339 |
| Chloe Kempf | Emily Rohles |
|   TX Bar No. 24127325 |   TX Bar No. 24125940 |
|   SDTX No. 3852674 |   SDTX No. 3715273 |
| Thomas Buser-Clancy | BAKER BOTTS L.L.P. |
|   TX Bar No. 24078344 | 910 Louisiana Street |
|   SDTX No. 1671940 | Houston, TX 77002 |
| Edgar Saldivar | Tel. (713) 229-1234 |
|   TX Bar No. 24038188 | Fax (713) 229-1522 |
|   SDTX No. 618958 | Ali.Andrews@BakerBotts.com |
| Adriana Pinon | Emily.Rohles@BakerBotts.com |
|   TX Bar No. 24089768 | |
|   SDTX No. 1829959 | Derek R. McDonald |
| ACLU FOUNDATION OF TEXAS, INC. |   TX Bar No. 00786101 |
| P.O. Box 8306 |   SDTX No. 18546 |
| Houston, TX 77288 | Maddy Dwertman |
| Tel. (713) 942-8146 |   TX Bar No. 24092371 |
| Fax (713) 942-8966 |   SDTX No. 3853795 |
| bklosterboer@aclutx.org | BAKER BOTTS L.L.P. |
| ckempf@aclutx.org | 401 S. 1st Street, Suite 1300 |
| tbuser-clancy@aclutx.org | Austin, TX 78704 |
| esaldivar@aclutx.org | Tel. (512) 322-2500 |
| apinon@aclutx.org | Fax (512) 322-2501 |
| | Derek.McDonald@BakerBotts.com |
| | Maddy.Dwertman@BakerBotts.com |
| | |
| | Brandt Thomas Roessler |
| | TX Bar No. 24127923 |
| | SDTX No. 3853796 |
| | BAKER BOTTS L.L.P. |
| | 30 Rockefeller Plaza |
| | New York, NY 10112 |
| | Tel. (212) 408-2500 |
| | Fax (212) 408-2501 |
| *Attorneys for Plaintiffs* | Brandt.Roessler@BakerBotts.com |

5

## CERTIFICATE OF CONFERENCE

Plaintiffs notified Defendants of their intent to file this motion on August 25, 2023.  Defendants are unopposed.

> */s/ Emily Rohles*
> Emily Rohles

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August 2023, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

> */s/ Emily Rohles*
> Emily Rohles