United States District Court
Southern District of Texas
**ENTERED**
August 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| The Woodlands Pride, Inc. et al, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-23-2847 |
| Angela Colmenero et al, | § § | |
| Defendants. | § § § § | |

## ORDER

Pursuant to the Joint Notice of Stipulation of Dismissal of the Woodlands Township filed on August 24, 2023 the above referenced case is hereby dismissed with prejudice as to Defendant The Woodlands Township pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this 25 day of August, 2023.

_____
DAVID HITTNER
United States District Judge