Case 4:23-cv-02847   Document 63   Filed on 08/25/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| The Woodlands Pride, Inc. et al, | § § § | |
| Plaintiff | § § | Civil Action No. H-23-2847 |
| v. | § § | |
| Angela Colmenero et al, | § § | |
| Defendants. | § § | |

## ORDER

Pending before the Court is Texas Values' Motion for Leave to File Amici Curiae Brief in Opposition to Plaintiff's Motion for Temporary Restraining Order (Document No. 59). Having considered the motion, submissions, and applicable law, the Court determines the motion should be granted. Accordingly, the Court hereby

**ORDERS** that Texas Values' Motion for Leave to File Amici Curiae Brief in Opposition to Plaintiff's Motion for Temporary Restraining Order (Document No. 59) is **GRANTED.**

SIGNED at Houston, Texas, on this **25** day of August, 2023.

DAVID HITTNER
United States District Judge