IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VORTEX Repertory Co., *et al.*,<br><br> Plaintiffs,<br><br>v.<br><br>Angela Colmenero, *et al.*,<br><br> Defendants. | 4:23-cv-02993 |
| The Woodlands Pride, Inc., *et al.*,<br><br> Plaintifs,<br>   v.<br><br>Angela Colmenero, *et al.*,<br><br> Defendants. | 4:23-cv-02847 |

## [PROPOSED] ORDER

Before the Court is Plaintiffs' in *VORTEX Repertory Co. v. Colmenero*, No. 4:23-cv-02993 Motion to Withdraw Their Motion to Consolidate Cases.

Having considered the Motion and applicable law, the Court **GRANTS** the Motion to Withdraw Their Motion to Consolidate Cases. It is hereby **ORDERED** that the Motion to Consolidate Cases is **DENIED AS MOOT**.

It is **SO ORDERED**.

SIGNED on _____, 2023.

_____

UNITED STATES DISTRICT JUDGE