**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| THE WOODLANDS PRIDE, INC et al., | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  4:23-cv-02847 |
| | § | |
| ANGELA COLMENERO et al., | § | |
| *Defendants.* | § | |

**DEFENDANT'S NOTICE OF APPEARANCE**

Defendant Angela Colmenero, in her official capacity as Interim Attorney General of Texas, hereby gives notice to the Court of the appearance of Johnathan Stone as co-counsel in this matter.  Taylor Gifford will remain as attorney-in-charge for Defendant. Mr. Stone is a member in good standing of the State Bar of Texas. Defendant respectfully requests that Mr. Stone be served with all future correspondence and pleadings in this matter.

Respectfully submitted,

**ANGELA COLMENERO**
Provisional Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Acting Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Deputy Chief, General Litigation Division

**RYAN KERCHER**
Deputy Chief, General Litigation Division

*/s/Johnathan Stone*
**JOHNATHAN STONE**
Texas Bar No. 24071779
Southern Dist. No. 1635446
Assistant Attorneys General

**TAYLOR GIFFORD**
Assistant Attorney General
Texas Bar No.  24027262
Southern District ID No. 3624053

**CHARLES K. ELDRED**
Chief, Legal Strategy Division
Texas Bar No. 00793681
Southern District ID No. 20772

General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
Taylor.Gifford@oag.texas.gov
Charles.Eldred@oag.texas.gov
Johnathan.Stone@oag.texas.gov

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that that on August 26, 2023, this document was filed electronically via the Court's

CM/ECF system, causing electronic service upon all counsel of record.

*/s/Johnathan Stone*
**JOHNATHAN STONE**
Texas Bar No. 24071779
Southern Dist. No. 1635446
Assistant Attorneys General

2