# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| The Woodlands Pride, Inc., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Angela Colmenero, in an official capacity as Interim Attorney General of Texas, et al., <br><br> *Defendants*. | Civil Action No. 4:23-cv-02847 |

## [PROPOSED] ORDER GRANTING
## PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY AND STRIKE REPORT OF MICHAEL ARAMBULA, M.D.

Pending before the Court is Plaintiffs' Motion to Exclude Testimony and Strike Report of Michael Arambula, M.D. Based on the arguments presented in the motion, the pleadings on file, and any other relevant matter, the opinions and testimony of Defendant Angela Colmenero's expert Michael Arambula, M.D. are not relevant, reliable, or useful in determining whether a fact of consequence is made more or less probable and shall be excluded from this case in their entirety. Plaintiffs' motion is hereby **GRANTED**: The written report of Michael Arambula, M.D., Dkt. 53, is stricken in its entirety, and Dr. Arambula is excluded from testifying at hearing or trial.

1

IT IS SO ORDERED.

                    Signed on this the \_\_\_\_ day of August, 2023.

                    _____
                    Judge David Hittner