# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,<br><br>    Plaintiffs,<br><br>v.<br><br>Angela Colmenero, in an official capacity as Interim Attorney General of Texas; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzales, in an official capacity as District Attorney of Bexar County,<br><br>    Defendants. | Civil Action No. 4:23-cv-02847 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Local Rule 7 and Judge Hittner's court procedures, Plaintiffs The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; and Brigitte Bandit (collectively, "Plaintiffs") bring this Motion

for Leave to File Excess Pages to file a single 42-page omnibus response/reply to four briefs of Defendants, namely: Dkt. 42 (Motion to Dismiss by City of Abilene); Dkt. 44 (Response by City of Abilene to Plaintiffs' Motion for Preliminary Injunction); Dkt. 49 (Joint Motion to Dismiss by Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzales, in an official capacity as District Attorney of Bexar County); and Dkt. 52 (Motion to Dismiss and Response by Angela Colmenero, in an official capacity as Interim Attorney General of Texas).

Plaintiffs require excess pages for their brief because they are responding to four separate briefs, three of which were filed by separate Defendants and raise non-duplicative arguments. Rather than burden this Court with four different responses/replies—each of which could be up to 20 pages—Plaintiffs have endeavored to conserve judicial resources by filing a single response brief.

This request for leave to file excess pages is not brought for purposes of delay but to enable the Plaintiffs to ensure that all relevant issues are adequately briefed to the Court in the most efficient manner possible.

Plaintiffs ask the Court to grant this motion for leave to file excess pages.

Respectfully submitted,

*/s/ Brian Klosterboer*
Brian Klosterboer, *attorney-in-charge*
TX Bar No. 24107833
SDTX No. 3314357
Chloe Kempf
TX Bar No. 24127325
SDTX No. 3852674
Thomas Buser-Clancy
TX Bar No. 24078344
SDTX No. 1671940
Edgar Saldivar
TX Bar No. 24038188
SDTX No. 618958
Adriana Pinon
TX Bar No. 24089768
SDTX No. 1829959
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
Fax (713) 942-8966
bklosterboer@aclutx.org
ckempf@aclutx.org
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

*Attorneys for Plaintiffs*

*/s/ Emily Rohles*
Ali Andrews
TX Bar No. 24059381
SDTX No. 2247339
Emily Rohles
TX Bar No. 24125940
SDTX No. 3715273
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
Tel. (713) 229-1234
Fax (713) 229-1522
Ali.Andrews@BakerBotts.com
Emily.Rohles@BakerBotts.com

Derek McDonald
TX Bar No. 00786101
SDTX No. 18546
Maddy Dwertman
TX Bar No. 24092371
SDTX No. 3853795
BAKER BOTTS L.L.P.
401 S. 1st Street, Suite 1300
Austin, TX 78704
Tel. (512) 322-2500
Fax (512) 322-2501
Derek.McDonald@BakerBotts.com
Maddy.Dwertman@BakerBotts.com

Brandt Thomas Roessler
TX Bar No. 24127923
SDTX No. 3853796
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tel. (212) 408-2500
Fax (212) 408-2501
Brandt.Roessler@BakerBotts.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on August 27, 2023, a true and correct copy of the foregoing was served via the CM/ECF system to all counsel of record.

                                              */s/ Emily Rohles*
                                              Emily Rohles