# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,<br><br>    Plaintiffs,<br><br>v.<br><br>Angela Colmenero, in an official capacity as Interim Attorney General of Texas; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzales, in an official capacity as District Attorney of Bexar County,<br><br>    Defendants. | Civil Action No. 4:23-cv-02847 |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE EXCESS PAGES

Pending before the Court is Plaintiffs' Motion for Leave to File Excess Pages for their Omnibus Response to Dkt. 42 (Motion to Dismiss by City of Abilene); Dkt. 44 (Response by City of Abilene to Plaintiffs' Motion for Preliminary Injunction); Dkt. 49 (Joint Motion to Dismiss by Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzales, in an official capacity as District Attorney of Bexar County); and Dkt. 52 (Motion to Dismiss and Response by Angela Colmenero, in an official capacity as Interim Attorney General of Texas).

Plaintiffs' Motion for Leave to File Excess Pages is **GRANTED**.

Signed on this the \_\_\_\_ day of August, 2023.

_____
Judge David Hittner