COURTROOM MINUTES

JUDGE DAVID HITTNER PRESIDING

COURTROOM CLERK: Joseph Wells
COURT REPORTER : L Smith
LAW CLERK: Kevin Mrsny

MORNING                      AFTERNOON
SESSION 10:37 - 12:04        SESSION 12:23 - 1:25     DATE: 08/28/2023
                             2:36 - 5:39

DOCKET ENTRY

4:23-cv-2847
The Woodlands Pride, Inc. et al v. Colmenero et al

PROCEEDING: Consolidated preliminary injunction hearing and trial

Appearances:
For Plaintiff: B. ROESSLER, T. BUSER-CLANCY, B. KLOSTERBOER, E. ROHLES, A. ANDREWS, C. KEMPF

For Defendants: C. ELDRED, J. STONE, T. GIFFORD, A. YBARRA, L. CUBRIEL, R. VISOA, R. WAGSTAFF, B. GRIFFIN, D. PLAKE

DEFENDANT'S OBJECTION TO CONVERSION TO TRIAL ON THE MERITS OVERRULED.

D's OBJECTION TO JUDICIAL NOTICE OF EX# 22 GRANTED. THE REST OVERRULED.

Witnesses: KERRY LYNN SIEFF, RICHARD MONTEZ JR., GAVYN HARDEGREE, MICHAEL ARAMBULA, JASON ROCHA, BRIGITTE BANDIT