COURTROOM MINUTES

JUDGE DAVID HITTNER PRESIDING

COURTROOM CLERK: Joseph Wells
COURT REPORTER : L Smith
LAW CLERK: Kevin Mrsny

MORNING
SESSION 10:35 - 11:33

AFTERNOON
SESSION 11:50 - 1:54     DATE: 08/29/2023

DOCKET ENTRY

4:23-cv-2847
The Woodlands Pride, Inc. et al v. Colmenero et al

PROCEEDING: Consolidated preliminary injunction hearing and trial Day 2

Appearances:
For Plaintiff:

For Defendants:

Defendants' motion for judgment on the merits denied. Proposed findings of fact & conclusions of law due by ~~dated~~ 4:00, Wed. Sept 6. Order to follow.

Witnesses: Brigitte Bandit