| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1 | Senate Bill 12, Enrolled Version | 08/28 | | 08/28 | |
| 2 | Senate Bill 12, History | | | | |
| 3 | Senate Bill 12, Authors | | | | |
| 4 | Senate Bill 12, Sponsors | | | | |
| 5 | Senate Bill 12, As Introduced/Filed Version | | | | |
| 6 | Senate Bill 12, As-Filed Bill Analysis, Senate Research Center (Mar. 21, 2023) | | | | |
| 7 | Senate Bill 12, Fiscal Note, Legislative Budget Board (Mar. 22, 2023) | | | | |
| 8 | Senate Bill 12, House Committee Report (May 12, 2023) | | | | |
| 9 | Senate Bill 12, House Committee Bill Analysis | | | | |
| 10 | Senate Bill 12, Conference Committee Report (May 26, 2023) | | | | |
| 11 | Senate Bill 12, As-Enrolled Bill Analysis, Senate Research Center (June 19, 2023) | | | | |
| 12 | Texas Senate, *Senate Committee on State Affairs (Part II)* (Mar. 23, 2023), https://tlcsenate.granicus.com/Me | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | diaPlayer.php?view_id=53&clip_id=17469 (last visited Aug. 22, 2023).[1] | 08/28 | | 08/28 | | |
| 13 | Texas Senate, *Senate Session (Part II)* (Apr. 4, 2023), https://tlcsenate.granicus.com/MediaPlayer.php?view_id=53&clip_id=17589 (last visited Aug. 22, 2023). | | | | | |
| 14 | Texas Senate, *Senate Session (Part III)* (Apr. 4, 2023), https://tlcsenate.granicus.com/MediaPlayer.php?view_id=53&clip_id=17593 (last visited Aug. 22, 2023). | | | | | |
| 15 | Texas Senate, *Senate Session* (Apr. 5, 2023), https://tlcsenate.granicus.com/MediaPlayer.php?view_id=53&clip_id=17610 (last visited Aug. 22, 2023). | | | | | |
| 16 | Texas House of Representatives, *House Committee on State Affairs* (May 10, 2023), https://tlchouse.granicus.com/MediaPlayer.php?view_id=78&clip_id=24841 (last visited Aug. 22, 2023). | ↓ | | ↓ | | |
| 17 | Texas House of Representatives, *House Committee on State Affairs* | | | | | |

---

[1] These videos (Exhibits 12–20) are available on the Texas Legislature's website, and Plaintiffs are currently working to obtain downloadable copies to share directly with the Court before trial.

