United States District Court
Southern District of Texas
**ENTERED**
September 11, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| The Woodlands Pride, Inc. et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-23-2847 |
| | § | |
| Angela Colmenero et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the Joint Notice of Stipulation of Dismissal of the Woodlands Township filed on August 24, 2023 stipulating that Plaintiff's claims against The Woodlands Township are dismissed without prejudice, the Court amends its previous Order (Document No. 62) and hereby

ORDERS the above referenced case is hereby dismissed without prejudice as to Defendant The Woodlands Township pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this ⎁⎁ day of September, 2023.

DAVID HITTNER
United States District Judge