UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,<br><br>       Plaintiffs,<br><br>v.<br><br>Angela Colmenero, in an official capacity as Interim Attorney General of Texas; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzales, in an official capacity as District Attorney of Bexar County,<br><br>       Defendants. | Civil Action No. 4:23-cv-02847 |

## PLAINTIFFS' AGREED MOTION TO AMEND CASE STYLE AND CAPTION

The Woodlands Pride, Inc., Abilene Pride Alliance, Extragrams, LLC, 360

Queen Entertainment LLC, and Brigitte Bandit (collectively, "Plaintiffs"), file this

Agreed Motion to Amend Case Style and Caption ("Motion") in the above-captioned matter (the "Matter") to reflect the current and correct names of all Defendants. On August 2, 2023, Plaintiffs brought suit against Defendant Angela Colmenero in her official capacity as Interim Attorney General of Texas, as well as other Defendants. Dkt. 1. The Court held a consolidated injunction hearing and trial on the merits on August 28 and 29, 2023, and issued temporary restraining orders against Defendant Angela Colmenero, in an official capacity as Interim Attorney General of Texas, and other Defendants, on August 31, 2023, Dkt. 75, and September 13, 2023, Dkt. 89.

On September 17, 2023, the Texas Senate concluded the impeachment trial of Warren Kenneth Paxton, enabling him to resume his official duties as Attorney General of Texas. Because the Interim Attorney General was sued in her official capacity, Plaintiffs' claims against her run against the office of Attorney General and Warren Kenneth Paxton is now the properly named Defendant. *See* Fed. R. Civ. P. 25(d) (authorizing automatic substitution of successive officeholder when a public official is sued in an official capacity).

Plaintiffs request the Court modify the style and caption of the Matter from:

The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,

*Plaintiffs*,

v.

2

Angela Colmenero, in an official capacity as Interim Attorney General of Texas; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzales, in an official capacity as District Attorney of Bexar County,

*Defendants.*

to:

The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,

*Plaintiffs*,

v.

Warren Kenneth Paxton, in an official capacity as Attorney General of Texas; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzales, in an official capacity as District Attorney of Bexar County,

*Defendants.*

Amending the case style and caption at this time will alleviate the possibility of confusion and allow the Court to enter accurate orders regarding this case in the future. Plaintiffs hereby respectfully request that the Court grant the Motion and direct the clerk to amend the docket and the Court's style and caption in the Matter to reflect the proper Defendant substitution.

Respectfully submitted,

*By: /s/ Brian Klosterboer*

| | |
|---|---|
| Brian Klosterboer, *attorney-in-charge*    TX Bar No. 24107833    SDTX No. 3314357 | Derek R. McDonald    TX Bar No. 00786101    SDTX No. 18546 |
| Chloe Kempf    TX Bar No. 24127325    SDTX No. 3852674 | Maddy Dwertman    TX Bar No. 24092371    SDTX No. 3853795 |
| Thomas Buser-Clancy    TX Bar No. 24078344    SDTX No. 1671940 | BAKER BOTTS L.L.P. 401 S. 1st Street, Suite 1300 Austin, TX 78704 |
| Edgar Saldivar    TX Bar No. 24038188    SDTX No. 618958 | Tel. (512) 322-2500 Fax (512) 322-2501 Derek.McDonald@BakerBotts.com |
| Adriana Pinon    TX Bar No. 24089768    SDTX No. 1829959 | Maddy.Dwertman@BakerBotts.com Brandt Thomas Roessler    TX Bar No. 24127923 |
| ACLU FOUNDATION OF TEXAS, INC. P.O. Box 8306 Houston, TX 77288 Tel. (713) 942-8146 Fax (713) 942-8966 bklosterboer@aclutx.org ckempf@aclutx.org tbuser-clancy@aclutx.org esaldivar@aclutx.org apinon@aclutx.org | SDTX No. 3853796 BAKER BOTTS L.L.P. 30 Rockefeller Plaza New York, NY 10112 Tel. (212) 408-2500 Fax (212) 408-2501 Brandt.Roessler@BakerBotts.com

Alison Andrews    TX Bar No. 24059381    SDTX No. 2247339 Emily Rohles    TX Bar No. 24125940    SDTX No. 3715273 BAKER BOTTS L.L.P. 910 Louisiana Street Houston, TX 77002 Tel. (713) 229-1234 Fax (713) 229-1522 Ali.Andrews@BakerBotts.com |
| *Attorneys for Plaintiffs* | Emily.Rohles@BakerBotts.com |

4

## CERTIFICATE OF CONFERENCE

Counsel for Defendants Angela Colmenero and Warren Kenneth Paxton conferred with Plaintiffs about this Motion on September 18, 2023, and they agree with the Motion. Plaintiffs also notified all other Defendants of their intention to file this Motion on September 18, 2023, and no Defendant objected.

*/s/ Brian Klosterboer*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September 2023, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

*/s/ Brian Klosterboer*