UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **THE WOODLSLANDS PRIDE, INC.,** *et al.*, *Plaintiffs*, | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-CV-2847 |
| **KEN PAXTON,** in his official capacity as Attorney General of Texas, *et al.*, *Defendants*. | § § § § § | |

### ORDER GRANTING DEFENDANT'S OPPOSED MOTION FOR STAY PENDING APPEAL AND REQUEST FOR EXPEDITED CONSIDERATION

On this day the court considered Defendant's Opposed Motion for Stay Pending Appeal and Request for Expedited Consideration. After due consideration of the motion, and all responses and replies, the Court finds said motion meritorious.

IT IS HEREBY ORDERED that Defendant's Opposed Motion for Stay Pending Appeal and Request for Expedited Consideration is GRANTED.

IT IS FURTHER ORDERED that the injunction issued on September 26, 2023, is stayed while case is on appeal.

SIGNED ON _____, 2023.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE