# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,<br><br>      Plaintiffs,<br><br>v.<br><br>Warren Kenneth Paxton, in an official capacity as Attorney General of Texas; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzales, in an official capacity as District Attorney of Bexar County,<br><br>      Defendants. | Civil Action No. 4:23-cv-02847 |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' OPPOSED MOTION TO EXTEND DEADLINE FOR BILL OF COSTS AND ATTORNEY'S FEES

1

Before the Court is Plaintiffs The Woodlands Pride, Inc., Abilene Pride Alliance, Extragrams, LLC, 360 Queen Entertainment LLC, and Brigitte Bandit (collectively, "Plaintiffs") Opposed Motion to Extend Deadline for Bill of Costs and Attorney's Fees (Dkt. 99). Having considered the motion and applicable law, the court hereby:

**ORDERS** that Plaintiffs' Opposed Motion to Extend Deadline for Bill of Costs and Attorney's Fees (Dkt. 99) is **GRANTED**. The Court further

**ORDERS** that the deadline to file a bill of costs and motion for attorney's fees in this case is hereby **EXTENDED** to thirty (30) days after the appeals court issues the mandate in this case. If any party petitions for certiorari after the mandate issues, these deadlines are further extended to thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding.

SIGNED at Houston, Texas, on this ___ day of October, 2023.

                                                                                          _____
                                                                                          DAVID HITTNER
                                                                                          United States District Judge