IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| The Woodlands Pride, Inc.; et al., | § § § | |
| *Plaintiffs*, | § § | C.A. No. 4:23-cv-2847 |
| vs. | § § | **JURY TRIAL DEMANDED** |
| Warren Keith Paxton, in an official capacity as Attorney General of Texas, et al., | § § § § § | |
| *Defendants*. | § | |

## ORDER

On this date, the Court considered to Plaintiffs' motion to extend deadline to file their bill of costs and application for attorneys' fees, and any timely filed responses and/or replies. The Motion is hereby **DENIED**.

**IT IS SO ORDERED.**

Signed at Houston, Texas on this _____ day of October, 2023.

---

Hon. David Hittner
United States District Judge