United States District Court
Southern District of Texas
**ENTERED**
October 20, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE WOODLANDS PRIDE, INC., § <br> ABILENE PRIDE ALLIANCE, § <br> EXTRAGRAMS LLC., 360 § <br> QUEEN ENTERTAINMENT LLC., § <br> BRIGITTE BANDIT, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> WARREN KENNETH PAXTON, in § <br> an official capacity as Attorney § <br> General of Texas, MONTGOMERY § <br> COUNTY, BRETT LIGON, in an § <br> official capacity, CITY OF § <br> ABILENE, TAYLOR COUNTY, § <br> JAMES HICKS, in an official § <br> capacity, DELIA GARZA, in an § <br> official capacity, JOE D. § <br> GONZALES, in an official capacity, § <br> § <br> Defendants. § | Civil Action No. H-23-2847 |

## ORDER

Pending before the Court is Defendant Paxton's Opposed Motion to Stay Judgment Pending Appeal (Document No. 96). Having considered the motion, submissions, and appliable law, the Court determines the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant Paxton's Opposed Motion to Stay Judgment Pending Appeal (Document No. 96) is **DENIED.**

SIGNED at Houston, Texas, on this 20 day of October, 2023.

                                          DAVID HITTNER
                                        United States District Judge