UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE WOODLSLANDS PRIDE, INC., *et al.*,<br>　　*Plaintiffs*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of Texas, *et al.*,<br>　　*Defendants*. | CIVIL ACTION NO. 4:23-CV-2847 |

## DEFENDANT PAXTON'S AMENDED NOTICE OF APPEAL

For the avoidance of doubt, Defendant Attorney General Ken Paxton, in his official capacity, files this amended notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Final Judgment (Doc. 94), entered September 26, 2023; the Court's Order denying as moot the Attorney General's motion to dismiss under Rules 12(b)(1) and 12(b)(6) and response to plaintiffs' motion for a temporary restraining order and preliminary injunction (Doc. 98), entered October 4, 2023; and the Court's Order denying the Attorney General's Motion to Stay Pending Appeal (Doc. 103), entered October 20, 2023, as well as any orders that merge into the judgment and orders, see Fed. R. App. P. 3(c)(4).

Dated: October 23, 2023.	Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Acting Chief, General Litigation Division

*/s/ Taylor Gifford*
**TAYLOR GIFFORD**
Assistant Attorney General
Attorney-in-Charge
Texas Bar No.  24027262
Southern District ID No. 3624053

**CHARLES K. ELDRED**
Chief, Legal Strategy Division
Texas Bar No. 00793681
Southern District ID No. 20772

**JOHNATHAN STONE**
Assistant Attorney General
Texas Bar No. 24071779
Southern Dist. No. 1635446

General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
Taylor.Gifford@oag.texas.gov
Charles.Eldred@oag.texas.gov
Johnathan.Stone@oag.texas.gov

*ATTORNEYS FOR DEFENDANT*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2023, a true and correct copy of the foregoing document was served via the Court's electronic filing manager system to all counsel of record.

*/s/Taylor Gifford*
**TAYLOR GIFFORD**
Assistant Attorney General