# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

United States Courts
Southern District of Texas
FILED

*May 13, 2024*

Nathan Ochsner, Clerk of Court

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 13, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-20480   Woodlands Pride v. Paxton
                  USDC No. 4:23-CV-2847

The court has granted the motion to supplement the record in this case. The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Sincerely,

LYLE W. CAYCE, Clerk

*Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Mr. Omar Jesus Alaniz
Ms. Meghan Berglind
Mr. Thomas Paul Buser-Clancy
Mr. William Francis Cole
Mr. Aedan Dunn
Ms. Madeleine Rose Dwertman
Ms. Taylor K. Gifford
Ms. Andrea Friedenauer Hoeschen
Ms. Katherine Elise Jeffress
Mr. Bruce Edward Johnson
Mr. Peter Drew Kennedy
Mr. Brian Klosterboer
Mr. Holt M. Lackey
Mr. Thomas S. Leatherbury
Mr. Samuel Mark Light
Ms. Janice Mac Avoy
Mr. Derek Raymond McDonald
Mr. JT Morris
Mr. Nathan Ochsner
Ms. Lanora Christine Pettit
Ms. Adriana Cecilia Pinon
Mr. Daniel Dale Plake
Ms. Elizabeth Poche

Mr. Brandt Thomas Roessler
Ms. Emily Rohles
Ms. Megan Stater Shaw
Mr. Peter Steffensen
Mr. Adam Steinbaugh
Mr. Ramon Gustave Viada III
Mr. Eugene Volokh
Mr. Robert Burgess Wagstaff