**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

The Woodlands Pride, Inc.; Abilene Pride Alliance; Extragrams, LLC; 360 Queen Entertainment LLC; Brigitte Bandit,

Plaintiffs,

v.

Warren Kenneth Paxton, in an official capacity as Attorney General of Texas; Montgomery County, Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; City of Abilene, Texas; Taylor County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Delia Garza, in an official capacity as County Attorney of Travis County; Joe D. Gonzales, in an official capacity as District Attorney of Bexar County,

Defendants.

Civil Action No. 4:23-cv-02847

**UNOPPOSED MOTION TO DISMISS ALL CLAIMS BY THE WOODLANDS PRIDE, INC. AND ABILENE PRIDE ALLIANCE**

Plaintiffs The Woodlands Pride, Inc. ("TWP") and Abilene Pride Alliance ("APA") bring this Unopposed Motion to Dismiss their Claims against all Defendants without Prejudice.

Plaintiffs filed this case on August 2, 2023. Dkt. 1. TWP asserted claims against Defendants The Woodlands Township, Montgomery County, Brett Ligon, in an official capacity as District Attorney of Montgomery County,[1] and Warren Kenneth Paxton, in an official capacity as Attorney General of Texas. Dkt. 1. This Court dismissed The Woodlands Township as a Defendant on August 25, 2023. Dkt. 62.

APA asserted claims against the City of Abilene, Taylor County, James Hicks, in an official capacity as District Attorney of Taylor County, and Warren Kenneth Paxton, in an official capacity as Attorney General of Texas. Dkt. 1. This Court granted permanent injunctive relief and a declaratory judgment in favor of Plaintiffs on September 26, 2023. Dkt. 94.

The Fifth Circuit recently held that the performances that TWP and APA testified about at trial and intend to continue engaging in are not "arguably proscribed" by S.B. 12, such that these Plaintiffs lack standing to challenge S.B. 12 pre-enforcement. *Woodlands Pride v. Paxton*, 168 F.4th 293, 302 (5th Cir. 2026).

---

[1] On October 29, 2025, Michael R. Holley was sworn in as District Attorney of Montgomery County. Because this lawsuit names his predecessor in an official capacity, he is automatically substituted as a Defendant pursuant to Federal Rule of Civil Procedure 25(d).

The Fifth Circuit remanded to this Court with instructions "to (1) dismiss the claims against Brett Ligon, James Hicks, Montgomery County, Taylor County, and the City of Abilene, (2) reconsider the plaintiffs' facial First Amendment challenges to Section One of S.B. 12 under the *Moody* framework; and (3) reconsider the plaintiffs' facial vagueness challenge to Section One of S.B. 12 in light of *Roy*." *Id.* at 308. Although the Fifth Circuit did not address TWP and APA's claims against the Attorney General, those claims are based on the same type of drag performances that TWP and APA testified about at trial and intend to continue engaging in. Thus, TWP and APA seek to dismiss their claims against all Defendants without prejudice for lack of subject matter jurisdiction at this time. Plaintiffs reserve their right to bring claims challenging S.B. 12 in the future if Defendants try to enforce the law against them in ways that violate their constitutional rights.

Plaintiffs 360 Queen Entertainment, Extragrams, LLC, and Brigitte Bandit continue to assert their claims against Warren Kenneth Paxton, in his official capacity as Attorney General of Texas, but have never asserted claims against Brett Ligon, James Hicks, Montgomery County, Taylor County, or the City of Abilene. This Court's permanent injunction against Delia Garza, in her official capacity as County Attorney of Travis County, and Joe D. Gonzales, in his official capacity as Bexar County District Attorney, was not appealed and remains in effect.

Dated: March 31, 2026

Respectfully submitted,

By: /s/ Brian Klosterboer

Brian Klosterboer, attorney-in-charge
TX Bar No. 24107833
SDTX No. 3314357
Chloe Kempf
TX Bar No. 24127325
SDTX No. 3852674
Charelle Lett
TX Bar No. 24139900
SDTX No. 3908204
Thomas Buser-Clancy
TX Bar No. 24078344
SDTX No. 1671940
Edgar Saldivar
TX Bar No. 24038188
SDTX No. 618958
Adriana Pinon
TX Bar No. 24089768
SDTX No. 1829959
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
Fax (713) 942-8966
bklosterboer@aclutx.org
ckempf@aclutx.org
clett@aclutx.com
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

Derek R. McDonald
TX Bar No. 00786101
SDTX No. 18546
Maddy Dwertman
TX Bar No. 24092371
SDTX No. 3853795
BAKER BOTTS L.L.P.
401 S. 1st Street, Suite 1300
Austin, TX 78704
Tel. (512) 322-2500
Fax (512) 322-2501
Derek.McDonald@BakerBotts.com
Maddy.Dwertman@BakerBotts.com

Brandt Thomas Roessler
TX Bar No. 24127923
SDTX No. 3853796
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tel. (212) 408-2500
Fax (212) 408-2501
Brandt.Roessler@BakerBotts.com

Emily Rohles
TX Bar No. 24125940
SDTX No. 3715273
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
Tel. (713) 229-1234
Fax (713) 229-1522
Emily.Rohles@BakerBotts.com

Attorneys for Plaintiffs

## CERTIFICATE OF CONFERENCE

Plaintiffs notified Defendants of their intent to file this motion on March 30, 2026, and each Defendant indicated they are unopposed to the Motion and relief requested.

*/s/Brian Klosterboer*
Brian Klosterboer

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 31st day of March, 2026 a true and correct copy of the above document was served via the CM/ECF system to all counsel of record.

*/s/Brian Klosterboer*
Brian Klosterboer