United States District Court
Southern District of Texas

**ENTERED**

August 25, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EXTRAGRAMS LLC, 360 QUEEN ENTERTAINMENT LLC, & BRIGITTE BANDIT | § | |
| *Plaintiffs*, | § | |
| vs. | § | CIVIL ACTION NO. H-23-2847 |
| WARREN KENNETH PAXTON, in an official capacity as Attorney General of Texas, | § | |
| *Defendant*. | § | |

**AMENDED FINAL JUDGMENT**

The Court has contemporaneously issued its Amended Findings of Fact and Conclusions of Law. Accordingly, based on the Findings of Fact and Conclusions of Law set forth in the Court's Order contemporaneously dated, the Court hereby

**RENDERS** judgment for Plaintiffs Extragrams LLC, 360 Queen Entertainment LLC, and Brigitte Bandit. The Court further

**DECLARES** that Texas Senate Bill 12 is an **UNCONSTITUTIONAL** restriction on speech. The Court concludes that Texas Senate Bill 12 violates the First Amendment as incorporated to the State of Texas by the Fourteenth Amendment of the United States Constitution. The Court further

**ORDERS** that the Attorney General of Texas is immediately and permanently

enjoined from enforcing Texas Senate Bill 12.

**This is a Final Judgment.**

The Clerk shall provide a copy of this Final Judgment to the parties.

SIGNED at Houston, Texas on August 25, 2026.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE