UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EXTRAGRAMS, LLC, *ET AL.*,<br>*Plaintiffs,*<br><br>v.<br><br>WARREN KENNETH PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS,<br>*Defendant.* | CASE NO. 4:23-cv-02847 |

## DEFENDANT PAXTON'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that pursuant to 28 U. S. C. § 1291 and Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), Defendant Warren Kenneth Paxton, in his official capacity as Attorney General of Texas, files this Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the this District Court's Supplemental Findings of Fact & Conclusions of Law & Amended Order of Permanent Injunction [ECF No. 165] and the Amended Final Judgment [ECF No. 166], signed and entered in this case on August 25, 2026.

Dated: September 3, 2026

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

MICHAEL E. COTTON
Chief, Special Litigation Division

Respectfully submitted.

*/s/ David Bryant*

**DAVID BRYANT**
Senior Special Counsel
Texas Bar No. 03281500
Southern Dist. No. 808332
Steven B. Loomis
Special Counsel
Texas Bar No. 00793177
Southern Dist. No. 3326947

**OFFICE OF THE ATTORNEY GENERAL**
Special Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700
David.Bryant@oag.texas.gov
Steven.Loomis@oag.texas.gov

COUNSEL FOR DEFENDANT WARREN KENNETH PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS

## CERTIFICATE OF SERVICE

On September 3, 2026, I filed this document through the Court's CM/ECF system, which automatically serves it upon all counsel of record.

*/s/ David Bryant*
DAVID BRYANT