KEN PAXTON
ATTORNEY GENERAL OF TEXAS

November 10, 2026

Honorable David Hittner
United States Courthouse
515 Rusk Street, Rm. 8509
Houston, Texas 77002

Re: *Extragrams, LLC, et al. v. Paxton*, Case 4:23-cv-02847 (S. D. Tex.)

Dear Judge Hittner:

On September 14, 2026, Defendant Ken Paxton, in his official capacity as the Attorney General of Texas, moved for a stay pending appeal of this Court's Amended Order (ECF No. 165) and Amended Final Judgment (ECF No. 166) in the above-referenced action. (ECF No. 172.) In that motion, the Attorney General contended that the Court should grant the stay because he was likely to prevail on appeal regarding sovereign immunity, because of the Court's improper *Moody v. NetChoice, LLC* analysis on remand from a previous appeal, and because the injunctive relief granted exceeds the scope permitted by *Trump v. CASA, Inc.* (ECF 172.) Plaintiffs responded on October 2, 2026, and the Attorney General replied on October 9, 2026. (ECF No.'s 175, 176.) Thus, the issues relevant to the motion for a stay have been fully briefed by both sides for more than a month.

The Attorney General respectfully requests that the Court consider and rule on the pending motion to stay on or before Friday, November 13, 2026. If the Court is unable to do so, or if it denies the motion, then the Attorney General intends to seek a stay in the Fifth Circuit.

Thanks very much for your attention to this important matter.

Dated: November 10, 2026

Respectfully submitted.

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

MICHAEL C. COTTON
Chief, Special Litigation Division

/s/ *David Bryant*
DAVID BRYANT
Senior Special Counsel
Texas Bar No. 03281500
Southern Dist. No. 808332

STEVEN B. LOOMIS
Special Counsel
Texas Bar No. 00793177
Southern Dist. No. 3326947

**OFFICE OF THE ATTORNEY GENERAL**
Special Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700
david.bryant@oag.texas.gov
steven.loomis@oag.texas.gov

***Attorneys For Defendant Paxton, in his official capacity as Attorney General of Texas***

**CERTIFICATE OF SERVICE**

On November 10, 2026, I filed this document through the Court's CM/ECF system, which automatically serves it upon all counsel of record.

/s/ *David Bryant*
DAVID BRYANT