| # | Citation | | | | |
|---|---|---|---|---|---|
|  | *(Part II)* (May 10, 2023), https://tlchouse.granicus.com/MediaPlayer.php?view_id=78&clip_id=24856 (last visited Aug. 22, 2023). | 08/28 | | 08/28 | |
| 18 | Texas House of Representatives, *88th Legislative Session (Part 1)* (May 19, 2023), https://tlchouse.granicus.com/MediaPlayer.php?view_id=80&clip_id=24930 (last visited Aug. 22, 2023). | | | | |
| 19 | Texas House of Representatives, *88th Legislative Session (Part 1)* (May 22, 2023), https://tlchouse.granicus.com/MediaPlayer.php?view_id=80&clip_id=24934 (last visited Aug. 22, 2023). | | | | |
| 20 | Texas Senate, *Senate Session (Part II)* (May 25, 2023), https://tlcsenate.granicus.com/MediaPlayer.php?view_id=53&clip_id=18121 (last visited Aug. 22, 2023). | | | | |
| 21 | Mark Lungariello, "Video of drag queen gyrating in front of child has Texas pols pushing for legislative action", NY Post (Oct. 18, 2022, 8:06 PM), *available at* https://nypost.com/2022/10/18/video-of-drag-queen-gyrating-next-to-child-sparks-backlash/ (last visited Aug. 22, 2023). | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 22 | Robert Downen, "How Texas Activists Turned Drag Events Into Fodder for Outrage", Tex. Tribune (Feb. 24, 2023, 5:00 A.M.), *available at* https://www.texastribune.org/2023/02/24/texas-drag-protests-children/ (last visited Aug. 22, 2023). | 08/28 | 08/28 | | 08/28 |
| 23 | Greg Abbott (@GregAbbott_TX), TWITTER (June 24, 2023, 11:03 PM), https://twitter.com/gregabbott_tx/status/1672817859729162240?s=12&t=PdsS2XI_vKHecU3T2VPeyw (last visited Aug. 22, 2023). | | | 08/28 | |
| 24 | Lieutenant Governor of Texas Dan Patrick, "Lt. Gov. Patrick Announces Top 30 Priorities for the 2023 Legislative Session" (Feb. 13, 2023), *available at* https://www.ltgov.texas.gov/2023/02/13/lt-gov-dan-patrick-announces-top-30-priorities-for-the-2023-legislative-session/ (last visited Aug. 22, 2023). | | | | |
| 25 | Bryan Hughes, FACEBOOK, (Mar. 23, 2023, 5:48 PM), https://www.facebook.com/BryanHughesTX/posts/pfbid0LBAWQr7km6fSGGtZrr8nbL8J5xKSBxLhocbMh1mfcVfRVepjGMj5euq26Fy7ECHbl (last visited Aug. 22, 2023). | | | | |
| 26 | Lieutenant Governor of Texas | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | Dan Patrick, "Statement On The Adoption Of Conference Committee Report For Senate Bill 12, Banning Children's Exposure To Drag Shows" (May 28, 2023), *available at* https://www.ltgov.texas.gov/2023/05/28/statement-on-the-adoption-of-conference-committee-report-for-senate-bill-12-banning-childrens-exposure-to-drag-shows/ (last visited Aug. 22, 2023). | 08/28 | | 08/28 | | |
| 27 | Matt Shaheen (@MattShaheen), TWITTER, (June 8, 2023, 7:48 AM), https://twitter.com/MattShaheen/status/1666789387005222912 (last visited Aug. 22, 2023). | | | | | |
| 28 | Caroline Harris (@CarolineForTX), TWITTER, (May 22, 2023, 4:09 PM), https://twitter.com/carolinefortx/status/1660754742639837184?s=12&t=PdsS2XI_vKHecU3T2VPeyw (last visited Aug. 22, 2023). | | | | | |
| 29 | Carrie Isaac (@CarrieIsaac), TWITTER, (May 19, 2023, 11:11 PM) https://twitter.com/carrieisaac/status/1659773848676450304?s=12&t=PdsS2XI_vKHecU3T2VPeyw (last visited Aug. 22, 2023). | | | | | |
| 30 | Photograph of Extragrams Performance 1 | 08/28 | 08/28 | 08/28 | | |

| | | | | | |
|---|---|---|---|---|---|
| 31 | Photograph of Extragrams Performance 2 | | | | |
| 32 | Photograph of Extragrams Performance 3 | 08/28 | 08/28 | 08/28 | |
| 33 | Photograph of Extragrams Performance 4 | | | | |
| 34 | Photograph of Extragrams Performance 5 | | | | |
| 35 | Email from Student Engagement Coordinator at the University of Texas to Extragrams regarding future performances | | | | |
| 36 | Photograph of 360 Queen Entertainment Performance 1 | 08/28 | 08/28 | 08/28 | |
| 37 | Photograph of 360 Queen Entertainment Performance 2 | 08/28 | 08/28 | 08/28 | |
| 38 | Photograph of 360 Queen Entertainment Performance 3 | 08/28 | 08/28 | 08/28 | |
| 39 | Abilene Pride Alliance's Bylaws | | | | |
| 40 | Email from Executive Director of Expo Center of Taylor County to Abilene Pride Alliance regarding SB 12 | | | | |
| 41 | Photograph of Abilene Pride 1 | | | | |
| 42 | Photograph of Abilene Pride 2 | | | | |
| 43 | Facebook Post Threatening Boycott/Protest of Abilene Pride Alliance Drag Brunch | | | | |
| 44 | The Woodlands Pride, Inc.'s Bylaws | | | | |
| 45 | The Woodlands Pride Permit 2022 | | | | |

| 46 | Photograph of The Woodlands Pride 1 | | | | |
|---|---|---|---|---|---|
| 47 | Photograph of The Woodlands Pride 2 | 08/28 | 08/28 | 08/28 | |
| 48 | Photograph of The Woodlands Pride 3 | | | | |
| 49 | Photograph of The Woodlands Pride 4 | | | | |
| 50 | Photograph of The Woodlands Pride 5 | | | | |
| 51 | Photograph of The Woodlands Pride 6 | 08/28 | 08/28 | 08/28 | |
| 52 | Photograph of The Woodlands Pride 7 | | | | |
| 53 | Photograph of Brigitte Bandit 1 | | | | |
| 54 | Photograph of Brigitte Bandit 2 | | | | |
| 55 | Photograph of Brigitte Bandit 3 | 08/28 | 08/28 | 08/28 | |
| 56 | Photograph of Brigitte Bandit 4 | 08/28 | | 08/28 | |
| | | | | | |